# Exhibit "A"





































# Exhibit "B"





# Advertise on ComicBookMovie.com!

ComicBookMovie.com is the **#1 online destination for movies adapted from comic books**, ranked #2 for comics in ComScore, and highly trafficked by all lovers of SciFi, Fantasy and Horror. If you want to reach the hardcore geek audience (males 12-34), they're HERE! PLUS, CBM is also "search optimized" to rank at the top of all major search engines. Almost 40% of our visitors are NEW -- bringing you a boatload of *unique visitors* regularly, and even more fresh eyeballs when the popular properties are HOT!!!

## We're an Industry Leader!

First and foremost a breaking news site, CBM is a respected entertainment news provider and regarded as an expert source of pop-culture information. We are regularly cited by every major news outlet on and offline. See just a few current examples where we have contributed or been quoted **HERE**.

## We're Happenin'

Our traffic, pageviews and user "time on site" has grown almost every year because we're not a stagnant blog or simple news site. We're actively developing a dynamic fan destination for the long haul -- building an interactive community that will eventually run itself!

- *We're Interactive* - Beyond messageboards and comments sections, although we have those too.
- *We're User Generated* - Our user-driven content model gives passionate fans a way to contribute content, keeping us first, fresh and unique.
- *Constantly Innovative* - We never get old. We've taken the best ideas of the web (Facebook, YouTube, Digg, Flicker, Wikipedia, Twitter), and continually update our site(s) to utilize these cutting edge concepts.

For all advertising inquires please reach out to our advertising partner **Playwire Media**. You may also use our contact us via our CONTACT PAGE and select "Advertising" from the dropdown!

**Popular Stories**



**THE FLASH Director Andy Muschietti Shares New Teaser Image Of A Batsuit Unlike Any We've Ever Seen Before**



**PEACEMAKER: First Footage From Upcoming THE SUICIDE SQUAD Spinoff Features In New HBO Max Teaser**



**DUNE Takes In Impressive $37 Million At The International Box Office Following Overseas Debut**



**THE AMAZING SPIDER-MAN 2: Newly Surfaced Image Reveals Fresh Shot Of**

Shailene
Woodley's
Mary Jane
Watson



CBM - Comic Book M...
884,006 likes

Like Page   Learn More

Latest Headlines



5 hours ago
WHAT IF...?
Fan-Art
Reveals Live-
Action "Marvel
Zombies"
Captain
America,
Thanos, And
Scarlet Witch



6 hours ago
THE DARK
KNIGHT
RETURNS
Creator Frank
Miller Weighs
In On Zack
Snyder
Referencing
His Movies In
The DCEU



6 hours ago
LOKI Star
Cailey Fleming
Hopes To
Return As
Young Sylvie In
Upcoming
Season 2



6 hours ago
SHANG-CHI
AND THE
LEGEND OF
THE TEN
RINGS Concept
Art Reveals A
Detailed Look
At The Great
Protector



9 hours ago
LOKI: The God
Of Mischief Is
Turned Into An
Adorable
Disney
Animated
Character For

New Promo



13 hours a
DUNE & NO
TIME TO DIE
Secure Highly
Coveted China
Release Dates

More Headlines



The Count Of Monte
Cristo

$3.99
★★★★★ (15231)



Diary of a Wimpy Kid 3:
Dog Days

$14.99
★★★★☆ (5715)



Mission: Impossible -
Fallout

$13.99
★★★★☆ (17761)



Chicago (Diamond
Edition)

$2.99
★★★★★ (7260)

Ads by Amazon

Visit Our Other Sites!











CREATE YOUR
DELICIOUS
MASTERPIECE
SHOP NOW

Click to find out more about a new
promotion

Don't miss this content from our sponsor

Hear Their Stories.

Discover the brave and selfless stories of Maryland's Underground Railroad heroes.

Ad By Maryland Office of Tourism

See More

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Service | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2021 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit "C"

SHUDDER

**61 DAYS OF HALLOWEEN**

STREAM THE ULTIMATE HALLOWEEN LINEUP

Start Your Free Trial

SHUDDER

Look at her. She's harmless.

*ComicBookMovie*.com ®

     

Sign In

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling

**playwire** LARGEST DIRECT SALES TEAM   JOIN NOW

# HELP WANTED: Think You Have What It Takes To Write For Us?

CBM and its sibling sites are on the lookout for writers! Have experience writing features and lists? You could be the ideal candidate!

Have experience writing <del>Nate Best 9/18/2017</del> lists? You could be the ideal candidate!

Nate Best | 9/18/2017
Filed Under: "Other"




**playwire**
HIGHEST eCPMs
Monetize Your Website
Monetize Your Website
JOIN NOW

Best Little Sites and its network of sites (AnimeMojo.com, ComicBookMovie.com, GameFragger.com and TheRingReport.com) are on the lookout for new writers. Can you contribute regularly with news, editorials, lists or reviews? Are you a student looking to earn money with your writing skills full-time or part-time? Maybe you're a graduate looking to earn some extra cash? Do you like movies, video games, Japanese anime, professional wrestling, pop-culture, or any of the other genres covered by our network of sites (AnimeMojo.com, ComicBookMovie.com, GameFragger.com, TheRingReport.com)? You could be just who we've been looking for!

**Opportunities are available to anyone over the age 18, regardless of location.** Candidates who are located near entertainment centers (Los Angeles, New York City, etc.) may have additional opportunities including screenings, interviews, press junkets, etc..

**We are especially interested in candidates who can post during the evening and/or on weekends.** We have a custom CMS (Content Management System) that's pretty straightforward and easy to use, but previous experience with CMS and online writing could be beneficial.

**Previous writing experience, degrees (completed or in-progress) in writing or journalism are a plus, but not required.**

**There are content guidelines/requirements** that you should review and familiarize yourself with.

**There is a minimum article count per month,** based upon your desired shift (typically one per day), that you will be required to met to maintain editorship and payment eligibility.

**Note** that this is a paid-per-post contract position and that candidates/contributors are not considered employees of Best Little Sites, they are independant contractors and are responsible for any necessary income taxes, expenses, etc..

**Popular Stories**



**THE FLASH Director Andy Muschietti Shares New Teaser Image Of A Batsuit Unlike Any We've Ever Seen Before**



**PEACEMAKER: First Footage From Upcoming THE SUICIDE SQUAD Spinoff Features In New HBO Max Teaser**



**DUNE Takes In Impressive $37 Million At The International Box Office Following**

Payments are sent each month via PayPal for contributions made during the prior month. **Bonuses and incentives are available** after the initial trial period (typically 30 days).

**MEET THE QUALIFICATIONS above and still interested in being a contributor?** Please do the following:

- Create a ComicBookMovie.com account (assuming you don't have one yet).
- Head over to the Members "Articles" page and create an article to share (following the style guidelines linked to above).
- Your sample article can be on any subject you like. It can be an opinion/editorial, a news item you found interesting, etc.. Reviews are discouraged due to the overabundance of them.
- Once your article is complete, use the the form below to send us the URL for review. Also include a brief bio, why you would like to write for us, and which sites you're interested in.
- **DO NOT** send fan fiction, short stories, or writing samples that aren't related to the content and topics covered on our sites.

**DON'T MEET THE QUALIFICATIONS, or don't include the information requested above when you contact us?** The volume and quantity of emails we receive each day is enormous, so don't expect a response if you're missing any of the above.

| | Articles/Content/Scoops ▾ |
|---|---|
| **Subject:** | Contributor Inquiry |
| **Name:** | |
| **Email:** | |
| **Message:** | |

**Submit**

Overseas
Debut



**THE AMAZING SPIDER-MAN 2: DUNE Takes In Impressive $37 Million At The International Box Office Following Overseas Debut**



**THE AMAZING SPIDER-MAN 2: Newly Surfaced Image Reveals Fresh Shot Of Shailene Woodley's Mary Jane Watson**



CBM - Comic Book M...
884,006 likes

Like Page   Learn More

Latest Headlines



2 mins ago
**WHAT IF... THOR WAS AN ONLY CHILD?: Head Writer AC Bradley Says Episode 7 Is "Chock Full Of Cameos"**



10 mins ago
**DC EXTENDED UNIVERSE: Every Post-Credits Scene Ranked From**

10 mins ago
**DC EXTENDED UNIVERSE: Every Post-Credits Scene Ranked From Worst To Best - SPOILERS (Obviously)**



45 mins ago
**VENOM: LET THERE BE CARNAGE IMAX Poster**

Epic Clash Of
The Symbiotes



6 hours ag
**WHAT IF...?**
**Fan-Art**
**Reveals Live-**
**Action "Marvel**
**Zombies"**
**Captain**
**America,**
**Thanos, And**
**Scarlet Witch**



7 hours ag
**THE DARK**
**KNIGHT**
**RETURNS**
**Creator Frank**
**Miller Weighs**
**In On Zack**
**Snyder**
**Referencing**
**His Movies In**
**The DCEU**



7 hours ag
**LOKI Star**
**Cailey Fleming**
**Hopes To**
**Return As**
**Young Sylvie In**
**Upcoming**
**Season 2**

More Headlines



YGYT Canvas Wall Art
for Superheros Ma...

$19.99 ✓prime
★★★★☆ (5)



Kovides Star Wars The
Force Awakens, Bes...

$25.00 ✓prime
★★★★★ (12)



Trends International DC
Comics Movie - Justic...

$9.99 ✓prime
★★★★★ (57)

Kovides Spider Man
Vinyl Clock, Vinyl Wall...

$35.00 ✓prime
★★★★☆ (9)

Ads by Amazon ▷

Visit Our Other Sites!






# Exhibit "D"



SHUDDER
61 DAYS OF HALLOWEEN
STREAM THE ULTIMATE HALLOWEEN LINEUP
Start Your Free Trial

**COMICBOOKMOVIE.com** ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling

Sign In


HAWALILI
UP TO
50% OFF
SHOP NOW

## About ComicBookMovie.com

ComicBookMovie.com is a fansite reporting breaking news and providing unique content about current Hollywood projects that bring comics characters and storylines to the big screen.

CBM came online in 2003 during the infancy of Hollywood's interest in adapting movies from comic books and graphic novels, and has quickly become the #1 online destination for information about the genre. Currently the site boasts millions of monthly visitors, and the most active online community in the genre. In 2008, CBM expanded its coverage to include all SciFi,Fantasy and Horror related properties, but retains it's main focus upon comic book movies.

