Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com
*Attorneys for Defendants*
*ComicBookMovie.com and Nathan Best*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: _____<br><br>Magistrate Judge: Dustin B. Pead |

Having reviewed the Stipulated Motion for Extension of Time to Respond to Complaint and for good cause appearing, the Motion is hereby **GRANTED** and it is **ORDERED** that the deadline for Defendant Best Little Sites, d/b/a www.comicbookmovie.com and Defendant Nathan Best be extended until November 10, 2021.

IT IS SO ORDERED.

Dated: _____, 2021.

_____
The Honorable David B. Pead