# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Case No. 2:21-cv-00567-DBP<br><br>Magistrate Judge: Dustin B. Pead |

Having reviewed the Stipulated Motion for Extension of Time to Respond to Complaint and for good cause appearing, the Motion is hereby **GRANTED** and it is **ORDERED** that the deadline for Defendant Best Little Sites, d/b/a www.comicbookmovie.com and Defendant Nathan Best be extended until **November 10, 2021.**

IT IS SO ORDERED. Dated: October 27, 2021.

Dustin B. Pead
U.S. Magistrate Judge