# EXHIBIT C















