Robert H. Scott (USB #10981)
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah  84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email:  robert.scott@akerman.com

Caroline H. Mankey (*pro hac vice pending*)
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 533-5949
Facsimile:  (213) 627-6342
Email:  caroline.mankey@akerman.com

*Attorneys for Defendants Mark Cassidy and Joshua Wilding*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>Plaintiff,<br><br>v.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive,<br><br>Defendants. | **NOTICE OF LIMITED APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 83-1.3(b)**<br><br><br>Case No. 2:21-cv-00567-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

**PLEASE TAKE NOTICE** that Robert H. Scott of the law firm of AKERMAN LLP hereby enters his limited appearance for defendants Mark Cassidy and Joshua Wilding.  Mr. Scott

62525696;1

requests that all filings related to this matter be served on him at AKERMAN LLP, 170 South Main Street, Suite 725, Salt Lake City, Utah 84101.

This Notice is filed pursuant to Local Rule 83-1.3(b) to reflect that the appearance shall be limited to the following purposes:

A. Filing pleadings and papers related to Mr. Cassidy and Mr. Wilding's challenges to plaintiff's request for alternative service and any exercise of personal jurisdiction over them by the Court;

B. Acting as counsel for Mr. Cassidy and Mr. Wilding in connection with their challenges to plaintiff's request for alternative service and any exercise of personal jurisdiction over them by the Court;

C. Acting as counsel for Mr. Cassidy and Mr. Wilding in connection with any discovery sought by plaintiff in connection with their challenges to plaintiff's request for alternative service and any exercise of personal jurisdiction over them by the Court; and

D. Acting as counsel for Mr. Cassidy and Mr. Wilding at any hearings held in connection with their challenges to plaintiff's request for alternative service and any exercise of personal jurisdiction over them by the Court.

DATED this 15th day of March, 2022.

**AKERMAN LLP**

By: /s/ Robert H. Scott
    Robert H. Scott

Caroline H. Mankey (SBN 187302)
(*pro hac vice pending*)
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 533-5949
Email: caroline.mankey@akerman.com

*Attorneys for Defendants Mark Cassidy and Joshua Wilding*

_____
Joshua Wilding


_____
Mark Cassidy

Pursuant to Local Rule 83-1.3(b)(2), this Notice shall be signed by counsel, Mr. Cassidy and Mr. Wilding. Mr. Cassidy and Mr. Wilding remain responsible for all matters not specifically described in this Notice.

DATED this 15th day of March, 2022.

        **AKERMAN LLP**

        By: /s/ Robert H. Scott
            Robert H. Scott

            Caroline H. Mankey (SBN 187302)
            (*pro hac vice pending*)
            601 West Fifth Street, Suite 300
            Los Angeles, California 90071
            Telephone: (213) 533-5949
            Email: caroline.mankey@akerman.com

            *Attorneys for Defendants Mark Cassidy and Joshua Wilding*

            _____
            Joshua Wilding

            *Mark Cassidy*
            _____
            Mark Cassidy

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of March, 2022, I caused a true and correct copy of the foregoing **NOTICE OF LIMITED APPEARANCE OF COUNSEL PURSUANT TO LOCAL RULE 83-1.3(b)** to be filed via the Court's CM/ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case.

*/s/ Robert H. Scott*