THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>        Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>        Defendants. | ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS<br><br>Case No. 2:21-cv-00567-DBB-JCB<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Based on the Stipulated Motion for Extension of Time to Respond to Motion for Partial Judgment on the Pleadings[1] and good cause appearing, the Court hereby GRANTS the Motion and extends the deadline to respond to Motion for Partial Judgment on the Pleadings[2] to January 10, 2023.

IT IS SO ORDERED.

DATED this 21st day of December 2022.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 73.
[2] ECF No. 72.