## THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| **GREAT BOWERY, d/b/a TRUNK ARCHIVE**<br><br>**Plaintiff,**<br><br>v.<br><br>**BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.**<br><br>**Defendants.** | **ORDER GRANTING STIPULATIED MOTION TO AMEND SCHEDULING ORDER**<br><br>**Case No. 2:21-cv-00567-DBB-JCB**<br><br>**District Judge David Barlow**<br><br>**Magistrate Judge Jared C. Bennett** |

Based on the Parties' Stipulated Motion to Amend the Scheduling Order[1], the Court hereby

GRANTS the Motion and orders the amended schedule set forth below:

| Event | Deadline |
|---|---|
| Close of fact discovery | 06/09/23 |
| Final date for supplementation of disclosures and discovery under Rule 26(e) | 07/07/23 |
| Party bearing burden of proof | 07/07/23 |
| Counter disclosures | 08/04/23 |
| Party(ies) bearing burden of proof | 07/07/23 |
| Counter disclosures | 08/04/23 |
| Last day for expert discovery | 09/01/23 |
| Last day for filing dispositive or potentially dispositive motions | 09/22/23 |
| Deadline for filing partial or complete motions to exclude expert testimony | 09/22/23 |
| If the parties do not intend to file dispositive or potentially dispositive motions, a scheduling conference will be held to set a trial date | 09/27/23 3:00pm |

[1] ECF No. 83

**TRIAL AND PREPARATION FOR TRIAL**

After the court issues an order on the summary judgment motion(s), if there is anything left to litigate, the court will set a scheduling hearing to set a trial date and to ask the parties if they want to mediate. If the schedule set forth herein is not extended, the parties can generally expect that trial will be set sometime during the second quarter of 2024.

**OTHER MATTERS**

Parties should fully brief all Motions in Limine well in advance of the pretrial conference.

IT IS SO ORDERED.

DATED this 14th day of February 2023.

BY THE COURT:

_____
JARED C. BENNETT
United States Magistrate Judge