If you're an advertiser who is interested in reaching our highly targeted users, **CLICK HERE for more information about Advertising on CBM.**

### About CBM's User-Generated Content and Fansites!

Also in 2008, CBM developed its unique fansites concept and opened up the site to user-generated content from its large community of passionate users. Now visitors of the site can contribute directly to CBM's content with their own news aggregation and unique articles. While a large group of volunteer contributors maintain the professional quality of the content, user contributions appear immediately on the site. All visitors need to do to contribute is join. The fan site concept has morphed into user profile pages, where all contributions and content can be accessed by visitors to the site. When registering, contributors agree to follow accepted journalistic standards and ethics.

To contact CBM for removal of copyrighted images or to report plagiarism, **CLICK HERE** for a Contact Form

If you're an advertiser who is interested in reaching our highly targeted users, **CLICK HERE for more information about Advertising on CBM.**

### About CBM's User-Generated Content and Fansites!

Also in 2008, CBM developed its unique fansites concept and opened up the site to user-generated content from its large community of passionate users. Now visitors of the site can contribute directly to CBM's content with their own news aggregation and unique articles. While a large group of volunteer contributors maintain the professional quality of the content, user contributions appear immediately on the site. All visitors need to do to contribute is join. The fan site concept has morphed into user profile pages, where all contributions and content can be accessed by visitors to the site. When registering, contributors agree to follow accepted journalistic standards and ethics.

To contact CBM for removal of copyrighted images or to report plagiarism, **CLICK HERE** for a Contact Form

## The Owner



### Nathan Best - President & Owner

ComicBookMovie.com and Best Little Sites was the brainchild of Nate and a friend way back in 2003. Nate initially focused on the back-end programming and front-end design, but now manages the company and its associated sites as well, with a LOT of help from some very talented contributors.


AD 0:14
Ad by Sponsor                                  See More

**Popular Stories**



**THE FLASH Director Andy Muschietti Shares New Teaser Image Of A Batsuit Unlike Any We've Ever Seen Before**



**PEACEMAKER:**

Nate has loved comics from a very young age and continues to read them on a regular basis thanks to subscriptions to various titles (both Marvel and DC). He also loves movies, as his wife and children will attest. He's not overly critical of movies, so his reviews should be taken with a grain of salt as he's much more interested in being entertained and escaping the "real" world for a couple of hours than finding every conceivable plot-hole and character flaw in a film.

Outside of his guilty "nerdy" pleasures, Nate enjoys spending time with his wife and three boys, CrossFit, playing guitar, coaching youth sports and MMA (he spent a couple of years in the cage as an NHB fighter, but is now MUCH too old).

## Top Contributors



**Josh Wilding**

A member of ComicBookMovie.com since 2009, Josh is a lifelong comic book fan who has so far contributed over 9000 articles to the site with a focus on breaking news, reviews and editorials. Since joining CBM, he has gone on to also write for HeyUGuys, Batman-News, Spider-Man News and Mirror Online, all thanks to the opportunities presented to him by this very site. Josh is based in Cardiff, Wales



**Mark Cassidy**

Mark has been contributing to CBM for 12 years, though he also peddles his wares to other sites (including Scannain and The Playlist) occasionally, and edits other people's lovely films. He resides in Ireland, where it rains 11 out 12 months of the year, and the grumpy bastard wouldn't have it any other way. He has a passion for all things film and comic related, and also dabbles in amateur film making, screenwriting and photography. Big cheesecake fan, but wouldn't dream of becoming a baker.



**Mark Julian**

Mark is a graduate of the University of Michigan and holds a degree in Architecture. However, writing and film are an equal passion. Ever since picking up an issue of Jim Lee's X-Men in the early '90s, Mark has been fascinated with the world of superheroes and villains. Similarly, watching Shinichirō Watanabe's Cowboy Bebop created a lifelong infatuation with anime and manga. Mark hopes to one day join the ranks of his favorite creators and produce his own sci-fi fantasy novel and/or comic book. He resides in Washington, D.C. with his girlfriend and is currently planning to indoctrinate his firstborn into the Church of Batman.



**Rohan Patel**

Rohan earned his Bachelor of Science in Accounting from East Carolina University. He has been contributing to ComicBookMovie.com since July of 2011.

## CBM Community

Our thanks to all the users and contributors who volunteer their time and help out anonymously. We appreciate all of you and thank you for making this site super!

First Footage From Upcoming THE SUICIDE SQUAD Spinoff Features In New HBO Max Teaser



THE DARK KNIGHT RETURNS Creator Frank Miller Weighs In On Zack Snyder Referencing His Movies In The DCEU



THE AMAZING SPIDER-MAN 2: Newly Surfaced Image Reveals Fresh Shot Of Shailene Woodley's Mary Jane Watson



CBM - Comic Book M...
884,005 likes

Like Page    Learn More

Latest Headlines



28 mins ago
WHAT IF... THOR WAS AN ONLY CHILD? Check Out A Clip From Tomorrow's New Episode



48 mins ago
DC EXTENDED UNIVERSE: Every Post-Credits Scene Ranked From Worst To Best - SPOILERS (Obviously)



1 hour ago
VENOM: LET THERE BE CARNAGE IMAX Poster Features An

**Epic Clash Of The Symbiotes**



6 hours ago
**WHAT IF...? Fan-Art Reveals Live-Action "Marvel Zombies" Captain America, Thanos, And Scarlet Witch**



7 hours ago
**THE DARK KNIGHT RETURNS Creator Frank Miller Weighs In On Zack Snyder Referencing His Movies In The DCEU**



8 hours ago
**LOKI Star Cailey Fleming Hopes To Return As Young Sylvie In Upcoming Season 2**

**More Headlines**



The Owner

$9.99
 (37)



Comix: Beyond the Comic Book Pages

$7.99
 (29)



Hellboy

$5.99
(4824)



Rise Of The Superheroes

$2.99
(27)

Ads by Amazon

**Visit Our Other Sites!**





# Exhibit "E"



# Exhibit "F"



Ad ···
Be where millions look for help from an attorney

Avvo

Get new legal clients. Grow your practice.

Learn more

in   Q Search

Home   My Network   Jobs   Messaging   Notifications   Me ▾   Work ▾   Try Premium for free

Hiring Trial Attorneys - Join our law firm's major trials division. Earn up to $500K – $2M annually.   Ad ···

## Mark Cassidy
Head Editor at ComicBookMovie.com
Ireland · Contact info
113 connections

🔒 Message    More

ComicBookMovie.com
Griffith College, South Circular Road, Dublin 8,...

### People also viewed

 Jake Lester · 3rd+
Editor at Comicbookmovie.com
Connect

 Kevin Erdmann · 3rd+
Comics News Writer at Screen Rant
Message

 Josh Wilding · 3rd
Freelance Film Journalist
Connect

 Tristan Acker · 3rd+
Writer at First Comics News
Connect

 rosete ribeiro · 3rd+
Profissional independente de Relações públicas e comunicações
Connect

Show more ∨

## Featured



My CBM articles.
comicbookmovie.com
Breaking news about superhero movies and comics being made into movies, including: Star Wars VII, Batman vs. Superman, Suicide Squad, Deadpool and more!

### People you may know

 Benjamin Pak
Copyright Division, Copyright Legal Assistant at The Law Firm of Higbee &...
Connect

 Malaika Fortes
..
Connect

 Naomi De Jong
Law Student
Connect

 Joshua Q Cannon
This is my LinkedIn profile
Connect

 Diana R.
Copyright Paralegal at Law Firm of Higbee & Associates
Connect

Show more ∨

## Activity
113 followers

Posts Mark created, shared, or commented on in the last 90 days are displayed here.

See all activity

Ryan, learn what hiring managers look for in answers to top interview questions

 Why do you want to leave your current role?

## Experience

 ComicBookMovie.com
12 yrs 5 mos

Head Editor
Freelance
Apr 2020 – Present · 1 yr 6 mos
Ireland

Head Editor at ComicBookMovie.com; contributor for The Ring Report and Scannain.

Editor
May 2009 – Apr 2020 · 11 yrs
News/feature/editorial writer and reviewer, administration.

 Comic Book Movies:
ComicBookMovie.co...

 Warehouse Manager
Bestseller Wholesale
Feb 2007 – May 2009 · 2 yrs 4 mos

## Education

 Griffith College, South Circular Road, Dublin 8, Ireland
Diploma in media techniques, Film/Cinema/Video Studies
2010 – 2012

● Level of education: Diploma in Media Techniques for TV and Video.
● Awards: Diploma
● Training: Training in film theory, camera work, editing, media law and photography.



### Skills & endorsements

**Writing** · 1

Noreen Cassidy Clinical Hypnotherapist HPD DSFH MAfSFH has given an endorsement for this skill

**Journalism** · 3

Jamaal Ali and 2 connections have given endorsements for this skill

**Editing** · 5

Jamaal Ali and 4 connections have given endorsements for this skill

Show more ⌄

### Interests

ComicBookMovie.com
7 followers

Do you have any questions for me?

Tell me about a time you had to persuade someone.

See all questions

Promoted                    ···

**LL.M. Degree Programs**
Texas A&M - Earn Your LL.M. 100%
Online. Finish in 1 Year. Learn more. ⟩

**IP Centrum**
We can handle shorter EP Validation
deadlines than traditional methods. ⟩

**More legal clients await**
See how Avvo Elite brings quality
leads and builds awareness for your
firm ⟩

Linked**in**

About
Community Guidelines
Privacy & Terms ⌄
Sales Solutions
Safety Center

Accessibility
Careers
Ad Choices
Mobile

Talent Solutions
Marketing Solutions
Advertising
Small Business

Questions?
Visit our Help Center.

Manage your account and privacy
Go to your Settings.

Select Language

English (English)            ▼

LinkedIn Corporation © 2021

Messaging 🔴                  ··· ✎ ⌃

# Exhibit "G"



# Exhibit "H"



# Exhibit "I"



# Exhibit "J"

This site was designed with the **WiX**.com website builder. Create your website today.   Start Now

**JOSH WILDING**

Home        About Me        Portfolio        Interviews        Blog



# BIO

As a lifelong comic book, film, and wrestling fan, I have been fortunate enough to take those passions and use them to embark on a successful career as a journalist and Rotten Tomatoes approved critic which has spanned over 11 years.

Based in England with my wife Jenna, I frequently travel to London, and have visited cities like New York, Dallas, Orlando, and Toronto for work-based opportunities. Those have included events like *WrestleMania* and *SummerSlam*, as well as junkets and conventions like Kapow! Comic-Con, London Film and Comic-Con, and Walker Stalker Con.

In 2014, I graduated from Cardiff University in Cardiff, Wales, with a BA (Hons) in English Language.

As ComicBookMovie.com's top contributor, my role has consisted of posting a high volume of breaking film and television news stories as well as reviews and long-form features. I have also interviewed a huge array of talent both on camera and over the phone for films like *Avengers: Endgame*, *Captain Marvel*, *Mission: Impossible - Fallout*, *Spider-Man: Far From Home*, and *Zombieland: Double Tap*.

During my time with the site, I've helped manage the Twitter, Facebook, and Instagram accounts (growing their followers by thousands of users) and have used Google Analytics to track pageviews in order to best establish how to increase traffic to the website. That resulted in the articles I published receiving over 174 million pageviews in 2019.

I continue to write for a number of other websites, and my work can also be found on WhatCulture, Batman-News, HeyUGuys, Mirror Online, PW Mania, and We Got This Covered. I also helped launch The Ring Report and Spider-Man News. I've also been asked to provide insight on superhero movies and TV shows for publications like The Wall Street Journal and the Wales on Sunday magazine.

Get in Touch

©2020 by Josh Wilding. Proudly created with Wix.com

# Exhibit "K"

ComicBookMovie.com ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   Members

EMBRACE THE DARKNESS
XBOX
SERIES X|S

Star Wars   **Headlines**   Pictures   Videos   Wallpaper

## STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo

Laura Dern (*Jurassic Park, Twin Peaks: The Return*) appeared on The Ellen Show this morning, and brought along a new image of her mysterious *Star Wars: The Last Jedi* character, Amilyn Holdo. Take a look...

RorMachine | 10/18/2017
Filed Under: "Star Wars"



Out of three main characters - the other two being DJ (Benicio del Toro) and Rose Tico (Kelly Marie Tran) - that'll make their first trip to the galaxy far, far away in Rian Johnson's *Star Wars: The Last Jedi*, we probably know the least about purple-haired Resistance leaser Vice Admiral Amilyn Holdo - and it looks like it's going to stay that way for a while longer.

Though Laura Dern did debut a new image of her character on *The Ellen Show* today, she couldn't really share any new details about her. However, Dern did confirm that Holdo will see some action in the movie by revealing that she uses a blaster at one point.

You can check out the video interview for yourselves below along with the new still.



EMBRACE THE DARKNESS
XBOX
SERIES X|S

**Popular Stories**



**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased


CBM - Comic Book M...
890,802 likes

Like Page          Learn More

**Anime & Manga News**

**BANISHED FROM THE HEROES' PARTY:** The

**GOLDEN KAMUY:** Another New Cast Member Is



**New Pickup At Walgreens**
Walgreens

Laura Dern Dishes on Secret 'Star Wars' Role and Wor...

Watch later | Share

**104** Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 **Comments (23)**

### Related Headlines



JoshWilding — 1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine — 1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding — 6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine — 12 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine — 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding — 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding — 3 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding — 4 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding — 5 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



...ith Light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

### Video Game News



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**



**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

**More Video Game News ▶**

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The**

More Headlines

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings

The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action

 

UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!













ComicBookMovie.com Home | C3M Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



    

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   **Members**

## STAR WARS: THE LAST Jedi International TV Spot Features Benicio Del Toro As The Mysterious DJ



An international TV spot for Rian Johnson's *Star Wars: The Last Jedi* has found its way online, and this one features a new glimpse of a character we still know next to nothing about: Benicio Del Toro's DJ.

RorMachine | 11/20/2017
Filed Under: "Star Wars"



We're starting to discover a little more about the characters that are going to be introduced in *Star Wars: The Last Jedi*, but one new recruit that's managed to fly under the radar is the enigmatic DJ.

Benicio Del Toro did recently describe his character as a "shady individual" who is neither a hero nor a villain, and this latest international TV spot appears to back that up as DJ is spotted in amongst the First Order.

Is he a prisoner, or does the "slicer" have dealings with the enemies of The Resistance? We'll find out when *Star Wars: The Last Jedi* hits theaters next month.

Mais um novo tv spot de STAR WARS #TheLastJedi pic.twitter.com/HGYNzIROZV

— amanda castle (@ahsokathanos) November 20, 2017

**4**
Shares

     

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 Comments (8)

Related Headlines

**Popular Stories**





ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed





LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



CBM - Comic Book M...
890,798 likes

Like Page    Learn More

**Anime & Manga News**



BANISHED FROM THE HEROES' PARTY: The

GOLDEN KAMUY: Another New Cast Member Is





JoshWilding                1 day ago

RorMachine                 1 day ago

JoshWilding               6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Latest Headlines





RorMachine               1 hour ago

RorMachine              2 hours ago

JoshWilding             4 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt - UPDATE**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**




JoshWilding             4 hours ago

JoshWilding             5 hours ago

JoshWilding             6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines ▶

Thedious ugly

Coming To The Show's Third

**Novel Series Is Getting An Official Season**

Anime Adaption



SHIROBAKO THE
MOVIE: The Hit
Film Has Been
Acquired By
North American
Distributor Eleven
Arts

DEMON SLAYER
KIMETSU NO
YAIBA THE MOVIE
MUGEN TRAIN:
The New Film Is
The #1 IMAX Film
In Japan Ever

More Anime & Manga News ▶

**Video Game News**



XBOX SERIES X/S:
Gamers Could Be
Waiting A Long
Time For A
Restock Of The
Latest Microsoft
Consoles

SEA OF THIEVES:
Creators Promise
A Lot Of Changes
Coming Ahead Of
A Huge 2021
Change




ASSASSIN'S
CREED VALHALLA:
The Latest
Installment Is
Now The Highest
Selling Game In
The Series

SKATER XL: Easy
Day Studios
Announces That
Community
Created Mods
Will Soon Be
Added To The
Game

More Video Game News ▶

**Cartoon & Animated News**




TOM & JERRY: A
Brand New Trailer
For The
Animated/Live-
Action Hybrid
Film Has Released

ADVENTURE
TIME: DISTANT
LANDS -
OBSIDIAN The
First 4 Minutes Of
The New Special
Are Available To
Watch




NICKMAS:
Nickelodeon To
Air Over 100
Hours Of
Seasonal Holiday
Content Starting
November 19

THE WONDERFUL
WORLD OF
MICKEY MOUSE:
The First Official
Trailer Been
Released For The
New Series

More Cartoon & Animated News ▶

**Pro Wrestling News**




WWE MAIN
EVENT SPOILERS
For November 16,
2020 Tapings

The Fallout
IMPACT
WRESTLING
Episode Of
TURNING POINT
Features The
Rascalz, Moose,
And Rich Swann
In Action




UFC 255
Countdown
Special
Showcases The
Training Of
Deiveson
Figueiredo And
Valentia
Shevchenko

Deonna Purrazzo
Wins The IMPACT
Knockouts
Championship At
TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!











**CBM - Comic Book M...**
890,803 likes

f Like Page    ⭑ Learn More




**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The Hilarious Light Novel Series Is Getting An Official Season**

**GOLDEN KAMUY: Another New Cast Member Is Coming To The Show's Third**



12:00 AM · Dec 27, 2017

♡ 261K   ⬚ 70.8K people are Tweeting about this

Custom Group Prints
as low as $3.64 /100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

It remains to be seen how the final installment in the new trilogy **deals with Leia's absence,** but whatever happens, *The Last Jedi* served as a fitting sendoff for Carrie Fisher and her iconic character.

**264** Shares



DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 **Comments (27)**

### Related Headlines



JoshWilding   1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine   1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding   6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine   9 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine   1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding   3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding   3 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding   4 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding   5 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

## Anime Adaption



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

### Video Game News



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**



**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

**More Video Game News ▶**

### Cartoon & Animated News



**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**



**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**



**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

**More Cartoon & Animated News ▶**

### Pro Wrestling News




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**




**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!
















Click to find out more about a new promotion

Don't miss this content from our sponsor

VISIBLY REDUCE WRINKLES,
EVEN DEEP ONES.

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



  

Sign in

**Home**  **News**  **TV**  **Comics**  **Features**  **Reviews**  **Interviews**  **Anime**  **Gaming**  **Toons**  **Wrestling**  **Members**



Star Wars  **Headlines**  Pictures  Videos  Wallpaper

# Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing

 Two years ago to the day, Carrie Fisher passed away, leaving her legions of fans in mourning - a loss they're still feeling to this day. Now, her daughter has shared a heartfelt tribute via Instagram...

RorMachine | 12/27/2018
Filed Under: "Star Wars"



*Star Wars* legend Carrie Fisher left us on this day two years ago, and fans across the globe have taken to social media to pay tribute to the late actress and raise a glass to her memory.

At midnight last night, Carrie's daughter Billie Lourd shared a touching tribute of her own via Instagram.

The *Star Wars: The Last Jedi* actress posted a video of herself singing one of her mother's favorite songs on the piano that was given to her by her father, Eddie Fisher.



praisethelourd
1.4m followers

View Profile

**Popular Stories**

  

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

  

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



CBM - Comic Book M...
890,801 likes

Like Page   Learn More

**Anime & Manga News**

  

**BANISHED FROM THE HEROES' PARTY:** The

**GOLDEN KAMUY:** Another New Cast Member Is



View More on Instagram

241,089 likes
praisethelourd

🎤🎙️🎵🎶 "It has been two years since my Momby's death and I still don't know what the "right" thing to do on a death anniversary is (I'm sure a lot of you feel the same way about your loved ones). So I decided to do something a little vulnerable for me, but something both loved to do together - sing. This is the piano her father gave her and this was one of her favorite songs. And as the song says, we must "keep on moving". I've found that what keeps me moving is doing things that make me happy, working hard on the things that I'm passionate about and surrounding myself with people I love and making them smile. I hope this encourages anyone feeling a little low or lost to "keep on moving". As my Momby once said, "take your broken heart and turn it into art" - whatever that art may be for you. ❤️

view all 5,418 comments

Add a comment...



Custom Group Prints
as low as $3.64 /100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

It was recently confirmed that Carrie Fisher will make a posthumous appearance in *Episode IX*, and while fans obviously shouldn't expect to see too much of the beloved former Princess in the film, it does sound like J.J. Abrams may have at least found a way to make her an important part of the plot and give us all a satisfactory conclusion to Leia - and Carrie's - story.

**82** Shares



DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (18)

### Related Headlines



JoshWilding   1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine   1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding   6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine   58 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing**



RorMachine   1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version**



JoshWilding   4 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All**

---

Friends' Light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

### Video Game News




**XBOX SERIES X/S: Gamers Could Be Waiting A Long Time For A Restock Of The Latest Microsoft Consoles**

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**




**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

More Video Game News ▶

### Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

A Wire Stunt
Of Today's New Trailer
Cylinders...Action-Packed [And] Story-Driven"

 

**More Cartoon & Animated News ▶**

### Pro Wrestling News

  

JoshWilding   4 hours ago

JoshWilding   5 hours ago

JoshWilding   6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**

Visit Our Other Sites!











Visit Our Showroom Today

Builders Surplus Kitchen & Bath Cabinets

Visit our showroom to find the perfect cabinet for your home

Santa Ana

STORE INFO          DIRECTIONS



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.






Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family
with the PhotoShare WiFi Smart Frame. Brookstone
OPEN

There's a lot of great information here, including insider info from the magazine's visit to the set and comments from the cast and crew. It also sounds like Abrams is planning to take some risks.

That was evident from the big reveal in the teaser trailer, but to think that there are even more surprises in store for us really is crazy. So, to check out these fresh details, just click the "View List" button!


Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family
with the PhotoShare WiFi Smart Frame. Brookstone
OPEN

## The End For The Sith...Or Jedi?



It's pretty obvious that the stakes in *The Rise of Skywalker* will be high, but Vanity Fair's sources have dropped a bombshell which may completely re-evaluate how we look at this final chapter.

Apparently, the movie is finally going to bring an end to the millennia-long conflict between the Jedi Order and the Sith, and that means one of these groups is going to be destroyed for good.

Next

**155** Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (64)

### Related Headlines


JoshWilding            1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine            1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding            6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines


RorMachine            50 mins ago


RorMachine            1 hour ago


JoshWilding            4 hours ago

Tnis/ious tignt                Coming To The
Novel Series Is            Show's Third
Getting An Official        Season
Anime Adaption



**SHIROBAKO THE            DEMON SLAYER
MOVIE: The Hit            KIMETSU NO
Film Has Been            YAIBA THE MOVIE
Acquired By                MUGEN TRAIN:
North American            The New Film Is
Distributor Eleven        The #1 IMAX Film
Arts                    In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 

**SEA OF THIEVES:        ASSASSIN'S
Creators Promise        CREED VALHALLA:
A Lot Of Changes        The Latest
Coming Ahead Of        Installment Is
A Huge 2021            Now The Highest
Change                Selling Game In
                    The Series**

 

**SKATER XL: Easy        SUPER MARIO 3D
Day Studios            ALL-STARS' Latest
Announces That        Update Has
Community            Actually Fixed
Created Mods            Quite A Bunch Of
Will Soon Be            Glaring Issues
Added To The
Game**

More Video Game News ▶

**Cartoon & Animated News**

 

**TOM & JERRY: A        ADVENTURE
Brand New Trailer        TIME: DISTANT
For The                LANDS -
Animated/Live-        OBSIDIAN The
Action Hybrid            First 4 Minutes Of
Film Has Released        The New Special
                    Are Available To
                    Watch**

 

**NICKMAS:            THE WONDERFUL
Nickelodeon To        WORLD OF
Air Over 100            MICKEY MOUSE:
Hours Of                The First Official
Seasonal Holiday        Trailer Been
Content Starting        Released For The
November 19            New Series**

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**




More Cartoon & Animated News ►

Pro Wrestling News



JoshWilding    4 hours ago



JoshWilding    5 hours ago

JoshWilding    6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

More Headlines




**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ►

Visit Our Other Sites!









Click to find out more about a new promotion

Don't miss this content from our sponsor

**Brookstone PhotoShare Frame**

Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone

OPEN

**ComicBookMovie.com** ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   Members



Star Wars | Headlines | Pictures | Videos | Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



No, your eyes are not deceiving you. That is indeed Luke Skywalker standing alongside R2-D2, but what does this mean? Is it another flashback to the past or will he be made to look like a Force Ghost down the line? Whatever the answer may be, one possibility is that he's back among the living...

Back

**128**
Shares



DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Milenium Copyright Act) and... [MORE]

💬 Comments (21)

Related Headlines





Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI: Richard E.** Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased


CBM - Comic Book M...
890,800 likes
👍 Like Page    ℹ Learn More

Anime & Manga News



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is







JoshWilding   1 day ago
RorMachine   1 day ago
JoshWilding   6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Insidious Light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

Latest Headlines





RorMachine   49 mins ago
RorMachine   1 hour ago
JoshWilding   4 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



**More Anime & Manga News ▶**

**Video Game News**




**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**





JoshWilding   4 hours ago
JoshWilding   5 hours ago
JoshWilding   6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**



**More Headlines**




**More Video Game News ▶**

**Cartoon & Animated News**

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**






**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**



**More Cartoon & Animated News ▶**

**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**

**Visit Our Other Sites!**











FREE $5 GIFT CARD
WHEN YOU BUY 2 L'OREAL DERM INTENSIVES SKINCARE ITEMS*

NEW
REVITALIFT
[PURE RETINOL]

VISIBLY REDUCE WRINKLES, EVEN DEEP ONES.

L'ORÉAL

SHOP NOW    Now at ◎

Click to find out more about a new promotion



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

   

**ComicBookMovie.com** ®

Home | News | TV | Comics | Features | Reviews | Interviews | Anime | Gaming | Toons | Wrestling | Members

Sign in

Star Wars | **Headlines** | Pictures | Videos | Wallpaper

# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

 Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



Another shot of Rey in action. Look closely to the left and you'll notice that Chewbacca appears to be holding on to BB-8! What's particularly awesome about this is the fact that Abrams is clearly planning to once again utilize plenty of practical effects.

[ Back ] [ Next ]

**128**
Shares

    

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (21)

**Related Headlines**



JoshWilding                1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL** Review...

RorMachine                1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE**

JoshWilding                6 days ago
**DARTH VADER #7 Brings Back A Character Cut**


playwire

**Popular Stories**

 

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

 

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**


CBM - Comic Book M...
890,800 likes
Like Page          Learn More

**Anime & Manga News**

 

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

**"The Closest Thing We're Getting To EPISODE X"**

**MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Thiebaud's Light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

## Latest Headlines



RorMachine                48 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine                1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding                3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts

DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever

More Anime & Manga News ▶



JoshWilding                4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding                5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding                6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines

### Video Game News





SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change



ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series



SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game



SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues

More Video Game News ▶

### Cartoon & Animated News



TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released



ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch

NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19

THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











Click to find out more about a new promotion



# COMICBOOKMOVIE.com ®

Sign in

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   Members

Star Wars   Headlines   Pictures   Videos   Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

We know that J.J. Abrams and Lucasfilm have used footage from *The Force Awakens* to bring Carrie Fisher back for this movie, and while that more than likely means Leia's role in this finale will be a fairly small one, it hopefully also ensures that we'll get to say a proper goodbye to the character.

Back   Next

**128**
Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (21)

### Related Headlines

JoshWilding   1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

RorMachine   1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In**

JoshWilding   6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER -**

### Popular Stories

### Anime & Manga News
More Anime & Manga News ▶

### Video Game News
More Video Game News ▶

### Cartoon & Animated News
More Cartoon & Animated News ▶

### Pro Wrestling News
More Pro Wrestling News ▶

### Visit Our Other Sites!
ANIME MOJO.com



The Works, & More                    SPOILERS

Latest Headlines



RorMachine                    46 mins ago

**SPIDER-MAN 3 Set Video
Sees Stars Tom Holland
And Zendaya Performing
A Wire Stunt**



RorMachine                    1 hour ago

**ZACK SNYDER'S JUSTICE
LEAGUE: HBO Max Has
Released A Color Version
Of Today's New Trailer**



JoshWilding                    3 hours ago

**CALL OF DUTY: BLACK OPS
COLD WAR Campaign
Review; "Fires On All
Cylinders...Action-Packed
[And] Story-Driven"**





JoshWilding                    4 hours ago

**BLACK WIDOW Star
Scarlett Johansson Teases
Taskmaster's Role In The
Movie - Possible SPOILERS**



JoshWilding                    5 hours ago

**SUICIDE SQUAD Star
Margot Robbie Talks The
Ayer Cut, Jared Leto In
JUSTICE LEAGUE, POTC,
TANK GIRL, And More**



JoshWilding                    6 hours ago

**ZACK SNYDER'S JUSTICE
LEAGUE: First Official Look
At The Redesigned
Steppenwolf Revealed**



ULTIMATE
CONFIDENCE
MADE FOR

TASER
MADE FOR
YOU
WWW.TASER.COM

More Headlines



amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS -
THE CHAPTER BOOK COLLECTION
REBEL GIRLS
HARDCOVER
★★★★★ (12)
$31.49

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



Jordanian locals reportedly play the Aki-Aki, natives of the planet Pasaana. We don't know how significant their role will be, but even if they're just background extras to make this new planet feel more lived in, it's fair to say Lucasfilm has succeeded in finding a very cool and unique look for them.



128
**Shares**

    

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 Comments (21)

**Related Headlines**

### Popular Stories



**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



CBM - Comic Book M...
890,800 likes

### Anime & Manga News

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is





JoshWilding   1 day ago    RorMachine   1 day ago    JoshWilding   6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

*Latest Headlines*





RorMachine   45 mins ago    RorMachine   1 hour ago    JoshWilding   3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**





JoshWilding   4 hours ago    JoshWilding   5 hours ago    JoshWilding   6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

---

**Insidious light Novel Series Is Getting An Official Season Anime Adaption**

**Coming To The Show's Third Season**





**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

**Video Game News**





**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Video Game News ▶**

**Cartoon & Animated News**




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**





**amazon**.com

SAFEREST PREMIUM ZIPPERED MATTRESS
ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
**$49.95**

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



**STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews**

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

No, those very Earthly looking wheels haven't suddenly found their way into a Galaxy Far, Far Away. As these behind the scenes images, certain effects have not been added, so it will be very interesting to see how the finished product looks when this movie hits the big screen in December.

Back   Next

**128** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA [Digital Millenium Copyright Act] and... [MORE]

Comments (21)

**Related Headlines**

JoshWilding    1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're**

RorMachine    1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut;**

JoshWilding    6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE**

**Popular Stories**

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**

CBM - Comic Book M...
890,800 likes

**Anime & Manga News**

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

The Works, & More **SPOILERS**

Novel Series Is
Getting An Official
Anime Adaption

Coming To The
Show's Third
Season

### Latest Headlines



RorMachine 43 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



SHIROBAKO THE
MOVIE: The Hit
Film Has Been
Acquired By
North American
Distributor Eleven
Arts

DEMON SLAYER
KIMETSU NO
YAIBA THE MOVIE
MUGEN TRAIN:
The New Film Is
The #1 IMAX Film
In Japan Ever



JoshWilding 4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding 5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding 6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**



**More Anime & Manga News ▶**

### Video Game News





SEA OF THIEVES:
Creators Promise
A Lot Of Changes
Coming Ahead Of
A Huge 2021
Change

ASSASSIN'S
CREED VALHALLA:
The Latest
Installment Is
Now The Highest
Selling Game In
The Series





SKATER XL: Easy
Day Studios
Announces That
Community
Created Mods
Will Soon Be
Added To The
Game

SUPER MARIO 3D
ALL-STARS' Latest
Update Has
Actually Fixed
Quite A Bunch Of
Glaring Issues

**More Video Game News ▶**

### Cartoon & Animated News





TOM & JERRY: A
Brand New Trailer
For The
Animated/Live-
Action Hybrid
Film Has Released

ADVENTURE
TIME: DISTANT
LANDS -
OBSIDIAN The
First 4 Minutes Of
The New Special
Are Available To
Watch





NICKMAS:
Nickelodeon To
Air Over 100
Hours Of
Seasonal Holiday
Content Starting
November 19

THE WONDERFUL
WORLD OF
MICKEY MOUSE:
The First Official
Trailer Been
Released For The
New Series



**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!














ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

**ComicBookMovie.com** ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   **Members**



Star Wars | **Headlines** | Pictures | Videos | Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



Finn is pictured here alongside his new ally Jannah (Naomi Ackie), a character many fans are convinced is the daughter of Lando Calrissian. They're sitting atop Orbaks and in the magazine's cover story, and the actress is quoted as saying, **"It's extremely surreal to be in it and see how it works from the inside."** These creatures definitely looks like potential scene-stealers.

Back   Next

**128**
Shares

   

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines

**Popular Stories**



**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**




CBM - Comic Book M...
890,800 likes
Like Page        Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**





**Friendly Light** **Coming To The**
**Novel Series Is** **Show's Third**
**Getting An Official** **Season**
**Anime Adaption**

JoshWilding 1 day ago | RorMachine 1 day ago | JoshWilding 6 days ago

**THE LEGO STAR WARS** **SMALL PRINT: Katee** **DARTH VADER #7 Brings**
**HOLIDAY SPECIAL Review;** **Sackhoff On Her The** **Back A Character Cut**
**"The Closest Thing We're** **MANDALORIAN Debut;** **From STAR WARS: THE**
**Getting To EPISODE X"** **SHORT CIRCUIT Reboot In** **RISE OF SKYWALKER -**
**The Works, & More** **SPOILERS**




**SHIROBAKO THE** **DEMON SLAYER**
**MOVIE: The Hit** **KIMETSU NO**
**Film Has Been** **YAIBA THE MOVIE**
**Acquired By** **MUGEN TRAIN:**
**North American** **The New Film Is**
**Distributor Eleven** **The #1 IMAX Film**
**Arts** **In Japan Ever**

---

**Latest Headlines**





**More Anime & Manga News ▶**

RorMachine 41 mins ago | RorMachine 1 hour ago | JoshWilding 3 hours ago

**SPIDER-MAN 3 Set Video** **ZACK SNYDER'S JUSTICE** **CALL OF DUTY: BLACK OPS**
**Sees Stars Tom Holland** **LEAGUE: HBO Max Has** **COLD WAR Campaign**
**And Zendaya Performing** **Released A Color Version** **Review; "Fires On All**
**A Wire Stunt** **Of Today's New Trailer** **Cylinders...Action-Packed**
**[And] Story-Driven"**

**Video Game News**




**SEA OF THIEVES:** **ASSASSIN'S**
**Creators Promise** **CREED VALHALLA:**
**A Lot Of Changes** **The Latest**
**Coming Ahead Of** **Installment Is**
**A Huge 2021** **Now The Highest**
**Change** **Selling Game In**
**The Series**




JoshWilding 4 hours ago | JoshWilding 5 hours ago | JoshWilding 6 hours ago

**BLACK WIDOW Star** **SUICIDE SQUAD Star** **ZACK SNYDER'S JUSTICE**
**Scarlett Johansson Teases** **Margot Robbie Talks The** **LEAGUE: First Official Look**
**Taskmaster's Role In The** **Ayer Cut, Jared Leto In** **At The Redesigned**
**Movie - Possible SPOILERS** **JUSTICE LEAGUE, POTC,** **Steppenwolf Revealed**
**TANK GIRL, And More**




**SKATER XL: Easy** **SUPER MARIO 3D**
**Day Studios** **ALL-STARS' Latest**
**Announces That** **Update Has**
**Community** **Actually Fixed**
**Created Mods** **Quite A Bunch Of**
**Will Soon Be** **Glaring Issues**
**Added To The**
**Game**



**More Headlines**

**More Video Game News ▶**

**Cartoon & Animated News**




**TOM & JERRY: A** **ADVENTURE**
**Brand New Trailer** **TIME: DISTANT**
**For The** **LANDS -**
**Animated/Live-** **OBSIDIAN The**
**Action Hybrid** **First 4 Minutes Of**
**Film Has Released** **The New Special**
**Are Available To**
**Watch**




**NICKMAS:** **THE WONDERFUL**
**Nickelodeon To** **WORLD OF**
**Air Over 100** **MICKEY MOUSE:**
**Hours Of** **The First Official**
**Seasonal Holiday** **Trailer Been**
**Content Starting** **Released For The**
**November 19** **New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS:
100 IMMIGRANT WOMEN WHO CHANGED ...
ELENA FAVILLI, REBEL GIRLS
HARDCOVER
★★★★★ (66)
$24.03

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

**ComicBookMovie.com** ®

Home  News  TV  Comics  Features  Reviews  Interviews  Anime  Gaming  Toons  Wrestling  Members

Sign In

Star Wars | **Headlines** | Pictures | Videos | Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



**Popular Stories**

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased




CBM - Comic Book M...
890,800 likes

Like Page    Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY:** The

**GOLDEN KAMUY:** Another New Cast Member Is

Anthony Daniels is the only actor to have have appeared in all nine chapters of the Skywalker Saga, and he can be seen here once again forced to deal with the blistering heat while decked out in Threepio's iconic costume. To his left is BB-8, the fan-favourite droid introduced in *The Force Awakens*.



Back    Next

**128** Shares    ...

**DISCLAIMER:** Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

### Related Headlines



JoshWilding — 1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

RorMachine — 1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

JoshWilding — 6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines

  

RorMachine — 40 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

RorMachine — 1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

JoshWilding — 3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

 

JoshWilding — 4 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

JoshWilding — 5 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding — 6 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines

---

**...nimous Light** Novel Series Is Getting An Official Anime Adaption

**Coming To The Show's Third Season**

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!














VIBE QUILTED GEL MEMORY FOAM AND
INNERSPRING HYBRID PILLOW TOP 12 …
★★★★★ (1494)
$227.48

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



**CBM - Comic Book M...**
890.800 likes
**Like Page**            Learn More



The franchise's three new leads were split up in *The Last Jedi*, but they're clearly going to be brought together again for this final film, which should make fans happy. While Rian Johnson's movie was well-received by critics, the trio of stories all taking place at the same time were criticised for making it feel a tad disjointed.

Back   Next

**128**
Shares

f  🐦  📌  🔴  ...

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Milenium Copyright Act) and... [MORE]

💬 Comments (21)

Related Headlines







**Friends Light Novel Series Is Getting An Official Anime Adaption**

**Coming To The Show's Third Season**

JoshWilding    1 day ago    RorMachine    1 day ago    JoshWilding    6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her Live MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**





**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

Latest Headlines







RorMachine    39 mins ago    RorMachine    1 hour ago    JoshWilding    3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

Video Game News





**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**





JoshWilding    4 hours ago    JoshWilding    5 hours ago    JoshWilding    6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**





**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**



More Headlines

More Video Game News ▶

Cartoon & Animated News





**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**





**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Anime & Manga News ▶

More Cartoon & Animated News ▶

### Pro Wrestling News

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













Ad by Sponsor                                              See More

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. Comic:BookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

No, that's not General Hux's father (his story has already been covered in various tie-in novels). Instead, Richard E. Grant will be playing Allegiant General Pryde and he's pictured here on the bridge of Kylo Ren's Star Destroyer. What role he will play in the proceedings remains to be seen.

Back   Next

**128**
Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines

### Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**

CBM - Comic Book M...
890,800 likes
Like Page   Learn More

### Anime & Manga News

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**







JoshWilding 1 day ago
RorMachine 1 day ago
JoshWilding 6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season




**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

 More Anime & Manga News ▶

*Latest Headlines*





RorMachine 38 mins ago
RorMachine 1 hour ago
JoshWilding 3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

### Video Game News




**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**



JoshWilding 4 hours ago
JoshWilding 5 hours ago
JoshWilding 6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Headlines

 More Video Game News ▶

### Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**



**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**



**Pro Wrestling News**



WWE MAIN EVENT **SPOILERS** For November 16, 2020 Tapings

The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action

 

UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!














VIBE QUILTED GEL MEMORY FOAM AND
INNERSPRING HYBRID PILLOW TOP 12 ...
★★★★★ (1494)
$227.48

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



**ComicBookMovie.com** ®

Home | News | TV | Comics | Features | Reviews | Interviews | Anime | Gaming | Toons | Wrestling | Members | Sign In

Star Wars | **Headlines** | Pictures | Videos | Wallpaper

# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



No, this isn't Jaaku. It's actually a planet called Pasaana, and we'll have more details on it for you a little later today. These scenes were shot on location in Jordan, so that would explain why the cast (and director J.J. Abrams, in particular) are looking so warm here as Daisy Ridley films scenes as Rey.

Back | Next

**128** Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (21)

**Related Headlines**

  

**Popular Stories**



**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI: Richard E.** Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



**CBM - Comic Book M...**
890,800 likes
Like Page    Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is

JoshWilding 1 day ago    RorMachine 1 day ago    JoshWilding 6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

hilarious light Novel Series Is Getting An Official Season

Coming To The Show's Third Anime Adaption



*Latest Headlines*



RorMachine 37 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**


More Anime & Manga News ▶

### Video Game News



**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**



JoshWilding 4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding 5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding 6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines



**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

### Cartoon & Animated News



**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**



**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**





WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings

The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action





UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!








SAFEREST PREMIUM ZIPPERED MATTRESS
ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
$49.95

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

Director J.J. Abrams can be seen here alongside Stunt Coordinator Eunice Huthart and, yes, those armored figures are indeed the Knights of Ren. First teased in *The Force Awakens*, they were nowhere to be seen in *The Last Jedi* but will clearly have a key role to play here. It's worth noting that they're all wielding very normal (and ancient) looking weapons rather than lightsabers.

**128** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines





JoshWilding          1 day ago
RorMachine          1 day ago
JoshWilding          6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To Episode X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

hilarious light Novel Series Is Getting An Official Season Anime Adaption

Coming To The Show's Third




**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

## Latest Headlines





RorMachine          35 mins ago
RorMachine          1 hour ago
JoshWilding          3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

Video Game News




**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**





JoshWilding          4 hours ago
JoshWilding          5 hours ago
JoshWilding          6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

More Headlines

Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











Click to find out more about a new promotion

Don't miss this content from our sponsor









**COMICBOOKMOVIE.com** ®

Home  News  TV  Comics  Features  Reviews  Interviews  Anime  Gaming  Toons  Wrestling  Members

Star Wars  Headlines  Pictures  Videos  Wallpaper

# STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan

This may mean absolutely nothing or could be something huge, but the Japanese title for *Star Wars: The Rise of Skywalker* has been revealed and it's quite a bit different. Find out more after the jump...

JoshWilding | 6/25/2019
Filed Under: "Star Wars"

It's going to be a busy summer for Disney, but we don't have much longer to wait before they start marketing *Star Wars: The Rise of Skywalker*. It's possible that another trailer or some sort of featurette will be released during next month's San Diego Comic-Con, but in the meantime, we have some very interesting new details about the movie's title in Japan.

As you can see below, it will reportedly be titled



OFFICIAL CHICKEN FINGER OF CIF-SS

Cane's

FIND A RESTAURANT

Click to find out more about a new promotion

*Star Wars: Dawn of Skywalker* there.

**Star Wars Stuff**
@starwarstuff

#TheRiseofSkywalker will be called Star Wars: Dawn of Skywalker in Japan. 🔴

## Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased


CBM - Comic Book M...
890,800 likes

Like Page     Learn More

## Anime & Manga News



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is



12:46 PM · Jun 23, 2019

♡ 628    ○ 140 people are Tweeting about this



**Walgreens Pickup**
Walgreens

Get Your Order In As Little As 30 Minutes. Save Time Today.

📍 Tustin

ⓘ STORE INFO    ⬦ DIRECTIONS

Now, translation issues mean titles are changed overseas all the time so we may not want to read too much into this. However, this title definitely alludes to a new beginning of sorts for the Skywalker family and could be considered "confirmation" of those rumours that the new name for Force users moving forward will be "Skywalker." We'll just have to wait and see, though!

Ultimately, we still don't know what either title really means or which Skywalker they refer to. Is Rey somehow related to Luke, or is Ben Solo going to be redeemed at last?



**The Smartest Gift You'll Give**

Brookstone    Open ›

Let us know your theories in the comments section!

Hit the "View List" button to check out some of the biggest reveals from Vanity Fair's *Star Wars: The Rise of Skywalker* cover story!



Ready In As Little As 30 Mins
Walgreens

## The End For The Sith...Or Jedi?





...hilarious light   Coming To The
Novel Series Is   Show's Third
Getting An Official Season
Anime Adaption

   

**SHIROBAKO THE   DEMON SLAYER
MOVIE: The Hit   KIMETSU NO
Film Has Been   YAIBA THE MOVIE
Acquired By   MUGEN TRAIN:
North American   The New Film Is
Distributor Eleven The #1 IMAX Film
Arts   In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

   

**SEA OF THIEVES:   ASSASSIN'S
Creators Promise   CREED VALHALLA:
A Lot Of Changes   The Latest
Coming Ahead Of   Installment Is
A Huge 2021   Now The Highest
Change   Selling Game In
   The Series**

   

**SKATER XL: Easy   SUPER MARIO 3D
Day Studios   ALL-STARS' Latest
Announces That   Update Has
Community   Actually Fixed
Created Mods   Quite A Bunch Of
Will Soon Be   Glaring Issues
Added To The
Game**

More Video Game News ▶

**Cartoon & Animated News**

   

**TOM & JERRY: A   ADVENTURE
Brand New Trailer TIME: DISTANT
For The   LANDS -
Animated/Live-   OBSIDIAN The
Action Hybrid   First 4 Minutes Of
Film Has Released The New Special
   Are Available To
   Watch**

**NICKMAS:   THE WONDERFUL
Nickelodeon To   WORLD OF
Air Over 100   MICKEY MOUSE:
Hours Of   The First Official
Seasonal Holiday   Trailer Been
Content Starting   Released For The
November 19   New Series**

It's pretty obvious that the stakes in *The Rise of Skywalker* will be high, but Vanity Fair's sources have dropped a bombshell which may completely re-evaluate how we look at this final chapter.

Apparently, the movie is finally going to bring an end to the millennia-long conflict between the Jedi Order and the Sith, and that means one of these groups is going to be destroyed for good.

**Next**

**187**
Shares

 

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Milenium Copyright Act) and... [MORE]

**Comments (36)**

### Related Headlines



JoshWilding          1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine          1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding          6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine          32 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine          1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding          3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding          4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding          5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding          6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

---

**More Cartoon & Animated News ▶**

**Pro Wrestling News**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**

**Visit Our Other Sites!**











**Walgreens**
Trusted since 1901

**Shop now**

ComicBookMovie.com Home | C8M Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com™ is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.





# STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A "Brilliant End" To The Story

Those that felt let down by *The Last Jedi* are no doubt approaching *The Rise of Skywalker* with a degree of caution, but Daisy Ridley (Rey) believes that the movie will serve as a satisfying conclusion...

RorMachine | 6/26/2019
Filed Under: "Star Wars"

For many, *The Last Jedi* was the pinnacle of the *Star Wars* saga, but there's no getting around the fact that some people just flat out hated the movie.

Lucasfilm and director J.J. Abrams will obviously be hoping the final installment in the Skywalker Saga proves to be less divisive, and, according to Rey actress Daisy Ridley, the film will serve as a satisfying conclusion.

Ridley appeared on Good Morning America to promote her new movie

*Ophelia*, and answered a few question about *The Rise of Skywalker*. She didn't spill any plot details, of

course, but she did talk about how she felt shooting her final scenes as Rey, the emotional speech she gave afterwards, and more.


New Pickup At Walgreens
Walgreens







Ridley is probably a little biased, and an actor praising the movie they're about to appear in is hardly big news. Still, we're going to remain optimistic about this one and take her word for it.


The Smartest Gift You'll Give
Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone
OPEN

What do you guys think? Looking forward to *The Rise of Skywalker*? Drop us a comment down below.

**406**
Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 **Comments (56)**

### Related Headlines



JoshWilding      1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine      1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding      6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines







**COMICBOOKMOVIE**.com ®

Home  News  TV  Comics  Features  Reviews  Interviews  Anime  Gaming  Toons  Wrestling   Members

Sign in

DESTINY ⅴ2  BEYOND LIGHT  AVAILABLE NOW   SERIES X|S   XBOX   BUNGIE

Star Wars | **Headlines** | Pictures | Videos | Wallpaper

# STAR WARS: THE RISE OF SKYWALKER's Runtime Possible Revealed Along With Some Potential SPOILERS

Don Williams, the brother of composter Jon Williams, is also working on *Star Wars: The Rise of Skywalker* and in a new interview, he seemingly drops some big details about the highly anticipated movie...

JoshWilding | 8/12/2019
Filed Under: "Star Wars"



Don Williams is a conductor, composer and percussionist who has worked with his brother Jon on a regular basis over the years, hence why he was part of a *Jurassic Park* panel for the Academy of Scoring Arts this past weekend. After being asked about *Star Wars: The Rise of Skywalker*, Williams dropped some very interesting details about the movie...including its runtime!

"Jon's started up with another Star Wars," he explains in the video below. "We started our last week. He's got a 135 minutes worth of music to write. Okay, so that kind of tells you how long the film is [laughs]. It is top to bottom music. We've done four days. We just scratched the surface. I think we've got something like 34 minutes in the can at this point."

With that in mind, there's a very good chance that *Star Wars: The Rise of Skywalker* will be between two and a half and three hours long. Don then went on to drop some hints about what to expect.

"I can tell you that every theme that you ever heard is going to be compiled into this last effort. Every one. Leia. Yoda. The Phantom. Darth. All of it. It's going to be in there. And in his usual style, he hides them. You gotta go look for them. You'll find them, but you gotta go look for them."

"You'll be sitting there watching the film go by. 'Oop, there is it. There's two bars of it.' And it grabs you. It takes you away," he concluded, possibly hinting that we'll see those characters in the film...



**Popular Stories**

ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed

LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased

CBM - Comic Book M...
890,800 likes
Like Page   Learn More

**Anime & Manga News**

BANISHED FROM THE HEROES' PARTY: The

GOLDEN KAMUY: Another New Cast Member Is



Hit the "View List" button to check out some of the biggest *Star Wars: The Rise of Skywalker* rumours!

## Kylo Ren's "Creepy Castle" On Mustafar



There's a scene in *The Rise of Skywalker* trailer where a sinister looking hairy hand can be seen repairing Kylo Ren's shattered mask. Apparently, that "ape man" has been described as the owner or caretaker of a "Creepy Castle/Sith Temple" which Kylo and his Knights of Ren are based at in the film.

It's said that this alien not only fixes Ren's mask but helps him activate a device which will allow the villain and his Knights to achieve their goals. Your guess is as good as ours when it comes to what that might mean, but it's thought that this sequence could take place on Mustafar, so there's a chance we'll finally get to visit Darth Vader's old castle on the planet...

[ Next ]

**239** Shares

   

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 **Comments (51)**

### Related Headlines



JoshWilding       1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine       1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding       6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine       30 mins ago



RorMachine       1 hour ago



JoshWilding       3 hours ago

---

Getting An Official Novel Series Is Coming To The Show's Third Season Anime Adaption

    

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

[ More Anime & Manga News ▶ ]

**Video Game News**

    

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

    

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

[ More Video Game News ▶ ]

**Cartoon & Animated News**

    

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

    

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

**SPIDER-MAN's Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


More Cartoon & Animated News ▶

Pro Wrestling News



JoshWilding                    4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding                    5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding                    6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Headlines

More Pro Wrestling News ▶

Visit Our Other Sites!











FREE $5 GIFT CARD
WHEN YOU BUY 2 L'OREAL
DERM INTENSIVES SKINCARE ITEMS*

REVITALIFT
[PURE RETINOL]

VISIBLY REDUCE WRINKLES,
EVEN DEEP ONES.

L'ORÉAL

SHOP NOW

Click to find out more about a new promotion




VIBE QUILTED GEL MEMORY FOAM AND
INNERSPRING HYBRID PILLOW TOP 12 ...
★★★★★ (1494)
$227.48

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



**ComicBookMovie**.com ®

Home | News | TV | Comics | Features | Reviews | Interviews | Anime | Gaming | Toons | Wrestling | Members

Sign in

Star Wars | Headlines | Pictures | Videos | Wallpaper

# STAR WARS: THE RISE OF SKYWALKER - Rey And Kylo Ren Clash On New Empire Magazine Covers

Empire Magazine has unveiled a trio of *Star Wars: The Rise of Skywaker* covers, and they give us a new look at the Rey (Daisy Ridley) and Kylo Ren (Adam Diver) locked in lightsaber combat. Check it out...

RorMachine | 9/27/2019
Filed Under: "Star Wars"

We probably won't see a final trailer for *Star Wars: The Rise of Skywalker* for another while, but **Empire** has now unveiled the covers for its latest issue, and they provide another look at the main hero and villain of the new trilogy locked in combat.



Custom Group Prints
as low as **$3.64** /100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW



There are two separate covers for Rey and Kylo, and a third featuring the representatives of the light and dark sides of the force standing together.

There are persistent rumors that Kylo Ren (Adam Driver) will ultimately turn his back on the dark side of the force and team up with Rey (Daisy Ridley) to put an end to Emperor Palpatine, but that obviously remains to be seen. Even if that proves to be true, it's clear from these covers and the previous trailers that they will throw down one final time first.

Custom
as low as

## Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



CBM - Comic Book M...
890,800 likes

Like Page | Learn More

## Anime & Manga News




**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is




Group Prints $3.64 qty
*Single color prints
ooshirts
YOUR DESIGN HERE
ORDER NOW

Check out the covers below, and let us know what you think in the comments.

Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone
OPEN



CafeRio NOW OPEN
26811 ALISO CREEK RD, ALISO VIEJO

Simply click on the VIEW LIST (ONE PAGE) button below!

Next

**109**

    

Coming To The Show's Third Season



**SHIROBAKO THE MOVIE:** The Hit Film Has Been Acquired By North American Distributor Eleven Arts

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN:** The New Film Is The #1 IMAX Film In Japan Ever

More Anime & Manga News ▶

### Video Game News

 

**SEA OF THIEVES:** Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change

**ASSASSIN'S CREED VALHALLA:** The Latest Installment Is Now The Highest Selling Game In The Series

 

**SKATER XL:** Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game

**SUPER MARIO 3D ALL-STARS'** Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues

More Video Game News ▶

### Cartoon & Animated News

 

**TOM & JERRY:** A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN** The First 4 Minutes Of The New Special Are Available To Watch

 

**NICKMAS:** Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19

**THE WONDERFUL WORLD OF MICKEY MOUSE:** The First Official Trailer Been Released For The New Series

Shares

**DISCLAIMER:** Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

**Comments (21)**

**More Cartoon & Animated News ▶**

### Related Headlines



JoshWilding — 1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine — 1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding — 6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine — 29 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine — 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding — 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding — 4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding — 5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding — 6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

### Pro Wrestling News



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**



**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**

### Visit Our Other Sites!











3 beds / 2 baths for $489,000

JUST LISTED

**Soledad Hernandez**
(559) 790-1908
**RE/MAX Gold**
(559) 367-0200
RE/MAX

Each Office Independently Owned and Operated




SAFEREST PREMIUM ZIPPERED MATTRESS
ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
$49.95

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21

Although there hasn't been anything official on this yet, a trusted source is claiming that the final trailer for *Star Wars: The Rise of Skywalker* will air on Monday, October 21. More past the jump...

RorMachine | 10/10/2019
Filed Under: "Star Wars"

*Star Wars* fans have been wondering when the final trailer for *The Rise of Skywalker* would be released, and now we may finally have a date.

It had been widely speculated that the trailer would arrive before the month was out, and the guys over at Black Rebel Series reckon they've confirmed that it's set for Monday, October 21, during half time of *Monday Night Football* on ESPN.

## Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**

CBM - Comic Book M...
890,800 likes
Like Page      Learn More

## Anime & Manga News

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**


Travel Mart · Autumn
Healing in Korea
아시아나 온라인
한국 여행 박람회에서 만나보세요~
자세히보기
ASIANA AIRLINES







**Friends And Family Smart Frame**

Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame.

Brookstone

The trailer is coming 10/21. Take that shit to the bank. 👉 pic.twitter.com/A5FIKJ6BO8

— Black Series Rebels (@BlkSeriesRebels) October 9, 2019

We'll have to take this as a rumor until we hear something official, but the source has been spot on when it comes to trailer dates in the past, and Disney has previously aired

   

*Star Wars* spots during MNF. It may also be worth noting that October 21 is the birthday of the late Carrie Fisher!

We'll update as soon as we hear more, but for now let us know what you hope to see from the trailer, and check out Hasbro's latest range of Black Series action figures by clicking the view list button below.

   

To see all of the images at once, simply click on the VIEW LIST (ONE PAGE) button below!



**Custom Group Prints**
as low as **$3.64** /100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

## Rey



 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**





Rey (Daisy Ridley) comes with several accessories including new Rise of Skywalker droid D-O and the lightsaber we saw her wield in the trailers. Yes, the weapon is indeed the same one that was destroyed in The Last Jedi.

The Smartest Gift You'll Give
Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone    OPEN

"Rey carries the lightsaber once belonging to Anakin and Luke Skywalker, its shattered pieces reunited, as she continues down the Jedi path."

Next

**329**
Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (48)

## Related Headlines


JoshWilding    1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine    1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding    6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

## Latest Headlines


RorMachine    27 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**


RorMachine    1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**


JoshWilding    3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


JoshWilding    4 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases**


JoshWilding    5 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The**


JoshWilding    6 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look**

More Cartoon & Animated News ▶

**Pro Wrestling News**




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**


**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

**Visit Our Other Sites!**











This quick video has more information

Ad by Sponsor    See More

**Taskmaster's Role In The Movie - Possible SPOILERS**

**Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**At The Redesigned Steppenwolf Revealed**

More Headlines



Click to find out more about a new promotion

Don't miss this content from our sponsor

ComicBookMovie.com Home | C3M Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

**COMICBOOKMOVIE**.com ®



DESTINY ✦2
BEYOND LIGHT

XBOX

Home  News  TV  Comics  Features  Reviews  Interviews  Anime  Gaming  Toons  Wrestling    Members

Sign In

Star Wars   Headlines   Pictures   Videos   Wallpaper

# STAR WARS: THE RISE OF SKYWALKER's Oscar Isaac Blames "Disney Overlords" For No Poe/Finn Romance



Ever since *The Force Awakens* was released in 2015, a huge number of fans have been "shipping" Poe Dameron and Finn. However, that ultimately came to naught, and Oscar Isaac has some thoughts on why...

JoshWilding | 12/26/2019
Filed Under: "Star Wars" Source: IGN



Were Poe Dameron and Finn meant to be together? Well, ever since the former complimented the ex-Stormtrooper (while biting his lip) during *Star Wars: The Force Awakens*, fans have been adamant that there was something more to their friendship. That wasn't really touched on in *The Last Jedi*, but it is something Oscar Isaac was hoping for in *The Rise of Skywalker*.



Save Time and Skip the Line
Walgreens

**"I think there could've been a very interesting, forward-thinking - not even forward-thinking, just, like, current-thinking - love story there, something that hadn't quite been explored yet; particularly the dynamic between these two men in war that could've fallen in love with each other,"** he revealed during an interview with IGN to promote the final chapter in the Skywalker Saga.

**"I would try to push it a bit in that direction, but the Disney overlords were not ready to do that."**

Looking at Isaac's face as he recalls this points to him being unhappy with the studio's decision, and it will be interesting as we move forward to find out exactly how much these actors enjoyed their time in a Galaxy Far, Far Away (it doesn't seem like much based on a lot of recent comments).

Were you disappointed that things remained platonic between Finn and Poe during *Episode IX*?


Finn and Poe: Should the Bromance Have Been a Ro...    Watch later    Share



DESTINY ✦2
BEYOND LIGHT

XBOX

Popular Stories


**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer


**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased


CBM - Comic Book M...
890,800 likes

Like Page    Learn More

**Anime & Manga News**


**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is



FINN AND POE

**BROMANCE OR ROMANCE?**

Check out some amazing *Star Wars: The Rise of Skywalker*
Hot Toys action figures by hitting the "View List" button below!

Image may contain: one or more people

**Next**

**35** Shares

   

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

**Comments (108)**

Related Headlines



JoshWilding   1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine   1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding   6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Latest Headlines



RorMachine   25 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine   1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding   3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding   4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

JoshWilding   5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding   6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

---

...ilarious Eight Novel Series Is Getting An Official Anime Adaption

...Coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

**Video Game News**

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**



**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Video Game News ▶**

**Cartoon & Animated News**



**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











Click to find out more about a new promotion



amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS -
THE CHAPTER BOOK COLLECTION
REBEL GIRLS
HARDCOVER
★★★★★ (12)
**$31.49**

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

**ComicBookMovie.com** ®

Sign In

Home  News  TV  Comics  Features  Reviews  Interviews  Anime  Gaming  Toons  Wrestling  **Members**



Star Wars  **Headlines**  Pictures  Videos  Wallpaper

# STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide

The divisive final installment in the Skywalker Saga is well on its way to passing the $1 billion milestone at the worldwide box office after adding $33.7 million to its domestic total this weekend...

RorMachine | 1/5/2020
Filed Under: "Star Wars"

As it exits its third full week on general release, *Star Wars: The Rise of Skyalker* has managed to remain No. 1 at the box office and is now well on its way to joining its predecessors in the billion dollar club.

**Custom Group Prints**
as low as $3.64 /100 qty
*Single color prints
ooshirts
YOUR DESIGN HERE
ORDER NOW

Despite mixed reviews and a slower-than-expected start, the divisive final installment in the Skywalker Saga has held steady and now sits at $450.8 million domestic. Add a $468 million international gross, and the J.J. Abrams-directed space adventure is now approaching $919 million worldwide.

This means

**Custom Group Prints**
as low as $3.64 /100 qty
*Single color prints
ooshirts

Popular Stories

Anime & Manga News
More Anime & Manga News ▶

Video Game News
More Video Game News ▶

Cartoon & Animated News
More Cartoon & Animated News ▶

Pro Wrestling News
More Pro Wrestling News ▶

Visit Our Other Sites!
ANIME MOJO.com









*The Rise of Skywalker* will likely pass $1 billion at some point during the week if it maintains its current pace.



Get Items Safely and Easily
Walgreens

Tell us, have you been to see *The Rise of Skywalker*? If so, do you think the general consensus is accurate? Let us know in the comments, and as long as you don't mind spoilers, be sure to check out our rundown of all the biggest reveals and most shocking moments below.





**Simply click on the VIEW LIST (ONE PAGE) button below!**



Share Life's Beautiful Moments
Move photos out of your phone and into everyday life.
Buy Now at Costco Brookstone

OPEN

## The Return of Emperor Palpatine





HARRY'S

HIGH-QUALITY RAZORS

REDEEM TRIAL

*The Rise of Skywalker* wastes no time in (re)introducing the saga's big bad, Emperor Palpatine.

After a brief action sequence which culminates with Kylo Ren getting his hands on a "Sith Wayfinder," the Supreme Leader uses the device to track down the ancient villain on the Sith homeworld. It's never fully explained how Palpatine was able to resurrect himself, but it is strongly hinted that cloning was involved. It's also confirmed that The Emperor "made" Snoke and was speaking through him all along.



Palpatine tells Ren that he cam become the new Emperor with the might of the "Final Order" behind him if he finds and kills Rey.



Next



**1.2k**
Shares

**DISCLAIMER**: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]



Comments (37)

Related Headlines



JoshWilding                    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine                     1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding                    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Latest Headlines









## CᴏᴍɪᴄBᴏᴏᴋMᴏᴠɪᴇ.com ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   **Members**

**Star Wars**   Headlines   Pictures   Videos   Wallpaper

# Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots


Mark Hamill made only a brief appearance as Luke Skywalker in *Star Wars: The Rise of Skywalker*, but was still involved in a pivotal moment. However, that actually came as a result of last-minute reshoots.

JoshWilding | 1/7/2020
Filed Under: "Star Wars" Source: The Art of the Cut (via Collider)



*Star Wars: The Rise of Skywalker* wasn't exactly plagued by production issues like *Rogue One* and *Solo*, but J.J. Abrams wasn't given a huge amount of time to make his finale to the Skywalker Saga and, as is to be expected with the majority of blockbusters these days, reshoots ultimately took place.


Custom Group Prints
as low as $3.64 /100 qty
*Single color prints
ooshirts
YOUR DESIGN HERE
ORDER NOW

That additional photography may have changed the movie more than previously realised, though, because editor Maryann Brandon has revealed that as well as Rey's introduction (where she's floating and calling out to the Jedi from the past), Luke Skywalker's return as a Force Ghost on Ahch-To was part of those reshoots.


New Pickup At Walgreens
Walgreens



**Popular Stories**

 

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**


CBM - Comic Book M...
890,800 likes
Like Page   Learn More

**Anime & Manga News**

 

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**



"The scene on the island with Luke, when Luke sees Rey," Brandon confirms. "The film kind of informed us, after it was together, what it needed to say so we went back and got that dialogue. There was like a funny moment between Poe and Rey when he lands the Falcon and it's on fire, we wanted to have a more humorous exchange between them. Nothing major, no."

It sounds like Rey was always going to see Luke there, but changes were clearly made, and considering what the characters talked about was so impactful to the final act - we learned about Luke training Leia and the fact they knew Rey was a Palpatine - it's hard not to wonder how this sequence was reshaped.

In Vanity Fair's initial article about *The Rise of Skywalker*, Luke was shown standing alongside R2-D2 as a fire raged in the background, so it's possible he was once going to appear in flashbacks and that we would have learned more about the destruction of the Jedi Temple (a plot point which is currently being explored in The Rise of Kylo Ren comic book series from Marvel).

What are your thoughts on these comments from the movie's editor?

For more *Star Wars: The Rise of Skywalker* reveals,
simply click on the "View List" button down below!

## Sith Trooper Legions Confirm The Return Of Some "Legends" Characters



The Sith Troopers end up doing pretty much nothing in *The Rise of Skywalker* and aren't really all that different to regular Stormtroopers. Interestingly, Emperor Palpatine has named each of the Final Order's legions after the Siths of old, many of whom are Expanded Universe/Legends characters who have now been made canon again as a result.

Those are Revan, Andeddu, Tanis, Tenebrous, Desolous, and Phobos, and it's fair to say that most fans will be particularly excited by the return of *Knights of the Old Republic* standout, Darth Revan. Andeddu hails from the *Tails of the Jedi* comic book, Tenebrous was Darth Plagueis' Master, and both Desolous and Phobos were introduced in *The Force Unleashed*.

As for Tanis, that's a new creation who built a weapon of some sort on the planet Malachor.

**Next**

  

72 Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (67)

### Related Headlines


JoshWilding   1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine   1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding   6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines

---

hilarious light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**





RorMachine 22 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

RorMachine 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

JoshWilding 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**





JoshWilding 4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

JoshWilding 5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding 6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines




**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶








FREE $5 GIFT CARD

Click to find out more about a new promotion



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com™ is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for  inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



**STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office**

It may have taken a little longer than we expected, but *Star Wars: The Rise of Skywalker* has now passed the $500 million mark at the domestic box office after crossing $1 billion globally last week...

RorMachine | 1/26/2020
Filed Under: "Star Wars"

*Star Wars: The Rise of Skywalker* passed the $1 billion mark at the worldwide box office last week, and the final installment in the iconic space-saga has now hit another milestone, crossing $500 million domestically.



**See What Creditors See About Your Business**

Review Your Business Credit Report Today

Get My Report

experian  experian.com/mybusiness

The J.J. Abrams-directed film has proven to be highly divisive among fans and critics alike, and actually holds the lowest Rotten Tomatoes score (52%) of any live-action *Star Wars* movie. While this may have had a negative impact on *Episode IX*'s BO (it's far from a flop, but didn't take in nearly as much as its predecessors), moviegoers continue to show up to witness the conclusion of the epic tale.




ooShirts • Custom T-Shirts

Shop Online at ooShirts® Open ›

Elsewhere at the U.S. box office, Guy Ritchie's *The Gentlemen* had a respectable opening weekend, but it was left in the dust by


Custom group prints!
as low as $3.64 /100 qty
ORDER NOW
YOUR DESIGN HERE
ooshirts

*Bad Boys for Life*. Head on over to Variety for more details.



Exhibitor Relations Co.
@ERCboxoffice

This weekend, STAR WARS: THE RISE OF SKYWALKER joined the $500M Club domestically--an elite society with just 15 members.

Galactic total: $1.046B

Goooooooooooooooood

GIF

7:59 AM · Jan 26, 2020

♡ 110      25 people are Tweeting about this


Mortgage Rates Fall Again
QL  Recalculate Your House Payment In A Few Steps ›

How many times have you been to see *The Rise of Skywalker*? Let us know in the comments, and be sure to check out our rundown of all the movie's biggest reveals and most shocking moments below.


Mortgage Rates Fall Again
QL  Recalculate Your House Payment In A Few Steps ›

Anime Adaption

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Accquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

 

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

More Video Game News ▶

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**

**Simply click on the VIEW LIST (ONE PAGE) button below!**



 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

## The Return of Emperor Palpatine



 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**



*The Rise of Skywalker* wastes no time in (re)introducing the saga's big bad, Emperor Palpatine.

After a brief action sequence which culminates with Kylo Ren getting his hands on a "Sith Wayfinder," the Supreme Leader uses the device to track down the ancient villain on the Sith homeworld. It's never fully explained how Palpatine was able to resurrect himself, but it is strongly hinted that cloning was involved. It's also confirmed that The Emperor "made" Snoke and was speaking through him all along.



Palpatine tells Ren that he cam become the new Emperor with the might of the "Final Order" behind him if he finds and kills Rey.

**Next**

Visit Our Other Sites!







**510** Shares     

**DISCLAIMER:** Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (94)

Related Headlines


JoshWilding                    1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine                     1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding                    6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Latest Headlines


RorMachine                    44 mins ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**


JoshWilding                   2 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


JoshWilding                   3 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**


JoshWilding                   4 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**


JoshWilding                   5 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**


RorMachine                    5 hours ago
**TOM & JERRY: KICK-ASS Star Chloë Grace Moretz Joins Iconic Cat & Mouse Duo In First Trailer**

More Headlines


GEICO — DON'T JUST SPEND MONEY ON CAR INSURANCE. SAVE MONEY ON CAR INSURANCE.   GET A QUOTE


BEST BUY — Limited time 24 month financing on appliance and Geek Squad® purchases $699 and up with the My Best Buy Credit Card. Offer ends 11/21/20.   Shop Now


PACIFIC SALES — Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone

ComicBookMovie.com    © 2003-2020 Best Little...
Brooks...