Mathew K. Higbee, SBN 11133
Ryan E. Carreon, *Pro Hac Vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
(714) 617-8373
mhigbee@higbee.law
rcarreon@higbee.law
*Attorneys for Plaintiff Trunk Archive*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>     Plaintiff,<br><br>v.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:21-cv-00567-DBB<br><br>**APPENDIX OF EVIDENCE** |

Pursuant to DUCivR 56-1(b)(5), Plaintiff Great Bowery Inc. d/b/a Trunk Archive, by counsel, designates the following exhibits which are attached hereto and incorporated by reference for the purposes of its Memorandum of Law in Support of its Motion for Summary Judgment:

/ / /

/ / /

/ / /

/ / /

1

| Exhibit Tab | Description of Document |
|---|---|
| 1 | Holdo Photograph |
| 2 | DJ Photograph |
| 3 | Skywalker Photograph |
| 4 | Connix Photograph |
| 5 | Millennium Falcon Photograph |
| 6 | R2-D2 Photograph |
| 7 | Finn Photograph |
| 8 | Hux Photograph |
| 9 | Production Photographs |
| 10 | Lightsaber Photograph |
| 11 | Dameron Photograph |
| 12 | Copyright Registration Certificate VA 2-111-252 |
| 13 | Copyright Registration Certificate VA 2-192-380 |
| 14 | Artist Agreement dated November 12, 2014 |
| 15 | Article appearing in Vanity Fair dated May 24, 2017, and titled "See Annie Leibovitz's Exclusive Cast Portraits of *Star Wars: The Last Jedi* for *Vanity Fair.*" |
| 16 | Article appearing in Vanity Fair dated May 22, 2019, and titled "*Star Wars: The Rise of Skywalker* Photos: Meet the Characters and Go on Set." |
| 17 | User profile of Defendant Mark Cassidy on the website www.comicbookmovie.com |

| | |
|---|---|
| **18** | User profile of Defendant Joshua Wilding on the website www.comicbookmovie.com |
| **19** | Independent Contractor Agreement between Best Little Sites, LLC and Mark Cassidy dated June 30, 2014 |
| **20** | Independent Contractor Agreement between Best Little Sites, LLC and Joshua Wilding dated June 30, 2014 |
| **21** | Article appearing on www.comicbookmovie.com dated October 18, 2017, and titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" |
| **22** | Article appearing on www.comicbookmovie.com dated November 20, 2017, and titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" |
| **23** | Article appearing on www.comicbookmovie.com dated December 27, 2017 and titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" |
| **24** | Article appearing on www.comicbookmovie.com dated December 27, 2018, and titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" |
| **25** | Article appearing on www.comicbookmovie.com dated May 22, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" |
| **26** | Article appearing on www.comicbookmovie.com dated May 22, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" |
| **27** | Article appearing on www.comicbookmovie.com dated June 25, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" |
| **28** | Article appearing on www.comicbookmovie.com dated June 26, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" |

| | |
|---|---|
| **29** | Article appearing on www.comicbookmovie.com dated August 12, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" |
| **30** | Article appearing on www.comicbookmovie.com dated September 27, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" |
| **31** | Article appearing on www.comicbookmovie.com dated October 10, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" |
| **32** | Article appearing on www.comicbookmovie.com dated December 26, 2019, and titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" |
| **33** | Article appearing on www.comicbookmovie.com dated January 5, 2020, and titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" |
| **34** | Article appearing on www.comicbookmovie.com dated January 7, 2020, and titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" |
| **35** | Article appearing on www.comicbookmovie.com dated January 26, 2020, and titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" |
| **36** | Spreadsheet of revenues derived from the Infringing Articles |
| **37** | Defendant Best Little Sites, LLC's responses to Interrogatories dated October 21, 2022 |
| **38** | Defendant Nathan Best's responses to Interrogatories dated October 21, 2022 |
| **39** | Defendant Nathan Best's responses to Requests for Admission dated October 21, 2022 |
| **40** | Defendant Mark Cassidy's responses to Requests for Admission dated October 21, 2022 |

| 41 | Defendant Joshua Wilding's responses to Requests for Admission dated October 21, 2022 |
| 42 | Declaration of Annie Leibovitz dated October 31, 2023 |
| 43 | Complaint dated September 27, 2021 |
| 44 | Answer and Counterclaim filed by Defendants Nathan Best and Best Little Sites, LLC, dated June 23, 2022 |
| 45 | Answer filed by Defendant Joshua Wilding dated July 15, 2022 |
| 46 | Answer filed by Defendant Mark Cassidy dated July 15, 2022 |

Dated: November 3, 2023                          Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, SBN 11133
**HIGBEE & ASSOCIATES**
(714) 617-8373
mhigbee@higbee.law

**/s/ Ryan E. Carreon**
Ryan E. Carreon, *pro hac vice*
**HIGBEE & ASSOCIATES**
(714) 617-8373
rcarreon@higbee.law
*Attorneys for Plaintiff Trunk Archive*

5

# Exhibit 1



# Exhibit 2



Trunk00002

# Exhibit 3



Trunk00003

# Exhibit 4



Trunk00004

# Exhibit 5



# Exhibit 6



Trunk00006

# Exhibit 7



Trunk00011

# Exhibit 8



Trunk00014

# Exhibit 9





Trunk00008



Trunk00009











# Exhibit 10



# Exhibit 11



Trunk00018

# Exhibit 12

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Kary H. Tesla*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-111-252

**Effective Date of Registration:**
July 10, 2017

## Title
_____

**Title of Work:** Vanity Fair, 2017 (Part 1)

**Previous or Alternate Title:** Group Registration of published photographs; 45 photographs; publication dates range: 2/01/2017 - 8/01/2017

**Content Title:** Emma Stone, Lupita Nyong'o, Amy Adams, Natalie Portman, Ruth Negga, Dakota Fanning, Elle Fanning, Aja Naomi King, Dakota Johnson, Greta Gerwig and Janelle Monae, Los Angeles, 2016 (approx. February 1, 2017)

Emma Stone, Los Angeles, 2016 (approx. February 1, 2017)

Natalie Portman, New York City, 2016 (approx. February 1, 2017)

Janelle Monae, Los Angeles, 2016 (approx. February 1, 2017)

Dakota Johnson, Los Angeles, 2016 (approx. February 1, 2017)

Elle Fanning, Los Angeles, 2016 (approx. February 1, 2017)

Dakota Fanning, Los Angeles, 2016 (approx. February 1, 2017)

Ruth Negga, Los Angeles, 2016 (approx. February 1, 2017)

Aja Naomi King, Los Angeles, 2016 (approx. February 1, 2017)

Greta Gerwig, Los Angeles, 2016 (approx. February 1, 2017)

Greta Gerwig, Los Angeles, 2016 (approx. February 1, 2017)

Lupita Nyong'o, Los Angeles, 2016 (approx. February 1, 2017)

Amy Adams, Los Angeles, 2016 (approx. February 1, 2017)

John Leguizamo, New York City, 2016 (approx. February 1, 2017)

New Establishment Summit, San Francisco, 2016 (approx. March 1, 2017)

Fran Lebowitz, Barry Diller, Graydon Carter, Sarah Jessica Parker, Conan O'Brien, Kevin Reilly, Eddy Cue, Richard Plepler, Amy Cappellazzo, Larry Gagosian, Jeff Koons, Laura Paulson, Darren Walker and Priscilla Chan, San Francisco, 2016 (approx. March 1, 2017)

Susan Wojcicki, Sean Parker, James Allison, James Balog, Lynsey Addario, Chamath Palihapitiya, Hamdi Ulukaya, Travis Kalanick, Jeff Bezos, Priscilla Chan, Marty Baron, Larry Gagosian, Jeff Koons, Kyle Bass, Sally Jewell, David Zaslav, and James Chanos, San Francisco, 2016 (approx. March 1, 2017)

Kevin Feige, John Lasseter, Kathleen Kennedy and Bob Iger, San Francisco, 2016 (approx. March 1, 2017)

Michael Moritz, Mary Parent, Steve Case, Beth Comstock, Bobby Kotick, Glenn Hubbard, Sebastian Thrun, Arati Prabhakar, Sarah Ellison, Nathan Myhrvold, Michael Evans, Peter Chernin, Marcus Samuelsson, Jesse Draper, Elizabeth Gore, Frank Rich, Fran Lebowitz, Mary Meeker, Jean Liu, Aaron Levie, Rashida Jones, Leslie Moonves, and Gabriel Sherman, San Francisco, 2016 (approx. March 1, 2017)

Renée Fleming, New York City, 2017 (approx. March 1, 2017)

BB-8, Oscar Isaac, John Boyega and Kelly Marie Tran, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley and Mark Hamill, Dingle, Ireland, 2016 (approx. June 1, 2017)

Gwendoline Christie, Adam Driver and Domhnall Gleeson, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Carrie Fisher, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley and Mark Hamill, Dingle, Ireland, 2016 (approx. June 1, 2017)

Carrie Fisher, BB-8, Oscar Isaac, John Boyega and Kelly Marie Tran, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Domhnall Gleeson, Adam Driver and Gwendoline Christie, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Daisy Ridley, Dingle, Ireland, 2016 (approx. June 1, 2017)

Daisy Ridley and Chewbacca, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Neal Scanlan and guests at the Canto Bight casino, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Michael Kaplan and his costume creations, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Laura Dern, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Benicio Del Toro, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Carrie Fisher, Rian Johnson, Mark Hamill and Kathleen Kennedy, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Anthony Daniels, Brian Herring, Dave Chapman, Matthew Denton, BB-8, Lee Towersey, R2-D2 and Joshua Lee, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Adam Driver, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Billie Lourd and Carrie Fisher, Pinewood Studios, London, 2016 (approx. June



1, 2017)

Mark Hamill and Carrie Fisher, Pinewood Studios, London, 2016 (approx. June 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Alexis Ohanian and Serena Williams, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams and Alexis Ohanian, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Serena Williams and Alexis Ohanian, Highland Beach, Florida, 2017 (approx. August 1, 2017)

Jerry Brown, Sacramento, California, 2014 (approx. August 1, 2017)

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | February 01, 2017 |
| **Nation of 1st Publication:** | United States |
| **International Standard Number:** | ISSN 0733-8899 |

## Author

| | |
|---|---|
| • **Author:** | Annie Leibovitz |
| **Author Created:** | photograph |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1949 |

## Copyright Claimant

**Copyright Claimant:**  Annie Leibovitz
405 W 14th Street, 3rd Floor, New York, NY, 10014, United States

## Certification

| | |
|---|---|
| **Name:** | Laura Cali |
| **Date:** | July 06, 2017 |

**Copyright Office notes:**  Basis for Registration: Registered as a Group of Published Photographs.

*0000VA00021112520303*

# Exhibit 13



Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. **More**.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present)

Search Request: Left Anchored Name = Leibovitz

Search Results: Displaying 1 of 223 entries



Labeled View

*Vanity Fair, 2019.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002192380 / 2020-01-16 |
| **Application Title:** | Vanity Fair, 2019 |
| **Title:** | Vanity Fair, 2019. [Group registration of published photographs. 44 photographs. 2019-03-01 to 2019-12-01] |
| **Description:** | 44 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Annie Leibovitz, 1949- . Address: 15 Hudson Yards, 76E, New York, NY, 10001, United States. |
| **Date of Creation:** | 2019 |
| **Publication Date Range:** | 2019-03-01 to 2019-12-01 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Annie Leibovitz, 1949- ; Citizenship: United States. Authorship: photographs. |
| **Rights and Permissions:** | Trunk Archive, (212) 356-0099 |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in December 2019 (4 photographs): RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019, RuPaul, Culver City, California, 2019. |
| | Published in December 2019 (11 photographs): Nancy Pelosi, Washington, D.C., |

2019, Nancy Pelosi, Washington, D.C., 2019, Steny Hoyer, Ilhan Omar, and Nancy Pelosi, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Chuck Schumer, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Members at a caucus meeting, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019, Maxine Waters and Nancy Pelosi, Washington, D.C., 2019, Adam Schiff, Elijah Cummings, Jerry Nadler, and Nancy Pelosi, Washington, D.C., 2019, Nancy Pelosi, Washington, D.C., 2019,

Published in March 2019 (1 photographs): Cicely Tyson, New York City, 2018

Published in April 2019 (8 photographs): Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, El Paso, Texas, 2019, Beto and Henry O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, outside El Paso, Texas, 2019, Molly, Henry, and Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, El Paso, Texas, 2019, Beto O'Rourke, Bowie High School, El Paso, Texas, 2019, Beto and Amy O'Rourke with their children, Molly, Ulysses and Henry, Franklin Mountains State Park, El Paso, Texas, 2019

Published in June 2019 (17 photographs): Adam Driver, London, 2018, Daisy Ridley, London, 2019, J. J. Abrams, Wadi Rum, Jordan, 2018, J. J. Abrams, Wadi Rum, Jordan, 2018, Colin Anderson, Wadi Rum, Jordan, 2018, J. J. Abrams and Daisy Ridley, Wadi Rum, Jordan, 2018, Joonas Suotamo, Daisey Ridley, Anthony Daniels, and John Boyega, Wadi Rum, Jordan, 2018, BB-8 and Anthony Daniels, Wadi Rum, Jordan, 2018, Colin Anderson, Joonas Suotamo, BB-8, and Daisy Ridley, Wadi Rum, Jordan, 2018, Aki-Aki, Wadi Rum, Jordan, 2018, Adam Driver and Daisy Ridley, London, 2018, John Boyega and Naomi Ackie, London, 2019, Oscar Isaac, Billy Dee Williams, Chewbacca, D-O, and BB-8, London, 2018, Domnhall Gleeson and Richard E. Grant, London, 2018, Keri Russell, London, 2018, John Williams, Culver City, California, 2019, Mark Hamill and R2-D2, London, 2018,

Published in September 2019 (3 photographs): Ta-Nehisi Coates, New York City, 2019, Ta-Nehisi Coates, Brooklyn, New York, 2019, Ta-Nehisi Coates, New York City, 2019,

**Names:** Leibovitz, Annie, 1949-



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [_____]   [Email] |

Help    Search    History    Titles    Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright | Copyright Office Home Page | Library of Congress Home Page

# Exhibit 14

## ARTIST AGREEMENT

This Artist Agreement (the "Agreement") is made as of <u>November 12, 2014</u> by and between Trunk Images, Inc. d/b/a Trunk Archive ("Trunk Archive") and Annie Leibovitz ("Artist"). This Agreement shall confirm the terms upon which Trunk Archive will be the worldwide representative for licensing certain copyrighted images in and/or to which Artist holds the copyright or reproduction rights.

1.   <u>Grant of Rights</u>:  Subject to the terms and conditions of this Agreement, Artist hereby grants to Trunk Archive the exclusive worldwide right to license, market, and promote the Licensed Images (as defined below) for all uses in any and all media.

2.   <u>Licensed Images</u>:  The images subject to this Agreement shall be those images provided to Trunk Archive by Artist or Artist's authorized agent for representation hereunder (the "Licensed Images").

3.

4.

5.

6.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first set forth above.

**TRUNK ARCHIVE**

By: _____
    Name: Matthew Moneypenny
    Title: CEO

**THE ARTIST:**

By _____ 11/14/14
Annie Leibovitz

# Exhibit 15

VANITY FAIR

Sign In   Subscribe

1.70% APY   Expect more. Earn more.   Introducing 360 Performance Savings™   Open Now   Capital One



PHOTOGRAPH BY ANNIE LEIBOVITZ.

THE LAST JEDI   |   SUMMER 2017

# See Annie Leibovitz's Exclusive Cast Portraits of *Star Wars: The Last Jedi* for *Vanity Fair*

When last seen, in the clifftop payoff of *The Force Awakens*, Daisy Ridley's Rey was face-to-face with Mark Hamill's long-lost Luke Skywalker. What happens next, when *The Last Jedi* hits screens in December, is closely guarded. But we've got the definitive first look at characters old and new right here. For more, read David Kamp's article in the Summer 2017 issue.

PHOTOGRAPHY BY ANNIE LEIBOVITZ

MAY 24, 2017



PHOTOGRAPHED EXCLUSIVELY FOR *V.F.* BY ANNIE LEIBOVITZ, FOR *THE LAST JEDI*. COSTUME DESIGN BY MICHAEL KAPLAN, PRODUCTION DESIGN BY RICK HEINRICHS. FOR *V.F.*: SET DESIGN BY MARY HOWARD. FOR DETAILS, GO TO VF.COM/CREDITS.

1/14

**Master Class**
Daisy Ridley as Resistance warrior Rey and Mark Hamill as mentor Luke Skywalker, on location in Ireland.

WATCH

BANG BANG
reviews
TATTOOS IN MOVIES

Tattoo Artist Bang Bang Reviews Movie Tattoos, from 'Moana' to 'Black Swan'

More Vanity Fair Videos →



Capital One

Seize the savings

1.70% APY

Say goodbye to your average savings rate.

New Year's Sale
Get 1 year of *Vanity Fair* for just $15 $8.

Subscribe▸


Introducing
360 Performance
Savings™

Open Now

MEMBER FDIC



PHOTOGRAPH BY ANNIE LEIBOVITZ

2/14

**New Hope**

Daisy Ridley's Rey hones her lightsaber skills—and channels her inner Force.



PHOTOGRAPH BY ANNIE LEIBOVITZ

3/14

**Driver's Seat**

Daisy Ridley as Rey, at the helm of the Millennium Falcon, with Joonas Suotamo as co-pilot Chewbacca.


讓 第一輛新車 後顧無憂



MOST POPULAR


Golden Globe Winners
2020: See the Full List Here
BY KATEY RICH


All of the Looks From the
Golden Globes 2020 Red
Carpet


Who Would Defend Harvey
Weinstein?
BY MAUREEN O'CONNOR


JOAQUIN PHOENIX
ROBERT DE NIRO
JOKER
Own the 4K Ultra HD
Blu-ray™ 1/7
& Digital now
Buy now

MOST POPULAR




**Golden Globe Winners 2020: See the Full List Here**
BY KATEY RICH


**All of the Looks From the Golden Globes 2020 Red Carpet**


**Who Would Defend Harvey Weinstein?**
BY MAUREEN O'CONNOR

PHOTOGRAPH BY ANNIE LEIBOVITZ

4/14

**Freedom Fighters**
Carrie Fisher, Oscar Isaac, John Boyega, and Kelly Marie Tran as the rebels General Leia Organa, Poe Dameron, Finn, and Rose Tico, with droid BB-8.



PHOTOGRAPH BY ANNIE LEIBOVITZ

5/14

**Night Creatures**
Neal Scanlan (seated), creative supervisor of the *Star Wars* creature shop, and guests at the Canto Bight casino.



PHOTOGRAPH BY ANNIE LEIBOVITZ

6/14

**Best-Dressed**
Costume designer Michael Kaplan (seated), surrounded by some of his creations.



PHOTOGRAPH BY ANNIE LEIBOVITZ

7/14

**Off Duty**

Anthony Daniels as C-3PO, with droids R2-D2 and BB-8 and the Droid Department's Brian Herring, Dave Chapman, Matthew Denton, Lee Towersey, and Joshua Lee.





PHOTOGRAPH BY ANNIE LEIBOVITZ

8/14

**Off Duty**

Carrie Fisher (General Leia Organa), writer-director Rian Johnson, Mark Hamill (Luke Skywalker), and producer Kathleen Kennedy with Fisher's dog, Gary, and Hamill's daughter's dog, Millie.



BrassCraft.
**PLUMBING SUPPLIES**
Shop All
US Only.

Pro

**MOST POPULAR**


Golden Globe Winners 2020: See the Full List Here
BY KATEY RICH


All of the Looks From the Golden Globes 2020 Red Carpet


Who Would Defend Harvey Weinstein?
BY MAUREEN O'CONNOR



PHOTOGRAPH BY ANNIE LEIBOVITZ

9/14

**Memories**

Fisher, who died in December, with daughter Billie Lourd (Lieutenant Kaydel Connix).



PHOTOGRAPH BY ANNIE LEIBOVITZ

10/14

**Memories**

Fisher and Hamill, with whom she first worked four decades ago.



PHOTOGRAPH BY ANNIE LEIBOVITZ

11/14

**Rookies**

Laura Dern, as Vice Admiral Amilyn Holdo, a newcomer to the saga.







PHOTOGRAPH BY ANNIE LEIBOVITZ

12/14

**Rookies**

Benicio Del Toro, as the shifty "DJ," a newcomer to the saga.



PHOTOGRAPH BY ANNIE LEIBOVITZ

13/14

**Spawn**

Adam Driver, in character as Kylo Ren, Han Solo's son and slayer, wields a crossguard lightsaber.



PHOTOGRAPH BY ANNIE LEIBOVITZ

14/14

**The Dark Side**
First Order leaders General Hux, Kylo Ren, and Captain Phasma, played by Domhnall Gleeson, Adam Driver, and Gwendoline Christie.

## TODAY'S TOP STORIES



`HWD`

**Harvey Weinstein Charged With Rape, Sexual Battery in Los Angeles**

BY LAURA BRADLEY



`HWD`

***1917* Upended the Oscar Race at the Golden Globes**

BY ANTHONY BREZNICAN



`HIVE`

**Could John Bolton Re-Shape Trump's Impeachment Trial?**

BY ERIC LUTZ

**SPONSORED STORIES**                    Powered By Outbrain |▷



The New York Times

Viva México ... in Kenya



Beverly Hills MD

Surgeon: "Doing This Every Morning Can Snap Back Sagging Skin (No Creams Needed)"



Gundry MD | Supplement

How To Efficiently Empty Your Bowels Every Morning - Top Surgeon Explains How



Wikibuy

Before you renew Amazon Prime, read this



www.citybeauty.com

How To: Reduce Sagging Jowls (Do This)



Strategic Trends Investor

The $5 Tech Stock Practically Nobody is Talking About.





**New Year's Sale**

Subscribe for ~~$15~~ $8 — Limited Time Only.
Get 1 year of *Vanity Fair* + a free tote.

Join now ▸



VANITY FAIR

MORE FROM VANITY FAIR

Promotions
Newsletter
Subscribe
Digital Edition
Inside the Issue

CONTACT

Contact VF
Customer Service
Advertising
Careers

Condé Nast Store  |  Reprints / Permissions  |  VF Media Kit  |  Sitemap  |  Accessibility Help

CN Entertainment

United States

© 2020 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement (updated 1/1/20) and Privacy Policy and Cookie Statement (updated 1/1/20) and Your California Privacy Rights. Do Not Sell My Personal Information Vanity Fair may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

# Exhibit 16

  SIGN IN | Subscribe



COVER SHOOT    SUMMER 2019 ISSUE

# *Star Wars: The Rise of Skywalker* Photos: Meet the Characters and Go on Set

Get an exclusive, behind-the-scenes look at *Star Wars: The Rise of Skywalker*. Annie Leibovitz photographs the places and faces behind the film.

PHOTOGRAPHY BY ANNIE LEIBOVITZ

MAY 22, 2019



PHOTOGRAPH BY ANNIE LEIBOVITZ.

**HOT TAKE**
Members of the crew shade and shine Daniels, the only cast member to appear in all nine of the Skywalker films, while BB-8 looks on.

WATCH



**Watch the Full Vogue World Runway Show**


CHANEL
SEE MORE

**MOST POPULAR**

 **The Best Movies of 2023, So Far**
BY RICHARD LAWSON



Director of *The Marvels*, on
Navigating the Blockbuster...
BY REBECCA FORD

Sara Ramirez Issues Scathing
Response to Anti-Che Diaz Profile
BY SAVANNAH WALSH



PHOTOGRAPH BY ANNIE LEIBOVITZ.

J.J. Abrams, alongside Stunt Coordinator Eunice Huthart, directs the Knights of Ren; elite fearsome
enforcers of Kylo Ren's dark will.

ADVERTISEMENT



Global Dining Awaits
Resorts World Las Vegas



CHANEL

SEE MORE

PHOTOGRAPH BY ANNIE LEIBOVITZ.

**FIRST LOOK**

*Vanity Fair* reveals Keri Russell as the masked scoundrel Zorri Bliss, seen in the Thieves' Quarter of the
snow-dusted world Kijimi.

## MOST POPULAR



The Best Movies of 2023, So Far
BY RICHARD LAWSON



Nia DaCosta, Barrier-Breaking
Director of *The Marvels*, on
Navigating the Blockbuster...
BY REBECCA FORD



Sara Ramirez Issues Scathing
Response to Anti-Che Diaz Profile
BY SAVANNAH WALSH





PHOTOGRAPH BY ANNIE LEIBOVITZ.

**FORCE MAJEURE**
First Order leaders General Hux (Domhnall Gleeson) and Allegiant General Pryde (Richard E. Grant) on the bridge of Kylo Ren's destroyer.

PHOTOGRAPH BY ANNIE LEIBOVITZ.

**DESERT POWER**
Joonas Suotamo (Chewbacca), Ridley, Anthony Daniels (C-3PO), and John Boyega (Finn) await the call to action for a chase scene.





PHOTOGRAPH BY ANNIE LEIBOVITZ.

**SANDBLAST**
Camera operator Colin Anderson readies a take for a chase sequence spotlighting the heroics of Chewbacca, BB-8, and Rey.



PHOTOGRAPH BY ANNIE LEIBOVITZ.



### MOST POPULAR


**The Best Movies of 2023, So Far**
BY RICHARD LAWSON


**Nia DaCosta, Barrier-Breaking Director of *The Marvels*, on Navigating the Blockbuster…**
BY REBECCA FORD


**Sara Ramirez Issues Scathing Response to Anti–Che Diaz Profile**
BY SAVANNAH WALSH

**PUNCH IT!**

In a historic reunion, Lando Calrissian (Billy Dee Williams) retakes the helm of the *Millennium Falcon*, joined by Poe Dameron (Oscar Isaac), Chewbacca, D-O, and BB-8. "He's a survivor," Williams says of Lando.



PHOTOGRAPH BY ANNIE LEIBOVITZ.

**HORSING AROUND**

Finn and new ally Jannah (Naomi Ackie), atop hardy orbaks, lead the charge against the mechanized forces of the First Order. "It's extremely surreal to be in it," says Ackie, "and see how it works from the inside."

ADVERTISEMENT





PHOTOGRAPH BY ANNIE LEIBOVITZ.

Camera operator Colin Anderson readies a take.



PHOTOGRAPH BY ANNIE LEIBOVITZ.






**MOST POPULAR**

The Best Movies of 2023, So Far
BY RICHARD LAWSON

Nia DaCosta, Barrier-Breaking Director of *The Marvels*, on Navigating the Blockbuster...
BY REBECCA FORD

Sara Ramirez Issues Scathing Response to Anti–Che Diaz Profile
BY SAVANNAH WALSH

WELL MET Jordanian locals play the Aki-Aki, natives of the planet Pasaana.



PHOTOGRAPH BY ANNIE LEIBOVITZ.

**STAR CROSSED**
Kylo Ren (Adam Driver) and Rey battle it out with lightsabers in a stormy confrontation. Their Force-connection—what Driver calls their "maybe-bond"—will turn out to run even deeper than previously revealed.

ADVERTISEMENT





ANNIE LEIBOVITZ AT WORK

GET TICKETS

Crystal Bridges
Museum of American Art
BENTONVILLE, ARKANSAS

SEP 16 – JAN 29



PHOTOGRAPH BY ANNIE LEIBOVITZ.

Director and co-writer J. J. Abrams and crew weather the Jordanian sun to capture the action on planet Pasaana.





COACH

WEAR YOUR SHINE

Dove Cameron

SHOP NOW

**MOST POPULAR**


**The Best Movies of 2023, So Far**
BY RICHARD LAWSON


**Nia DaCosta, Barrier-Breaking Director of *The Marvels*, on Navigating the Blockbuster…**
BY REBECCA FORD


**Sara Ramirez Issues Scathing Response to Anti–Che Diaz Profile**
BY SAVANNAH WALSH



PHOTOGRAPH BY ANNIE LEIBOVITZ

**ENCORE**

Composer John Williams conducting the *Star Wars* score, drawing on themes and motifs he has woven across four decades. "I didn't think there would ever be a second film," he says.



PHOTOGRAPH BY ANNIE LEIBOVITZ

**FROM THE ASHES**

Mark Hamill, as Luke, with R2-D2. Speculation is rampant about who will "rise" as the Skywalker of the movie's title—and how that choice will reflect the way the world has changed since *Star Wars* debuted in 1977.

ADVERTISEMENT




Get the money you need for a home renovation

It's easy with a personal loan up to $40K

See Options

DISCOVER Personal Loans

DISCOVER Personal Loans







PHOTOGRAPH BY ANNIE LEIBOVITZ.



PHOTOGRAPH BY ANNIE LEIBOVITZ.

**READ MORE**








STYLE

**All of Meghan Markle's Looks From the Invictus Games**

The duchess went through multiple daily outfit changes during her time in Düsseldorf, mixing luxury and affordable brands with aplomb.

BY ERIN VANDERHOOF




CELEBRITY

**See Rihanna and A$AP Rocky's Family Photos With Their Newborn Baby**

Some babies were born to cause a Riot.

BY KASE WICKMAN

STYLE

**VMAs 2023 Red-Carpet Fashion: See Every Outfit & Look**

See all the dazzling looks at MTV's 2023 Video Music Awards in Newark, New Jersey.

BY KASE WICKMAN

CELEBRITY

**The Venice Film Festival's 35 Most Fashionable Entrances Ever**

The festival is held on Venice's barrier island of Lido, providing ample opportunity for the chicest of photo calls: stars disembarking from a boat.

BY KENZIE BRYANT



STYLE

**See the Best-Dressed Celebrities at the VMAs 2023**

On Tuesday evening, the fashion set traded the star-studded front rows of New York Fashion Week to strike a pose at the Prudential Center in Newark, New Jersey. Here's who did it best.

BY MAGGIE COUGHLAN

FASHION

**NYFW Kicks Off With a Tribute to Gabriela Hearst**

At The Museum at the Fashion Institute of Technology's annual Couture Council Luncheon, the designer accepted the 2023 Artistry of Fashion Award for her advancements in sustainability.

BY KAYLA HOLLIDAY

Sponsored Links by Taboola



**Boost Your Grades This Year With This Tool**
Grammarly



**America's Got Talent**
MGM Resorts International



**She Was A Legendary TV Icon, Now She Works 9-5**
StreetInsider.com



**Remember Wayne Newton, This Is Her At 81.**
Tuzzy



**Here's What 16 Historical Figures Actually Looked Like**
Definition

**Karine Jean-Pierre Reveals Her Wife And You Will Easily...**
Reportingly






MORE FROM VANITY FAIR

Newsletters
Subscribe
Digital Edition
Inside the Issue
FAQ

CONTACT

Advertising
Careers
Contact VF
Customer Service

Condé Nast Store  |  VF Media Kit  |  Accessibility Help  |  COOKIES SETTINGS

CN Entertainment

United States

© 2023 Condé Nast. All rights reserved. Use of this site constitutes acceptance of our User Agreement and Privacy Policy and Cookie Statement and Your California Privacy Rights. Vanity Fair may earn a portion of sales from products that are purchased through our site as part of our Affiliate Partnerships with retailers. The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Condé Nast. Ad Choices

Limited Time Offer - Get 1 year for $29.99 $8 + a free tote.   Subscribe ›

# Exhibit 17

    

# ComicBookMovie.com ®

**Home** | **News** | **TV** | **Comics** | **Videos** | **Features** | **Reviews** | **Editorials** | **Fan Fic** | **CBM Index** | **About** | **Members**

 SHOP NOW 

## Mark Cassidy


**CBM Username:** RorMachine
**Member Since:** 11/9/2008
**CBM Posts:** 13,139
**Not Friends**

**+ Add Friend**



**Contact RorMachine**

### Recent Activity

*Viewed* **AVENGERS: ENDGAME Directors Share Cryptic Marvel Tease Ahead Of San Diego Comic-Con Panel** *16 hours ago*

*Posted* **AVENGERS: ENDGAME Directors Share Cryptic Marvel Tease Ahead Of San Diego Comic-Con Panel** *16 hours ago*

*Posted* **AVENGERS: ENDGAME Directors Share Cryptic Marvel Tease Ahead Of San Diego Comic-Con Panel** *16 hours ago*

*Viewed* **The Russo Brothers Share Cryptic SDCC Tease....................** *16 hours ago*

*Viewed* **FALCON & THE WINTER SOLDIER Gets A Director; Daniel Bruhl & Emily Van Camp To Reprise CIVIL WAR Roles** *17 hours ago*

 Page 1 of 65


**What's Next for Edge...**
By 2022 analysts predict 75% of enterprise data will be created and processed outside...
**CLICK HERE →**


ComicBookMovie.com
915,636 likes
**f Like Page** | **Learn More**
2 friends like this


**Do the Right Thing:...**
It's easy to get lost in the cool things you can do with data. But, you need to design...
**CLICK HERE →**
Report Ad

**Visit Our Other Sites!**



Video Game News!


 SKIP THROUGH HEARTBURN


Report Ad


### AVENGERS: ENDGAME Directors Share Cryptic Marvel Tease Ahead Of San Diego Comic-Con Panel
*Avengers: Endgame* directors Joe and Anthony Russo have stoked speculation with a cryptic tweet ahead of their Marvel Comic-Con panel next weekend. Could they be teasing a new MCU project? Take a look...


### Marvel's FALCON & WINTER SOLDIER Series Enlists JOHN WICK Writer Derek Kolstad
Reports are coming in that Marvel's upcoming *Falcon and Winter Soldier* Disney+ series has recruited *John Wick* scribe Derek Kolstad to work on the script alongside Malcolm Spellman (*Empire*). Check it out... - RorMachine

### Has STRANGER THINGS Star Millie Bobby Brown Joined The Cast Of Marvel's ETERNALS After All?
A rumor recently did the rounds which claimed that Millie Bobby Brown (*Stranger Things, Godzilla: King of the Monsters*) was in line for a role in Marvel's *Eternals*, and now a trade may have confirmed it... RorMachine

### THE SUICIDE SQUAD Adds A WRINKLE IN TIME Actress Storm Reid As Idris Elba's Daughter
As James Gunn begins to round out the cast for his upcoming *Suicide Squad* sequel, the latest addition is Storm Reid (*A Wrinkle in Time, Euphoria*), who will play the daughter of Idris Elba's character. - RorMachine

### STAR WARS: THE RISE OF SKYWALKER Unveils Our First Look At The Sith Trooper Ahead Of SDCC
The first official merchandise for *Star Wars: The Rise of Skywalker* has now been unveiled ahead of San Diego Comic-Con, and it focuses on a new breed of Imperial Stormtrooper known as the Sith Trooper... - RorMachine



**SPIDER-MAN: FAR FROM HOME Concept Art Spotlights Alternate Mysterio Costume Designs - SPOILERS**

Ryan Meinerding discusses the process of designing Mysterio's outfit, giving us a look at several alternate costumes - one of which is arguably even more comic-accurate that the one we saw in the movie.

RorMachine





ComicBookMovie.com H...

© 2003-2019 Best Little ...
logos and images used ...
fans, other unofficial we...
omissions found herein.
...k Office (USPTO). All
...s been provided by
...uracies, errors, or



ComicBookMovie.com
CHECK OUT MORE EXCLUSIVE VIDEOS!
CLICK HERE

# Exhibit 18



# Exhibit 19












# Exhibit 20













# Exhibit 21

# COMICBOOKMOVIE.com ®

Home | News | TV | Comics | Features | Reviews | Interviews | Anime | Gaming | Toons | Wrestling | Members

Sign In

# EMBRACE THE DARKNESS

XBOX

Star Wars | **Headlines** | Pictures | Videos | Wallpaper

# STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo

Laura Dern (*Jurassic Park, Twin Peaks: The Return*) appeared on The Ellen Show this morning, and brought along a new image of her mysterious *Star Wars: The Last Jedi* character, Amilyn Holdo. Take a look...

RorMachine | 10/18/2017
Filed Under: "Star Wars"



Out of three main characters - the other two being DJ (Benicio del Toro) and Rose Tico (Kelly Marie Tran) - that'll make their first trip to the galaxy far, far away in Rian Johnson's *Star Wars: The Last Jedi*, we probably know the least about purple-haired Resistance leaser Vice Admiral Amilyn Holdo - and it looks like it's going to stay that way for a while longer.

Though Laura Dern did debut a new image of her character on *The Ellen Show* today, she couldn't really share any new details about her. However, Dern did confirm that Holdo will see some action in the movie by revealing that she uses a blaster at one point.

You can check out the video interview for yourselves below along with the new still.

**Popular Stories**

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased

CBM - Comic Book M...
890,802 likes
Like Page     Learn More

**Anime & Manga News**

**BANISHED FROM THE HEROES' PARTY:** The

**GOLDEN KAMUY:** Another New Cast Member Is





**New Pickup At Walgreens**
Walgreens



Laura Dern Dishes on Secret 'Star Wars' Role and Wor...

**104** Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]



**Comments (23)**

### Related Headlines



JoshWilding          1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine          1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding          6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine          12 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine          1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding          3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding          3 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding          4 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding          5 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

---

hilarious light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

### Video Game News



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**



**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

**More Video Game News ▶**

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 10**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00047

More Headlines ▶

Cartoon & Animated News

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











Trunk00048



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 22

 ®

 

Sign in

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling        Members

[advertisement]

Star Wars   **Headlines**   Pictures   Videos   Wallpaper

## STAR WARS: THE LAST Jedi International TV Spot Features Benicio Del Toro As The Mysterious DJ

 An international TV spot for Rian Johnson's *Star Wars: The Last Jedi* has found its way online, and this one features a new glimpse of a character we still know next to nothing about: Benicio Del Toro's DJ.

RorMachine | 11/20/2017
Filed Under: "Star Wars"



We're starting to discover a little more about the characters that are going to be introduced in *Star Wars: The Last Jedi*, but one new recruit that's managed to fly under the radar is the enigmatic DJ.

Benicio Del Toro did recently describe his character as a "shady individual" who is neither a hero nor a villain, and this latest international TV spot appears to back that up as DJ is spotted in amongst the First Order.

Is he a prisoner, or does the "slicer" have dealings with the enemies of The Resistance? We'll find out when *Star Wars: The Last Jedi* hits theaters next month.

Mais um novo tv spot de STAR WARS #TheLastJedi pic.twitter.com/HGYNzIROZV

— amanda castle (@ahsokathanos) November 20, 2017

**4**        
Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 Comments (8)

Related Headlines

**Popular Stories**

 

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

 

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased


CBM - Comic Book M...
890,798 likes

Like Page          Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is

Trunk00050









Hilarious Light Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

JoshWilding 1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

RorMachine 1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

JoshWilding 6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**





**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

Latest Headlines







**More Anime & Manga News ▶**

RorMachine 1 hour ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt - UPDATE**

RorMachine 2 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

JoshWilding 4 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

Video Game News



**XBOX SERIES X/S: Gamers Could Be Waiting A Long Time For A Restock Of The Latest Microsoft Consoles**

**SEA OF THIEVES Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**







JoshWilding 4 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

JoshWilding 5 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding 6 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**More Headlines**

**More Video Game News ▶**

Cartoon & Animated News





**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**





**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!







Trunk00053

# Exhibit 23



  

12:00 AM · Dec 27, 2017

♡ 261K    💬 70.8K people are Tweeting about this

**Custom Group Prints**

as low as **$3.64**/100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

It remains to be seen how the final installment in the new trilogy **deals with Leia's absence,** but whatever happens, *The Last Jedi* served as a fitting sendoff for Carrie Fisher and her iconic character.

**264** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 **Comments (27)**

**Related Headlines**


JoshWilding    1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine    1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding    6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**



**Latest Headlines**


RorMachine    9 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**


RorMachine    1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**


JoshWilding    3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


JoshWilding    3 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**


JoshWilding    4 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**


JoshWilding    5 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

---

**Anime Adaption**



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

---

**Video Game News**



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**



**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

**More Video Game News ▶**

---

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

**More Cartoon & Animated News ▶**

**Pro Wrestling News**

Trunk00055

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













Click to find out more about a new promotion

Don't miss this content from our sponsor

Trunk00056

VISIBLY REDUCE WRINKLES,
EVEN DEEP ONES.

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 24





**Star Wars**   **Headlines**   **Pictures**   **Videos**   **Wallpaper**

# Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing



Two years ago to the day, Carrie Fisher passed away, leaving her legions of fans in mourning - a loss they're still feeling to this day. Now, her daughter has shared a heartfelt tribute via Instagram...

RorMachine | 12/27/2018
Filed Under: "Star Wars"



*Star Wars* legend Carrie Fisher left us on this day two years ago, and fans across the globe have taken to social media to pay tribute to the late actress and raise a glass to her memory.

At midnight last night, Carrie's daughter Billie Lourd shared a touching tribute of her own via Instagram.

The *Star Wars: The Last Jedi* actress posted a video of herself singing one of her mother's favorite songs on the piano that was given to her by her father, Eddie Fisher.



**Popular Stories**

 

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

 

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**



CBM - Comic Book M...
890,801 likes

Like Page    Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

Trunk00058



View More on Instagram

241,089 likes

praisethelourd

🎹® 🎹® 🎹® 🎹® It has been two years since my Momby's death and I still don't know what the "right" thing to do on a death anniversary is (I'm sure a lot of you feel the same way about your loved ones). So I decided to do something a little vulnerable for me, but something we both loved to do together - sing. This is the piano her father gave her and this was one of her favorite songs. And as the song says, we must "keep on moving". I've found that what keeps me moving is doing things that make me happy, working hard on the things that I'm passionate about and surrounding myself with people I love and making them smile. I hope this encourages anyone feeling a little low or lost to "keep on moving". As my Momby once said, "take your broken heart and turn it into art" - whatever that art may be for you. ❤️

view all 5,418 comments

Add a comment...



Custom Group Prints
as low as $3.64/100 qty
*Single color prints
ooshirts
YOUR DESIGN HERE
ORDER NOW

It was recently confirmed that Carrie Fisher will make a posthumous appearance in *Episode IX*, and while fans obviously shouldn't expect to see too much of the beloved former Princess in the film, it does sound like J.J. Abrams may have at least found a way to make her an important part of the plot and give us all a satisfactory conclusion to Leia - and Carrie's - story.

**82** Shares   f 🐦 P 🔴 ...

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (18)

**Related Headlines**



JoshWilding   1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine   1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding   6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

**Latest Headlines**



RorMachine   58 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing**



RorMachine   1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version**



JoshWilding   4 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All**

---

hilarious light   Coming To The Show's Third
Novel Series Is   Season
Getting An Official
Anime Adaption

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**   **DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 

**XBOX SERIES X/S: Gamers Could Be Waiting A Long Time For A Restock Of The Latest Microsoft Consoles**   **SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

 

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**   **SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

More Video Game News ▶

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**   **ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**   **THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

A Wire Stunt | Of Today's New Trailer | Cyphers...Action-Packed [And] Story-Driven"



More Cartoon & Animated News ►

  

JoshWilding 4 hours ago | JoshWilding 5 hours ago | JoshWilding 6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines

### Pro Wrestling News




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT Episode Of TURNING POINT WRESTLING Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ►

### Visit Our Other Sites!











**Visit Our Showroom Today**

Builders Surplus Kitchen & Bath Cabinets

Visit our showroom to find the perfect cabinet for your home

Santa Ana

STORE INFO     DIRECTIONS



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 25



Trunk00062


Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone
OPEN

There's a lot of great information here, including insider info from the magazine's visit to the set and comments from the cast and crew. It also sounds like Abrams is planning to take some risks.

That was evident from the big reveal in the teaser trailer, but to think that there are even more surprises in store for us really is crazy. So, to check out these fresh details, just click the "View List" button!

Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone
OPEN

## The End For The Sith...Or Jedi?



It's pretty obvious that the stakes in *The Rise of Skywalker* will be high, but Vanity Fair's sources have dropped a bombshell which may completely re-evaluate how we look at this final chapter.

Apparently, the movie is finally going to bring an end to the millennia-long conflict between the Jedi Order and the Sith, and that means one of these groups is going to be destroyed for good.

Next

155 Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (64)

### Related Headlines


JoshWilding                1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine                1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding                6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines


RorMachine                50 mins ago


RorMachine                1 hour ago


JoshWilding                4 hours ago

Coming To The Show's Third Season Anime Adaption


**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**
**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 
**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**
**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 
**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**
**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

**Cartoon & Animated News**

 
**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**
**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**


**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**
**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00063

**SPIDER-MAN 3** Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt

**ZACK SNYDER'S JUSTICE LEAGUE:** HBO Max Has Released A Color Version Of Today's New Trailer

**CALL OF DUTY: BLACK OPS COLD WAR** Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"



More Cartoon & Animated News ▶

### Pro Wrestling News

 





JoshWilding       4 hours ago

**BLACK WIDOW** Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible **SPOILERS**

JoshWilding       5 hours ago

**SUICIDE SQUAD** Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More

JoshWilding       6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**WWE MAIN EVENT SPOILERS** For November 16, 2020 Tapings

**The Fallout IMPACT WRESTLING** Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action

 


**UFC 255** Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

**Deonna Purrazzo** Wins The IMPACT Knockouts Championship At TURNING POINT

More Headlines

More Pro Wrestling News ▶

Visit Our Other Sites!








Professional Wrestling News, Videos & More!

Click to find out more about a new promotion

Don't miss this content from our sponsor



Brookstone PhotoShare Frame

Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone

OPEN

# Exhibit 26



Trunk00066






JoshWilding   1 day ago

RorMachine   1 day ago

JoshWilding   6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Hilarious Eight Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**




**More Anime & Manga News ▶**

**Latest Headlines**





RorMachine   49 mins ago

RorMachine   1 hour ago

JoshWilding   4 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

**Video Game News**




**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**





JoshWilding   4 hours ago

JoshWilding   5 hours ago

JoshWilding   6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Headlines**

**More Video Game News ▶**

**Cartoon & Animated News**




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00067





ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

COMICBOOKMOVIE.com ®

  

Sign in

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling        Members

Star Wars   **Headlines**   Pictures   Videos   Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews



Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"



Another shot of Rey in action. Look closely to the left and you'll notice that Chewbacca appears to be holding on to BB-8! What's particularly awesome about this is the fact that Abrams is clearly planning to once again utilize plenty of practical effects.

Back   Next

**128**
Shares



DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (21)

Related Headlines



JoshWilding        1 day ago

**THE LEGO STAR WARS**
**HOLIDAY SPECIAL Review:**



RorMachine        1 day ago

**SMALL PRINT: Katee**
**Sackhoff On Her THE**



JoshWilding        6 days ago

**DARTH VADER #7 Brings**
**Back A Character Cut**


playwire

Popular Stories

 

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

 

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**


CBM - Comic Book M...
890,800 likes
Like Page        Learn More

**Anime & Manga News**



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

Trunk00070

"The Closest Thing We're Getting To EPISODE X"

MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More

From STAR WARS: THE RISE OF SKYWALKER - SPOILERS

Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

## Latest Headlines



RorMachine                48 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine                1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding                3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts

DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever

**More Anime & Manga News ▶**



JoshWilding                4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding                5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding                6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

### Video Game News



SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change

ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series



SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game

SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues

**More Video Game News ▶**

### Cartoon & Animated News



TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released

ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch



NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19

THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series

Trunk00071

More Cartoon & Animated News ▶

Pro Wrestling News




WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings



The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action



UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko



Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!















Click to find out more about a new promotion






Trunk00074

The Works, & More   SPOILERS

Latest Headlines



RorMachine            46 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine            1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding           3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**





JoshWilding           4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding           5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding           6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



More Headlines



amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS - THE CHAPTER BOOK COLLECTION

REBEL GIRLS
HARDCOVER
★★★★★ (12)
$31.49

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

Trunk00075









JoshWilding 1 day ago · RorMachine 1 day ago · JoshWilding 6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Coming To The Show's Third Anime Adaption




**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**


More Anime & Manga News ▶

Latest Headlines






RorMachine 45 mins ago · RorMachine 1 hour ago · JoshWilding 3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

### Video Game News




**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**



JoshWilding 4 hours ago · JoshWilding 5 hours ago · JoshWilding 6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Headlines


More Video Game News ▶

### Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00077





amazon.com

SAFEREST PREMIUM ZIPPERED MATTRESS ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
$49.95

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



Getting Overhauled A   Show's Third Week In   ROLE Of SKYWALKER   Hilarious Eight   Coming To The
The Works, & More   SPOILERS   Novel Series Is   Show's Third
Getting An Official   Season
Anime Adaption

**Latest Headlines**



RorMachine          43 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine          1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding          3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**





SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts

DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever



JoshWilding          4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding          5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding          6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines



Video Game News




SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change

ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series




SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game

SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues

More Video Game News

Cartoon & Animated News




TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released

ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch




NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19

THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series

Trunk00081

More Cartoon & Animated News ▶

### Pro Wrestling News



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# COMICBOOKMOVIE.com ®

Home   News   TV   Comics   Features   Reviews   Interviews   Anime   Gaming   Toons   Wrestling   **Members**

Star Wars   **Headlines**   Pictures   Videos   Wallpaper

## STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

Finn is pictured here alongside his new ally Jannah (Naomi Ackie), a character many fans are convinced is the daughter of Lando Calrissian. They're sitting atop Orbaks and in the magazine's cover story, and the actress is quoted as saying, **"It's extremely surreal to be in it and see how it works from the inside."** These creatures definitely looks like potential scene-stealers.

Back   Next

**128**
Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines

**Popular Stories**

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**

CBM - Comic Book M...
890,800 likes

Like Page   Learn More

**Anime & Manga News**

**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

Trunk00084







Hilarious Eight
Novel Series Is
Getting An Official
Anime Adaption

Coming To The
Show's Third
Season





JoshWilding          1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

RorMachine          1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

JoshWilding          6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

Latest Headlines







Video Game News

RorMachine          41 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

RorMachine          1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

JoshWilding          3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**





**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**







JoshWilding          4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

JoshWilding          5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

JoshWilding          6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**





**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Headlines

More Video Game News ▶

Cartoon & Animated News





**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**





**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00085





amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS:
100 IMMIGRANT WOMEN WHO CHANGED ...
ELENA FAVILLI, REBEL GIRLS
HARDCOVER
★★★★★ (66)
$24.03

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

Star Wars   **Headlines**   Pictures   Videos   Wallpaper

# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

Popular Stories

ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed

LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased

CBM - Comic Book M...
890.800 likes

Like Page          Learn More

Anime & Manga News

BANISHED FROM THE HEROES' PARTY: The

GOLDEN KAMUY: Another New Cast Member Is



Anthony Daniels is the only actor to have have appeared in all nine chapters of the Skywalker Saga, and he can be seen here once again forced to deal with the blistering heat while decked out in Threepio's iconic costume. To his left is BB-8, the fan-favourite droid introduced in *The Force Awakens*.

[ Back ] [ Next ]

## 128
Shares

  

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (21)

### Related Headlines



JoshWilding    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine    1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine    40 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine    1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding    3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding    4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding    5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding    6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

[ More Headlines ]

---

hilarious eight **Novel Series Is Getting An Official Anime Adaption**

Coming To The **Show's Third Season**



**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

[ More Anime & Manga News ▶ ]

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

[ More Video Game News ▶ ]

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00089

More Cartoon & Animated News ▶

## Pro Wrestling News





**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**





**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













amazon.com

VIBE QUILTED GEL MEMORY FOAM AND
INNERSPRING HYBRID PILLOW TOP 12 ...
★★★★★ (1494)
$227.48

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

The franchise's three new leads were split up in *The Last Jedi*, but they're clearly going to be brought together again for this final film, which should make fans happy. While Rian Johnson's movie was well-received by critics, the trio of stories all taking place at the same time were criticised for making it feel a tad disjointed.

Back   Next

**128** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Milenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines

**Popular Stories**

ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed

LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased

CBM - Comic Book M...
890,800 likes

Like Page   Learn More

**Anime & Manga News**

BANISHED FROM THE HEROES' PARTY: The

GOLDEN KAMUY: Another New Cast Member Is

Trunk00092






Hilarious Eight Coming To The Novel Series Is Show's Third Getting An Official Season Anime Adaption

JoshWilding 1 day ago RorMachine 1 day ago JoshWilding 6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**




**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

Latest Headlines





More Anime & Manga News ▶

RorMachine 39 mins ago RorMachine 1 hour ago JoshWilding 3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

Video Game News





**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**





JoshWilding 4 hours ago JoshWilding 5 hours ago JoshWilding 6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Headlines



More Video Game News ▶

Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**




**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

### Pro Wrestling News

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!













Watch this video to learn more

This advertiser wants to share their trending video

Ad by Sponsor

See More

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews

Following that fascinating cover story, Vanity Fair has unveiled a behind the scenes video from the set of *Star Wars: The Rise of Skywalker*, while we also have some fresh intel about the Knights of Ren...

JoshWilding | 5/22/2019
Filed Under: "Star Wars"

No, that's not General Hux's father (his story has already been covered in various tie-in novels). Instead, Richard E. Grant will be playing Allegiant General Pryde and he's pictured here on the bridge of Kylo Ren's Star Destroyer. What role he will play in the proceedings remains to be seen.

Back   Next

**128** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (21)

Related Headlines

**Popular Stories**

ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed

LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased

CBM - Comic Book M...
890,800 likes

Like Page    Learn More

**Anime & Manga News**

BANISHED FROM THE HEROES' PARTY: The

GOLDEN KAMUY: Another New Cast Member Is

Trunk00096







JoshWilding                    1 day ago          RorMachine                    1 day ago          JoshWilding                    6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Coming To The Show's Third Season Anime Adaption

Novel Series Is Getting An Official

## Latest Headlines







RorMachine                    38 mins ago        RorMachine                    1 hour ago         JoshWilding                    3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**





JoshWilding                    4 hours ago        JoshWilding                    5 hours ago        JoshWilding                    6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines ▶**

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

### Video Game News





**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**




**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Video Game News ▶**

### Cartoon & Animated News




**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**



**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**

 

WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings

The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action

 

UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!













▷×

**amazon**.com

VIBE QUILTED GEL MEMORY FOAM AND
INNERSPRING HYBRID PILLOW TOP 12 …
★★★★★ (1494)
**$227.48**

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



JoshWilding 1 day ago RorMachine 1 day ago Josh 6 days ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Coming To The Show's Third Anime Adaption



*Latest Headlines*

 

RorMachine 37 mins ago RorMachine 1 hour ago JoshWilding 3 hours ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

  

JoshWilding 4 hours ago JoshWilding 5 hours ago JoshWilding 6 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines ▶**

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

**Video Game News**

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Video Game News ▶**

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**



**Pro Wrestling News**




WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings

The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action

UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko

Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT

More Pro Wrestling News ▶

Visit Our Other Sites!









▷×

amazon.com

SAFEREST PREMIUM ZIPPERED MATTRESS
ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
$49.95

ComicBookMovie.com Home | C3M Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

Trunk00103



Trunk00104



JoshWilding · 1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine · 1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding · 6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Hilarious Eight Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

**More Anime & Manga News ▶**

**Latest Headlines**



RorMachine · 35 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine · 1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding · 3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**



JoshWilding · 4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding · 5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding · 6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**More Video Game News ▶**

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00105

More Cartoon & Animated News ►

### Pro Wrestling News




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**




**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ►

Visit Our Other Sites!











**Click to find out more about a new promotion**

Don't miss this content from our sponsor



# Exhibit 27





12:46 PM · Jun 23, 2019

♡ 628   ○ 140 people are Tweeting about this



**Walgreens Pickup**
Walgreens

Get Your Order In As Little As 30 Minutes. Save Time Today.

Tustin

ⓘ STORE INFO   ◆ DIRECTIONS

Now, translation issues mean titles are changed overseas all the time so we may not want to read too much into this. However, this title definitely alludes to a new beginning of sorts for the Skywalker family and could be considered "confirmation" of those rumours that the new name for Force users moving forward will be "Skywalker." We'll just have to wait and see, though!

Ultimately, we still don't know what either title really means or which Skywalker they refer to. Is Rey somehow related to Luke, or is Ben Solo going to be redeemed at last?



**The Smartest Gift You'll Give**

Brookstone                    Open >

Let us know your theories in the comments section!

Hit the "View List" button to check out some of the biggest reveals from Vanity Fair's *Star Wars: The Rise of Skywalker* cover story!



Ready In As Little As 30 Mins
Walgreens

## The End For The Sith...Or Jedi?



... eight Coming To The Show's Third Season
Novel Series Is Getting An Official Anime Adaption

   

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

   

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

   

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

**Cartoon & Animated News**

   

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

   

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

It's pretty obvious that the stakes in *The Rise of Skywalker* will be high, but Vanity Fair's sources have dropped a bombshell which may completely re-evaluate how we look at this final chapter.

Apparently, the movie is finally going to bring an end to the millennia-long conflict between the Jedi Order and the Sith, and that means one of these groups is going to be destroyed for good.

**Next**

## 187
Shares

  

**DISCLAIMER:** Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

**Comments (36)**

### Related Headlines



JoshWilding    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine    1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines



RorMachine    32 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine    1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding    3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding    4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding    5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding    6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**More Headlines**

---

**More Cartoon & Animated News ▶**

### Pro Wrestling News



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

**More Pro Wrestling News ▶**

**Visit Our Other Sites!**


ANIME MOJO
Anime News, Trailers & More!


gamefragger
Video Game News!




The Ring Report
Professional Wrestling News, Videos & More!


Walgreens
Trusted since 1901™
Shop now




ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.



# Exhibit 28



Trunk00112

course, but she did talk about how she felt shooting her final scenes as Rey, the emotional speech she gave afterwards, and more.





Ridley is probably a little biased, and an actor praising the movie they're about to appear in is hardly big news. Still, we're going to remain optimistic about this one and take her word for it.



The Smartest Gift You'll Give

Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone

OPEN

What do you guys think? Looking forward to *The Rise of Skywalker*? Drop us a comment down below.

**406** Shares    

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 Comments (56)

Related Headlines



JoshWilding          1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine          1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding          6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

Latest Headlines











Trunk00114

# Exhibit 29





Hit the "View List" button to check out some of the biggest *Star Wars: The Rise of Skywalker* rumours!

## Kylo Ren's "Creepy Castle" On Mustafar



There's a scene in *The Rise of Skywalker* trailer where a sinister looking hairy hand can be seen repairing Kylo Ren's shattered mask. Apparently, that "ape man" has been described as the owner or caretaker of a "Creepy Castle/Sith Temple" which Kylo and his Knights of Ren are based at in the film.

It's said that this alien not only fixes Ren's mask but helps him activate a device which will allow the villain and his Knights to achieve their goals. Your guess is as good as ours when it comes to what that might mean, but it's thought that this sequence could take place on Mustafar, so there's a chance we'll finally get to visit Darth Vader's old castle on the planet...

[Next]

**239**
Shares

   

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

💬 Comments (51)

### Related Headlines


JoshWilding    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine    1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines


RorMachine    30 mins ago


RorMachine    1 hour ago


JoshWilding    3 hours ago

---

hilarious eight Novel Series Is Getting An Official Anime Adaption

coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

[More Anime & Manga News ▶]

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

[More Video Game News ▶]

### Cartoon & Animated News

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

SPIDER-MAN 3 Set Video
Sees Stars Tom Holland
And Zendaya Performing
A Wire Stunt

ZACK SNYDER'S JUSTICE
LEAGUE: HBO Max Has
Released A Color Version
Of Today's New Trailer

CALL OF DUTY: BLACK OPS
COLD WAR Campaign
Review: "Fires On All
Cylinders...Action-Packed
[And] Story-Driven"



## Pro Wrestling News

 



JoshWilding                4 hours ago
**BLACK WIDOW Star
Scarlett Johansson Teases
Taskmaster's Role In The
Movie - Possible SPOILERS**

JoshWilding                5 hours ago
**SUICIDE SQUAD Star
Margot Robbie Talks The
Ayer Cut, Jared Leto In
JUSTICE LEAGUE, POTC,
TANK GIRL, And More**

JoshWilding                6 hours ago
**ZACK SNYDER'S JUSTICE
LEAGUE: First Official Look
At The Redesigned
Steppenwolf Revealed**

**WWE MAIN
EVENT SPOILERS
For November 16,
2020 Tapings**

**The Fallout
IMPACT
WRESTLING
Episode Of
TURNING POINT
Features The
Rascalz, Moose,
And Rich Swann
In Action**

**More Headlines**

 



**UFC 255
Countdown
Special
Showcases The
Training Of
Deiveson
Figueiredo And
Valentia
Shevchenko**

**Deonna Purrazzo
Wins The IMPACT
Knockouts
Championship At
TURNING POINT**

**More Pro Wrestling News ▶**

## Visit Our Other Sites!











**Click to find out more about a new
promotion**

Trunk00117



amazon.com

VIBE QUILTED GEL MEMORY FOAM AND INNERSPRING HYBRID PILLOW TOP 12 ...
★★★★★ (1494)
$227.48

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. **ComicBookMovie.com®** is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 30



# STAR WARS: THE RISE OF SKYWALKER - Rey And Kylo Ren Clash On New Empire Magazine Covers

Empire Magazine has unveiled a trio of *Star Wars: The Rise of Skywaker* covers, and they give us a new look at the Rey (Daisy Ridley) and Kylo Ren (Adam Diver) locked in lightsaber combat. Check it out...

RorMachine | 9/27/2019
Filed Under: "Star Wars"

We probably won't see a final trailer for *Star Wars: The Rise of Skywalker* for another while, but **Empire** has now unveiled the covers for its latest issue, and they provide another look at the main hero and villain of the new trilogy locked in combat.



Custom Group Prints

as low as $3.64 /100 qty
*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

There are two separate covers for Rey and Kylo, and a third featuring the representatives of the light and dark sides of the force standing together.

There are persistent rumors that Kylo Ren (Adam Driver) will ultimately turn his back on the dark side of the force and team up with Rey (Daisy Ridley) to put an end to Emperor Palpatine, but that obviously remains to be seen. Even if that proves to be true, it's clear from these covers and the previous trailers that they will throw down one final time first.



Custom

as low as $2.64 /100

Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE:** Uxas/Darkseid Arrives On Earth In The Awesome New Trailer

**ZACK SNYDER'S JUSTICE LEAGUE:** First Official Look At The Redesigned Steppenwolf Revealed

**LOKI:** Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker

**JUSTICE LEAGUE** Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased



CBM - Comic Book M...
890,800 likes

Like Page        Learn More

Anime & Manga News



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY:** Another New Cast Member Is


Group Prints
ooshirts
YOUR DESIGN HERE
ORDER NOW

Check out the covers below, and let us know what you think in the comments.


Share Life's Beautiful Moments
Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone
OPEN




NOW OPEN
26811 ALISO CREEK RD, ALISO VIEJO

Simply click on the VIEW LIST (ONE PAGE) button below!

Next

109

   

---

Novel Series Is Getting An Official Anime Adaption

...coming to the Show's Third Season


SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts


DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever

More Anime & Manga News ▶

**Video Game News**


SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change


ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series


SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game


SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues

More Video Game News ▶

**Cartoon & Animated News**


TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released


ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch

NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19

THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series

Trunk00120

Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

☐ Comments (21)

**Related Headlines**


JoshWilding                    1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine                     1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding                    6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

**Latest Headlines**


RorMachine                    29 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**


RorMachine                     1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**


JoshWilding                    3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


JoshWilding                    4 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**


JoshWilding                    5 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**


JoshWilding                    6 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines ▶

---

More Cartoon & Animated News ▶

**Pro Wrestling News**



**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**


**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**


**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











3 beds / 2 baths for $489,000



JUST LISTED

RE/MAX    Soledad Hernandez
(559) 790-1908
RE/MAX Gold
(559) 367-0200
Each Office Independently Owned and Operated



▷ ✕

amazon.com

SAFEREST PREMIUM ZIPPERED MATTRESS
ENCASEMENT - LAB TESTED BED BUG ...
★★★★★ (6761)
$49.95

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 31



Trunk00123



**Friends And Family Smart Frame**

Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame.

Brookstone

The trailer is coming 10/21. Take that shit to the bank. 👍 pic.twitter.com/A5FIKJ68O8

— Black Series Rebels (@BlkSeriesRebels) October 9, 2019

We'll have to take this as a rumor until we hear something official, but the source has been spot on when it comes to trailer dates in the past, and Disney has previously aired

   

*Star Wars* spots during MNF. It may also be worth noting that October 21 is the birthday of the late Carrie Fisher!

We'll update as soon as we hear more, but for now let us know what you hope to see from the trailer, and check out Hasbro's latest range of Black Series action figures by clicking the view list button below.

   

To see all of the images at once, simply click on the VIEW LIST (ONE PAGE) button below!



**Custom Group Prints**

as low as $3.64 /100 qty

*Single color prints

ooshirts

YOUR DESIGN HERE

ORDER NOW

**Rey**



Hilarious Eight Novel Series Is Getting An Official Anime Adaption

Coming To His Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

**Cartoon & Animated News**

 

**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**





Rey (Daisy Ridley) comes with several accessories including new Rise of Skywalker droid D-O and the lightsaber we saw her wield in the trailers. Yes, the weapon is indeed the same one that was destroyed in The Last Jedi.



**The Smartest Gift You'll Give**

Instantly send photos from your phone to the Simply Smart Home PhotoShare Smart Frames. Brookstone

OPEN

"Rey carries the lightsaber once belonging to Anakin and Luke Skywalker, its shattered pieces reunited, as she continues down the Jedi path."

 Next

**329** Shares     •••

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

 Comments (48)

### Related Headlines


JoshWilding            1 day ago
**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**


RorMachine            1 day ago
**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**


JoshWilding            6 days ago
**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

### Latest Headlines


RorMachine            27 mins ago
**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**


RorMachine            1 hour ago
**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Cool Version Of Today's New Trailer**


JoshWilding            3 hours ago
**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**


JoshWilding            4 hours ago
**BLACK WIDOW Star Scarlett Johansson Teases**


JoshWilding            5 hours ago
**SUICIDE SQUAD Star Margot Robbie Talks The**


JoshWilding            6 hours ago
**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look**

More Cartoon & Animated News ▶

### Pro Wrestling News




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**


**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











This quick video has more information

Ad by Sponsor          See More



**Taskmaster's Role In The Movie - Possible SPOILERS**

**Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**

**At355Redesigned Steppenwolf Revealed**

ComicBookMovie.com Home | C3M Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 32





Check out some amazing *Star Wars: The Rise of Skywalker*
Hot Toys action figures by hitting the "View List" button below!

Image may contain: one or more people



**35** Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (108)

## Related Headlines



JoshWilding    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine    1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

## Latest Headlines



RorMachine    25 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine    1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding    3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding    4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding    5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding    6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

More Headlines

---

Hilarious Eight Novel Series Is Getting An Official Anime Adaption

Coming To The Show's Third Season

 

**SHIROBAKO THE MOVIE: The Hit Film Has Been Acquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

### Video Game News

 

**SEA OF THIEVES: Creators Promise A Lot Of Changes Coming Ahead Of A Huge 2021 Change**

**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

 

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**

**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

More Video Game News ▶

### Cartoon & Animated News



**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**

 

**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

Trunk00128

More Cartoon & Animated News ▶

### Pro Wrestling News

 

**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

 

**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!











Click to find out more about a new promotion

amazon.com

GOOD NIGHT STORIES FOR REBEL GIRLS -
THE CHAPTER BOOK COLLECTION
REBEL GIRLS
HARDCOVER
★★★★★ (12)
$31.49

ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for inaccuracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 33











*The Rise of Skywalker* will likely pass $1 billion at some point during the week if it maintains its current pace.





Tell us, have you been to see *The Rise of Skywalker*? If so, do you think the general consensus is accurate? Let us know in the comments, and as long as you don't mind spoilers, be sure to check out our rundown of all the biggest reveals and most shocking moments below.



**Simply click on the VIEW LIST (ONE PAGE) button below!**



## The Return of Emperor Palpatine



*The Rise of Skywalker* wastes no time in (re)introducing the saga's big bad, Emperor Palpatine.

After a brief action sequence which culminates with Kylo Ren getting his hands on a "Sith Wayfinder," the Supreme Leader uses the device to track down the ancient villain on the Sith homeworld. It's never fully explained how Palpatine was able to resurrect himself, but it is strongly hinted that cloning was involved. It's also confirmed that The Emperor "made" Snoke and was speaking through him all along.



Palpatine tells Ren that he cam become the new Emperor with the might of the "Final Order" behind him if he finds and kills Rey.



1.2k
Shares



DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]



**Related Headlines**



JoshWilding                    1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine                    1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding                    6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

**Latest Headlines**





Trunk00133

# Exhibit 34



# Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots

Mark Hamill made only a brief appearance as Luke Skywalker in *Star Wars: The Rise of Skywalker*, but was still involved in a pivotal moment. However, that actually came as a result of last-minute reshoots.

JoshWilding | 1/7/2020
Filed Under: "Star Wars" Source: The Art of the Cut (via Collider)

*Star Wars: The Rise of Skywalker* wasn't exactly plagued by production issues like *Rogue One* and *Solo*, but J.J. Abrams wasn't given a huge amount of time to make his finale to the Skywalker Saga and, as is to be expected with the majority of blockbusters these days, reshoots ultimately took place.







That additional photography may have changed the movie more than previously realised, though, because editor Maryann Brandon has revealed that as well as Rey's introduction (where she's floating and calling out to the Jedi from the past), Luke Skywalker's return as a Force Ghost on Ahch-To was part of those reshoots.

## Popular Stories

**ZACK SNYDER'S JUSTICE LEAGUE: Uxas/Darkseid Arrives On Earth In The Awesome New Trailer**

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**

**LOKI: Richard E. Grant's Role In The Disney+ Series May Have Been Revealed And It's A Shocker**

**JUSTICE LEAGUE Director Zack Snyder Says His Cut Has Six Chapters And An Epilogue; New Trailer Teased**




## Anime & Manga News



**BANISHED FROM THE HEROES' PARTY: The**

**GOLDEN KAMUY: Another New Cast Member Is**

Trunk00134

"The scene on the island with Luke, when Luke sees Rey," Brandon continues. "The film kind of informed us, after it was together, what it needed to say so we went back and got that dialogue. There was like a funny moment between Poe and Rey when he lands the Falcon and it's on fire, we wanted to have a more humorous exchange between them. Nothing major, no."

It sounds like Rey was always going to see Luke there, but changes were clearly made, and considering what the characters talked about was so impactful to the final act - we learned about Luke training Leia and the fact they knew Rey was a Palpatine - it's hard not to wonder how this sequence was reshaped.

In Vanity Fair's initial article about *The Rise of Skywalker*, Luke was shown standing alongside R2-D2 as a fire raged in the background, so it's possible he was once going to appear in flashbacks and that we would have learned more about the destruction of the Jedi Temple (a plot point which is currently being explored in The Rise of Kylo Ren comic book series from Marvel).

What are your thoughts on these comments from the movie's editor?

For more *Star Wars: The Rise of Skywalker* reveals,
simply click on the "View List" button down below!

## Sith Trooper Legions Confirm The Return Of Some "Legends" Characters



The Sith Troopers end up doing pretty much nothing in *The Rise of Skywalker* and aren't really all that different to regular Stormtroopers. Interestingly, Emperor Palpatine has named each of the Final Order's legions after the Siths of old, many of whom are Expanded Universe/Legends characters who have now been made canon again as a result.

Those are Revan, Andeddu, Tanis, Tenebrous, Desolous, and Phobos, and it's fair to say that most fans will be particularly excited by the return of *Knights of the Old Republic* standout, Darth Revan. Andeddu hails from the *Tails of the Jedi* comic book, Tenebrous was Darth Plagueis' Master, and both Desolous and Phobos were introduced in *The Force Unleashed*.

As for Tanis, that's a new creation who built a weapon of some sort on the planet Malachor.

Next

  

72
Shares

DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Comments (67)

Related Headlines

  

JoshWilding          1 day ago     RorMachine          1 day ago     JoshWilding          6 days ago

THE LEGO STAR WARS      SMALL PRINT: Katee      DARTH VADER #7 Brings
HOLIDAY SPECIAL Review;  Sackhoff On Her THE     Back A Character Cut
"The Closest Thing We're  MANDALORIAN Debut;     From STAR WARS: THE
Getting To EPISODE X"    SHORT CIRCUIT Reboot In  RISE OF SKYWALKER -
                         The Works, & More       SPOILERS

Latest Headlines

---

hilarious Eight          Coming To The
Novel Series Is          Show's Third
Getting An Official      Season
Anime Adaption

 

SHIROBAKO THE      DEMON SLAYER
MOVIE: The Hit     KIMETSU NO
Film Has Been      YAIBA THE MOVIE
Acquired By        MUGEN TRAIN:
North American     The New Film Is
Distributor Eleven The #1 IMAX Film
Arts               In Japan Ever

More Anime & Manga News ▶

### Video Game News

 

SEA OF THIEVES:    ASSASSIN'S
Creators Promise   CREED VALHALLA:
A Lot Of Changes   The Latest
Coming Ahead Of    Installment Is
A Huge 2021        Now The Highest
Change             Selling Game In
                   The Series

 

SKATER XL: Easy    SUPER MARIO 3D
Day Studios        ALL-STARS' Latest
Announces That     Update Has
Community          Actually Fixed
Created Mods       Quite A Bunch Of
Will Soon Be       Glaring Issues
Added To The
Game

More Video Game News ▶

### Cartoon & Animated News

 

TOM & JERRY: A     ADVENTURE
Brand New Trailer  TIME: DISTANT
For The            LANDS -
Animated/Live-     OBSIDIAN The
Action Hybrid      First 4 Minutes Of
Film Has Released  The New Special
                   Are Available To
                   Watch

 

NICKMAS:           THE WONDERFUL
Nickelodeon To     WORLD OF
Air Over 100       MICKEY MOUSE:
Hours Of           The First Official
Seasonal Holiday   Trailer Been
Content Starting   Released For The
November 19        New Series





RorMachine                          22 mins ago

**SPIDER-MAN 3 Set Video Sees Stars Tom Holland And Zendaya Performing A Wire Stunt**



RorMachine                          1 hour ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding                         3 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**

More Cartoon & Animated News ▶

### Pro Wrestling News




**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**



JoshWilding                         4 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding                         5 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding                         6 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**





**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Headlines

More Pro Wrestling News ▶

Visit Our Other Sites!








Click to find out more about a new promotion



ComicBookMovie.com Home | CBM Index | Site Map | About | Privacy | Terms Of Use | Contact | Advertise With Us | Copyright Policies | Trademark Policies

© 2003-2020 Best Little Sites, LLC. ComicBookMovie.com® is a registered trademark and has been officially registered with the United States Patent and Trademark Office (USPTO). All logos and images used on this website are registered trademarks of their respective companies. All Rights Reserved. Some of the content presented on our sites has been provided by fans, other unofficial websites or online news sources, and is the sole responsibility of the source from which it was obtained. Best Little Sites is not liable for uracies, errors, or omissions found herein. For removal of copyrighted images, trademarks, or other issues, Contact Us.

# Exhibit 35



ooShirts® | Custom T-Shirts

Shop Online at ooShirts® Open >

Elsewhere at the U.S. box office, Guy Ritchie's *The Gentlemen* had a respectable opening weekend, but it was left in the dust by


Custom group prints!
as low as $3.64 /100 qty
ORDER NOW
YOUR DESIGN HERE
ooshirts

*Bad Boys for Life*. Head on over to **Variety** for more details.



Exhibitor Relations Co.
@ERCboxoffice

This weekend, STAR WARS: THE RISE OF SKYWALKER joined the $500M Club domestically--an elite society with just 15 members.

Galactic total: $1.046B

Gooooooooooooooood

GIF

7:59 AM · Jan 26, 2020

♡ 110      💬 25 people are Tweeting about this


Mortgage Rates Fall Again
QL   Recalculate Your House Payment In A Few Steps  >

How many times have you been to see *The Rise of Skywalker*? Let us know in the comments, and be sure to check out our rundown of all the movie's biggest reveals and most shocking moments below.


Mortgage Rates Fall Again
QL   Recalculate Your House Payment In A Few Steps  >

Anime Adaption



**SHIROBAKO THE MOVIE: The Hit Film Has Been Accquired By North American Distributor Eleven Arts**

**DEMON SLAYER KIMETSU NO YAIBA THE MOVIE MUGEN TRAIN: The New Film Is The #1 IMAX Film In Japan Ever**

More Anime & Manga News ▶

**Video Game News**



**ASSASSIN'S CREED VALHALLA: The Latest Installment Is Now The Highest Selling Game In The Series**

**SKATER XL: Easy Day Studios Announces That Community Created Mods Will Soon Be Added To The Game**



**SUPER MARIO 3D ALL-STARS' Latest Update Has Actually Fixed Quite A Bunch Of Glaring Issues**

**ANIMAL CROSSING: NEW HORIZONS The Winter Update Has Been Announced With A Brand New Trailer**

More Video Game News ▶

**Cartoon & Animated News**



**TOM & JERRY: A Brand New Trailer For The Animated/Live-Action Hybrid Film Has Released**

**ADVENTURE TIME: DISTANT LANDS - OBSIDIAN The First 4 Minutes Of The New Special Are Available To Watch**



**NICKMAS: Nickelodeon To Air Over 100 Hours Of Seasonal Holiday Content Starting November 19**

**THE WONDERFUL WORLD OF MICKEY MOUSE: The First Official Trailer Been Released For The New Series**

More Cartoon & Animated News ▶

**Pro Wrestling News**

Simply click on the VIEW LIST (ONE PAGE) button below!






**WWE MAIN EVENT SPOILERS For November 16, 2020 Tapings**

**The Fallout IMPACT WRESTLING Episode Of TURNING POINT Features The Rascalz, Moose, And Rich Swann In Action**

## The Return of Emperor Palpatine






**UFC 255 Countdown Special Showcases The Training Of Deiveson Figueiredo And Valentia Shevchenko**

**Deonna Purrazzo Wins The IMPACT Knockouts Championship At TURNING POINT**

More Pro Wrestling News ▶

Visit Our Other Sites!







*The Rise of Skywalker* wastes no time in (re)introducing the saga's big bad, Emperor Palpatine.

After a brief action sequence which culminates with Kylo Ren getting his hands on a "Sith Wayfinder," the Supreme Leader uses the device to track down the ancient villain on the Sith homeworld. It's never fully explained how Palpatine was able to resurrect himself, but it is strongly hinted that cloning was involved. It's also confirmed that The Emperor "made" Snoke and was speaking through him all along.



Palpatine tells Ren that he can become the new Emperor with the might of the "Final Order" behind him if he finds and kills Rey.

Next

**510**
Shares






DISCLAIMER: Comic Book Movie is protected under the DMCA (Digital Millenium Copyright Act) and... [MORE]

Trunk00140

Case 2:21-cv-00567-DBB-JCB   Document 102-1   Filed 11/03/23   PageID.2148   Page 187 of 355

Comments (94)

**Related Headlines**



JoshWilding          1 day ago

**THE LEGO STAR WARS HOLIDAY SPECIAL Review; "The Closest Thing We're Getting To EPISODE X"**



RorMachine          1 day ago

**SMALL PRINT: Katee Sackhoff On Her THE MANDALORIAN Debut; SHORT CIRCUIT Reboot In The Works, & More**



JoshWilding          6 days ago

**DARTH VADER #7 Brings Back A Character Cut From STAR WARS: THE RISE OF SKYWALKER - SPOILERS**

**Latest Headlines**



RorMachine          44 mins ago

**ZACK SNYDER'S JUSTICE LEAGUE: HBO Max Has Released A Color Version Of Today's New Trailer**



JoshWilding          2 hours ago

**CALL OF DUTY: BLACK OPS COLD WAR Campaign Review; "Fires On All Cylinders...Action-Packed [And] Story-Driven"**



JoshWilding          3 hours ago

**BLACK WIDOW Star Scarlett Johansson Teases Taskmaster's Role In The Movie - Possible SPOILERS**



JoshWilding          4 hours ago

**SUICIDE SQUAD Star Margot Robbie Talks The Ayer Cut, Jared Leto In JUSTICE LEAGUE, POTC, TANK GIRL, And More**



JoshWilding          5 hours ago

**ZACK SNYDER'S JUSTICE LEAGUE: First Official Look At The Redesigned Steppenwolf Revealed**



RorMachine          5 hours ago

**TOM & JERRY: KICK-ASS Star Chloë Grace Moretz Joins Iconic Cat & Mouse Duo In First Trailer**

More Headlines



GEICO    DON'T JUST SPEND MONEY ON CAR INSURANCE. SAVE MONEY ON CAR INSURANCE!    GET A QUOTE

ComicBookMovie.com Home ...    ...k Office (USPTO). All
© 2003-2020 Best Little ...

x Close Ad


BEST BUY  PACIFIC SALES    Limited time  24 month financing on appliance and Geek Squad® purchases $599 and up with the My Best Buy Credit Card. Offer ends 11/21/20.    Shop Now

Brooks...    Enjoy your favorite photos from friends and family with the PhotoShare WiFi Smart Frame. Brookstone

Trunk00141

# Exhibit 36



# Exhibit 37

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants ComicBookMovie.com,*
*Nathan Best, Mark Cassidy, and Joshua Wilding*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>    Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>    Defendants. | **DEFENDANT BEST LITTLE SITES d/b/a/ www.comicbookmovie.com's RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: David Barlow<br><br>Magistrate Judge: Jared C. Bennett |

Defendant BEST LITTLE SITES d/b/a/ www.comicbookmovie.com ("Defendant"), by and through its undersigned counsel of record, hereby submits its responses to Plaintiff Great Bowery, d/b/a Trunk Archive's ("Plaintiff") First Set of Interrogatories pursuant to Fed R. Civ. P. 26 and 33.

## GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Definitions and Instructions to the extent that they exceed the obligations under Federal Rule of Civil Procedure 26 and/or 33.

2.      Defendant objects to these Interrogatories to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, trial preparation materials, other material protected under the Federal Rules of Civil Procedure, or any other valid privilege.

3.      Defendant reserves the right to supplement or correct these responses as necessary.

## INTERROGATORIES

## INTERROGATORY NO. 1

DESCRIBE IN DETAIL how YOU access or store posted content as referenced in YOUR initial disclosures.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "access[ing] or stor[ing] posted content," and does not define the terms with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that Website content is publicly available at www.comicbookmovie.com and its subpages and domains. Website content can also be accessed through an administrative interface that allows the creation, editing, and deletion of content. Content can also be access directly through database administration software.

## INTERROGATORY NO. 2

DESCRIBE IN DETAIL YOUR relationship with YOUR contributors as referenced in YOUR initial disclosures.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes Defendant's "relationship with [its] contributors" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Defendant has had numerous contributors over the nineteen years that it has operated its Website. A detailed description of Defendant's relationship with these contributors over these years is not feasible.

Subject to and without waiving its objections, Defendant responds that contributors have the ability to apply to Defendant's paid contributor program which allows for the possibility of earning money from their posts to the Website. These contributors receive payment based on ad revenue generated from views on content they have posted. Contributors are independent contractors and operate independent of Defendant, pursuant to Defendant's policies, terms, and guidelines.

**<u>INTERROGATORY NO. 3</u>**

DESCRIBE IN DETAIL YOUR relationship with Mark Cassidy as referenced in YOUR initial disclosures.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes Defendant's "relationship with Mark Cassidy" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Subject to and without waiving its objections, Defendant responds that Mark Cassidy has been a contributor to Defendant's Website since approximately December 2008. Cassidy is an independent contractor and has agreed to Defendant's policies, terms, and guidelines. Cassidy is a member of Defendant's paid contributor program and receives payment based on ad revenue generated through views on content that he posts.

**INTERROGATORY NO. 4**

DESCRIBE IN DETAIL any responsibilities that Mark Cassidy has RELATED TO the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "responsibilities that Mark Cassidy has related to the website" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Subject to and without waiving its objections, Defendant responds that Cassidy has a responsibility to comply with Defendant's terms, policies, and guidelines in the content that he posts on the Website. This includes, but is not limited to, tailoring content to the comic book movie genre, not posting spoilers, and using correct grammar and punctuation. Cassidy also has the ability, but not responsibility, to remove content from the Website's front page if it does not comply with CBM's terms, policies, and guidelines and to perform minor revisions to those articles to bring them into compliance.

**INTERROGATORY NO. 5**

DESCRIBE IN DETAIL YOUR relationship with Joshua Wilding as referenced in YOUR initial disclosures.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes Defendant's "relationship with Josh Wilding" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

4

Subject to and without waiving its objections, Defendant responds that Josh Wilding has been a contributor to Defendant's Website since approximately April 2009. Wilding is an independent contractor and has agreed to Defendant's policies, terms, and guidelines. Wilding is a member of Defendant's paid contributor program and receives payment for the content that he posts.

**INTERROGATORY NO. 6**

DESCRIBE IN DETAIL any responsibilities that Joshua Wilding has RELATED TO the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "responsibilities that Joshua Wilding has related to the website" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Subject to and without waiving its objections, Defendant responds that Wilding has a responsibility to comply with Defendant's terms, policies, and guidelines in the content that he posts on the Website. This includes, but is not limited to, tailoring content to the comic book movie genre, not posting spoilers, and using correct grammar and punctuation.

**INTERROGATORY NO. 7**

DESCRIBE IN DETAIL any responsibilities that Nathan Best has RELATED TO the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "responsibilities that Nathan Best has related to the website" and does not

define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Subject to and without waiving its objections, Defendant responds that Nathan Best is CBM's owner and the sole operator for the Website. Best's responsibilities include maintaining the domain and host registration; serving as the DMCA registered agent; designing the layout and design of the Website; maintaining the Website and resolving technical issues; processing payments to contributors; negotiating contracts with advertisers; creating the static content on the Website; developing and drafting the Website's policies, guidelines, and procedures; strategic development regarding the growth and direction of the Website; protecting the reputation and image of the Website; making sure the Website's corporate registration is active; and resolving questions or disputes regarding contributor content and payments.

## INTERROGATORY NO. 8

DESCRIBE IN DETAIL the means by which you gain revenue as referenced in YOUR initial disclosures.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "gain[ing] revenue" and does not define the terms with enough specificity to permit a response. Defendant further objects to this Interrogatory as overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b).

Subject to and without waiving its objections, Defendant responds that it primarily generates revenue by displaying advertisements on its website through various ad networks. The ad revenue generated is related to several factors including how long a user remains on a page that

is displaying ads, the number of views generated by pages that display the ads, how many ads are displayed on a page, any clicks generated by the ads that are displayed, the advertisers in charge of creating and displaying the advertisements, the time of year, and the going rate for digital advertising."

**INTERROGATORY NO. 9**

For each of the ARTICLES, DESCRIBE IN DETAIL the source(s) from which the IMAGES were obtained.

**RESPONSE:** Defendant object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks a detailed description of "the source" of multiple images posted in fifteen separate articles posted at different times over several years by someone other than Defendant. These are discrete actions with potentially different responses for each. As such, these are not appropriately contained within one interrogatory. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limit, Defendant objects to the multi-part Interrogatory as a whole.

Subject to and without waiving its objections, Defendant responds that it is not aware of the source from which the authors of the articles in question obtained the images for those articles.

**INTERROGATORY NO. 10**

For each of the ARTICLES, DESCRIBE IN DETAIL the purposes for which the IMAGES were used.

**RESPONSE:** Defendants object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory

seeks a detailed description of "the purpose" for why each of multiple images was used in fifteen separate articles posted at different times over several years by someone other than Defendant. These are discrete instances with potentially different responses for each. As such, these are not appropriately contained within one interrogatory. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limit, Defendant objects to the multi-part Interrogatory as a whole. Defendant also objects to this Interrogatory because it is vague and ambiguous as to what constitutes "the purpose for which the images were used" and does not define the term with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that the images in question were included in posts made by users of Defendant's website.

## INTERROGATORY NO. 11

DESCRIBE IN DETAIL the process by which the ARTICLES were published on the WEBSITE.

**RESPONSE:** Defendants object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks a detailed description of "the process" by which fifteen discrete articles were published on the website by multiple authors over a 2+ year period, some of which were posted five years ago, and all of which were posted by individuals other than Defendant. These are discrete instances with potentially different responses for each. As such, these are not appropriately contained within one interrogatory. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limit, Defendant objects to the multi-part Interrogatory as a whole. Defendant also objects to this Interrogatory because it is vague and

ambiguous as to what constitutes "the process by which the articles were published on the website" and does not define the term with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that in general, contributors can publish articles by logging into their personal accounts in the Website; draft, edit, and format content; agree to the terms and conditions of the website; and publish the content to the Website.

**INTERROGATORY NO. 12**

DESCRIBE IN DETAIL the rights and responsibilities given by YOU to editors of the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to who or what constitutes an "editor[] of the WEBSITE," and does not define the term with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that it does not have "editors" to the Website.

**INTERROGATORY NO. 13**

DESCRIBE IN DETAIL the editorial process for content submitted for publication to the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to who or what constitutes the "editorial process," and does not define the term with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that it does not have "editors" to the Website or a formal "editorial process." All content is generated by the Website's users.

## INTERROGATORY NO. 14

DESCRIBE IN DETAIL the editorial process undertaken with respect to the ARTICLES.

**RESPONSE:** Defendants object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks a detailed description of "the editorial process" for fifteen discrete articles published on the website by multiple authors over a 2+ year period, some of which were posted five years ago, and all of which were posted by individuals other than Defendant. These are discrete instances with potentially different responses for each. As such, these are not appropriately contained within one interrogatory. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limit, Defendant objects to the multi-part Interrogatory as a whole. Defendant also objects to this Interrogatory because it is vague and ambiguous as to what constitutes "the editorial process" and does not define the term with enough specificity to permit a response.

Subject to and without waiving its objections, Defendant responds that it does not have "editors" to the Website or a formal "editorial process." All content is generated by the Website's users.

## INTERROGATORY NO. 15

IDENTIFY every PERSON who has ever had editorial privileges with respect to content on the WEBSITE and the time frame in which they possessed such privileges.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to who or what constitutes the "editorial privileges," and does not define the term with enough specificity to permit a response. Defendants object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b) by requesting an identification of persons with an undefined privilege over a nineteen-year period without a reasonable limitation on time, subject matter, or connection to the claims and defenses in this case.

Subject to and without waiving its objections, Defendant responds that each contributor has the ability to edit or delete articles that he or she has posted to Defendant's Website. Nate Best has full administrative rights to modify or delete any content on the Website. Mark Cassidy, through a separate account, has the ability to move articles off of the Website homepage if they do not meet the Website's terms, guidelines, and policies.

## INTERROGATORY NO. 16

Is YOUR response to each request for admission served concurrently with these interrogatories an unqualified admission? If not, for each response that is not an unqualified admission:

(a) state the number of the request;

(b) state all facts upon which YOU base YOUR response;

(c) state the name, address, and telephone number of each PERSON who has knowledge of those facts; and

(d) identify all DOCUMENTS and other tangible things that support YOUR response and state the name, address, and telephone number of the PERSON who has each document or thing.

**RESPONSE:** Defendant object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks (a) all supporting facts, (b) the identity of each person who has knowledge of those facts, (c) the contact information for those people, (d) an identification of all supporting documents, (e) the identity of the person who has each document, and (f) the contact information of those people. The Interrogatory seeks all of this information for <u>every</u> request for admission that is "not an unqualified admission." So far, Plaintiff has propounded <u>128</u> requests for admission to Defendant, which also exceeds the limits on request for admission. This is a multi-part Interrogatory in the extreme and goes far beyond the permissible discovery scope and limits. In the same vein, Defendant objects because this undefined Interrogatory does not define the information it seeks without enough specificity to permit a response. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limits, Defendant objects to this multi-part Interrogatory as a whole. Defendants further object to the extent this Interrogatory is duplicative of any of its other Requests.

**<u>INTERROGATORY NO. 17 [originally numbered as the second No. 16]</u>**

IDENTIFY each PERSON who assisted in the preparation of these responses.

**RESPONSE:** Defendant objects to this Interrogatory because it is not reasonably related to any claim or defense. Given the limited scope of the discrete claims at issue, it is not proper to exceed the ordinary scope of discovery under Rule 26(b) to seek this information. Defendant further objects to the extent this Interrogatory seeks information protected by attorney-client privilege or any other privilege.

**FRCP 33(b)(5) VERIFICATION**

I, Nathan Best, am the owner of Best Little Sites d/b/a www.comicbookmovie.com. I have read the foregoing responses to Plaintiff's First Set of Interrogatories and declare under penalty of perjury that the information set forth therein is true and correct to the best of my knowledge.

Executed on October 21, 2022.

/s/ Nathan Best            (electronic signature affixed with permission)

DATE: October 21, 2022

KIMBALL ANDERSON

/s/ William B. Chadwick
Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants*
*ComicBookMovie.com, Nathan Best,*
*Mark Cassidy, and Joshua Wilding*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I caused a true and correct copy of the foregoing

**DEFENDANT BEST LITTLE SITES d/b/a/ www.comicbookmovie.com's RESPONSES TO**

**PLAINTIFF'S FIRST SET INTERROGATORIES** to be served via email to the following:

Mathew K. Higbee
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff Trunk Archive*

*/s/ William B. Chadwick*

14

# Exhibit 38

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants ComicBookMovie.com,*
*Nathan Best, Mark Cassidy, and Joshua Wilding*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>        Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>        Defendants. | **DEFENDANT NATHAN BEST'S RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: David Barlow<br><br>Magistrate Judge: Jared C. Bennett |

Defendant Nathan Best ("Defendant"), by and through his undersigned counsel of record, hereby submits his responses to Plaintiff Great Bowery, d/b/a Trunk Archive's ("Plaintiff") First Set of Interrogatories pursuant to Fed R. Civ. P. 26 and 33.

### GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Definitions and Instructions to the extent that they exceed the obligations under Federal Rule of Civil Procedure 26 and/or 33.

2.      Defendant objects to these Interrogatories to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, trial preparation materials, other material protected under the Federal Rules of Civil Procedure, or any other valid privilege.

3.      Defendant reserves the right to supplement or correct these responses as necessary.

## INTERROGATORIES

### INTERROGATORY NO. 1

DESCRIBE IN DETAIL any responsibilities that YOU have RELATED TO the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to what constitutes "responsibilities . . . related to the Website," and does not define the term with specificity to permit a response.

Subject to and without waiving his objections, Defendant responds that he is the owner and founder of Best Little Sites d/b/a www.comicbookmovie.com. His responsibilities include maintaining the domain and host registration; serving as the DMCA registered agent; designing the layout and design of the Website; maintaining the Website and resolving technical issues; processing payments to contributors; negotiating contracts with advertisers; creating the static content on the Website; developing and drafting the Website's policies, guidelines, and procedures; strategic development regarding the growth and direction of the Website; protecting the reputation and image of the Website; making sure the Website's corporate registration is active; and resolving questions or disputes regarding contributor content and payments.

**INTERROGATORY NO. 2**

DESCRIBE IN DETAIL YOUR ability to supervise and control the content on CBM's website as described in YOUR initial disclosures.

**RESPONSE:** Subject to and without waiving his objections, Defendant responds that he has full administrative access to the Website. Defendant has the ability to view all content posted on the website and all content queued for future posts. Defendant can edit the content of any post or delete any post. Defendant also has the ability to delete comments on the posted content. Defendant is the registered DMCA Agent for the Website and, when a proper DMCA take-down notice is received, Defendant removes the offending content.

**INTERROGATORY NO. 3**

DESCRIBE IN DETAIL all actions that YOU took with respect to each of the ARTICLES prior to their publication on the WEBSITE.

**RESPONSE:** Defendants object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks a detailed description of "all actions" Defendant took with respect to fifteen separate articles posted at different times over several years. These are discrete actions with potentially different responses for each. As such, these are not appropriately contained within one interrogatory. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limit, Defendant objects to the multi-part Interrogatory as a whole.

**INTERROGATORY NO. 4**

DESCRIBE IN DETAIL the rights and responsibilities given by YOU to editors of the WEBSITE.

**RESPONSE:** Defendant objects to this Interrogatory because it is vague and ambiguous as to who or what constitutes an "editor[] of the WEBSITE," and does not define the term with enough specificity to permit a response.

Subject to and without waiving his objections, Defendant responds that the Website has "contributors" but it does not have "editors." Moreover, Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to the Website. Any rights or responsibilities associated with the website are given or assigned by Best Little Sites, d/b/a www.comicbookmovie.com, and not Defendant.

## INTERROGATORY NO. 5

Is YOUR response to each request for admission served concurrently with these interrogatories an unqualified admission? If not, for each response that is not an unqualified admission:

(a) state the number of the request;

(b) state all facts upon which YOU base YOUR response;

(c) state the name, address, and telephone number of each PERSON who has knowledge of those facts; and

(d) identify all DOCUMENTS and other tangible things that support YOUR response and state the name, address, and telephone number of the PERSON who has each document or thing.

**RESPONSE:** Defendant object to this Interrogatory because it is overbroad, unduly burdensome, and exceeds the scope and limits set forth in Rule 26(b). As written, this Interrogatory seeks (a) all supporting facts, (b) the identity of each person who has knowledge of those facts, (c) the contact information for those people, (d) an identification of all supporting documents, (e) the

identity of the person who has each document, and (f) the contact information of those people. The Interrogatory seeks all of this information for <u>every</u> request for admission that is "not an unqualified admission." So far, Plaintiff has propounded twenty-six requests for admission to Defendant. This is a multi-part Interrogatory in the extreme and goes far beyond the permissible discovery scope and limits. In the same vein, Defendant objects because this undefined Interrogatory does not define the information it seeks with enough specificity to permit a response. Rather than attempt to answer the first handful of discrete subparts before objecting to the rest and exhausting Plaintiff's discovery limits, Defendant objects to this multi-part Interrogatory as a whole. Defendants further object to the extent this Interrogatory is duplicative of any of its other Requests.

**<u>INTERROGATORY NO. 6</u>**

IDENTIFY each PERSON who assisted in the preparation of these responses.

**RESPONSE:** Defendant objects to this Interrogatory because it is not reasonably related to any claim or defense. Given the limited scope of the discrete claims at issue, it is not proper to exceed the ordinary scope of discovery under Rule 26(b) to seek this information. Defendant further objects to the extent this Interrogatory seeks information protected by attorney-client privilege or any other privilege.

## FRCP 33(b)(5) VERIFICATION

I, Nathan Best, have read the foregoing responses to Plaintiff's First Set of Interrogatories and declare under penalty of perjury that the information set forth therein is true and correct to the best of my knowledge.

Executed on October 21, 2022.

/s/ Nathan Best          (electronic signature affixed with permission)

DATE: October 21, 2022

KIMBALL ANDERSON

/s/ William B. Chadwick
Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants
ComicBookMovie.com, Nathan Best,
Mark Cassidy, and Joshua Wilding*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on October 21, 2022, I caused a true and correct copy of the foregoing

**DEFENDANT NATHAN BEST'S RESPONSES TO PLAINTIFF'S FIRST SET INTERROGATORIES** to be served via email to the following:

Mathew K. Higbee
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff Trunk Archive*

*/s/ William B. Chadwick*

# Exhibit 39

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants ComicBookMovie.com,*
*Nathan Best, Mark Cassidy, and Joshua Wilding*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **DEFENDANT NATHAN BEST'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: David Barlow<br><br>Magistrate Judge: Jared C. Bennett |

Defendant Nathan Best ("Defendant"), by and through his undersigned counsel of record, hereby submits his responses to Plaintiff Great Bowery, d/b/a Trunk Archive's ("Plaintiff") First Set of Requests for Admissions pursuant to Fed R. Civ. P. 26 and 36.

### GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Definitions and Instructions to the extent that they exceed the obligations under Federal Rule of Civil Procedure 26 and/or 36.

2.      Defendant objects to these Requests to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, trial preparation materials, other material protected under the Federal Rules of Civil Procedure, or any other valid privilege.

3.      Defendant reserves the right to supplement or correct these responses as necessary.

## REQUESTS FOR ADMISSION

**REQUEST FOR ADMISSION NO. 1**

Admit the YOU did not purchase a license for the IMAGES at any time.

**RESPONSE:** Defendant objects to and denies this Request for being impermissibly multi-part. There are eighteen separate images at question and this Request does not specify which image is the subject of the Request in a way that permits Defendant to appropriately respond.

**REQUEST FOR ADMISSION NO. 2**

Admit the YOU are compensated from the revenues generated from the WEBSITE.

**RESPONSE:** Admit that Defendant is compensated as the owner of Best Little Sites, LLC which owns the Website, and that the Website generates revenue. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 3**

Admit that YOU reviewed the article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 4**

Admit that YOU reviewed the article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 5**

Admit that YOU reviewed the article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 6**

Admit that YOU reviewed the article titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 7**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 8**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 9**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 10**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 11**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 12**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 13**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 14**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 15**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 16**

Admit that YOU reviewed the article titled "Luke Skywalker's Big STAR WARS: THE

RISE OF SKYWALKER Scene Was The Result Of Reshoots" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 17**

Admit that YOU reviewed the article titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" prior to its publication on the WEBSITE.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 18**

Admit that an editor authorized by YOU reviewed each of the ARTICLES before they were posted on the WEBSITE.

**RESPONSE:** Denied. Defendant responds that CBM has "contributors" but it does not have "editors." Moreover, Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to the Website. Any rights or responsibilities associated with the website are given or assigned by Best Little Sites, LLC d/b/a www.comicbookmovie.com, and not Defendant.

**REQUEST FOR ADMISSION NO. 19**

Admit that YOU have given Mark Cassidy administrative privileges with respect to the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 20**

Admit that YOU have given Mark Cassidy editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 21**

Admit that Mark Cassidy is authorized by YOU to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 22**

Admit that YOU have given Joshua Wilding administrative privileges with respect to the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 23**

Admit that YOU have given Joshua Wilding editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 24**

Admit that Joshua Wilding is authorized by YOU to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Denied. Defendant does not grant rights or responsibilities within his personal capacity to anyone in relation to CBM's website. Any rights or responsibilities associated with the website are given or assigned by CBM, and not Defendant.

**REQUEST FOR ADMISSION NO. 25**

Admit that YOU have the absolute right to reject any content that appears on the WEBSITE prior to its publication.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 26**

Admit that YOU do not license any photographs that appear on the WEBSITE.

**RESPONSE:** Denied.

DATE: October 21, 2022

KIMBALL ANDERSON

*/s/ William B. Chadwick*
Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants*
*ComicBookMovie.com, Nathan Best,*
*Mark Cassidy, and Joshua Wilding*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I caused a true and correct copy of the foregoing

**DEFENDANT NATHAN BEST'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** to be served via email to the following:

Mathew K. Higbee
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff Trunk Archive*

*/s/ William B. Chadwick*

# Exhibit 40

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants ComicBookMovie.com,
Nathan Best, Mark Cassidy, and Joshua Wilding*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>        Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a<br>www.comicbookmovie.com; NATHAN BEST;<br>MARK CASSIDY; JOSHUA WILDING; and<br>DOES 1 through 10.<br><br>        Defendants. | **DEFENDANT MARK CASSIDY'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: David Barlow<br><br>Magistrate Judge: Jared C. Bennett |

Defendant Mark Cassidy ("Defendant"), by and through his undersigned counsel of record, hereby submits his responses to Plaintiff Great Bowery, d/b/a Trunk Archive's ("Plaintiff") First Set of Requests for Admissions pursuant to Fed R. Civ. P. 26 and 36.

### GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Definitions and Instructions to the extent that they exceed the obligations under Federal Rule of Civil Procedure 26 and/or 36.

2.      Defendant objects to these Requests to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, trial preparation materials, other material protected under the Federal Rules of Civil Procedure, or any other valid privilege.

3.      Defendant reserves the right to supplement or correct these responses as necessary.

4.      Defendant objects to the Definitions accompanying these Requests, particularly the definition for "CBM" as being overbroad, vague, and ambiguous. Plaintiff has stated that "CBM" "means co-Defendant Best Little Sites, LLC d/b/a www.comicbookmovie.com and any PERSON acting on its behalf." Whether a person is acting on CBM's behalf is undefined, may be in dispute, and may call for a legal conclusion.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1

Admit the YOU did not purchase a license for the IMAGES at any time.

**RESPONSE:** Defendant objects to and denies this Request for being impermissibly multi-part. There are eighteen separate images at question and this Request does not specify which image is the subject of the Request in a way that permits Defendant to appropriately respond.

### REQUEST FOR ADMISSION NO. 2

Admit that YOU authored an article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" that appeared on the WEBSITE on October 18, 2017.

**RESPONSE:** Admit.

### REQUEST FOR ADMISSION NO. 3

Admit that the article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares

New Image Of Vice Admiral Amilyn Holdo" displayed the Holdo Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Holdo Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 4**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 5**

Admit that YOU were authorized by CBM to display the Holdo Photograph to with the article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but

recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 6**

Admit that YOU obtained the Holdo Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 7**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 8**

Admit that YOU authored an article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" that appeared on the WEBSITE on November 20, 2017.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 9**

Admit that the article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" displayed the DJ Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the DJ Photograph (as defined by Plaintiff) was stored. This

caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 10**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 11**

Admit that YOU were authorized by CBM to display the DJ Photograph with the article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 12**

Admit that YOU obtained the DJ Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 13**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 14**

Admit that YOU authored an article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" that appeared on the WEBSITE on December 27, 2017.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 15**

Admit that the article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" displayed the Skywalker Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Skywalker Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 16**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 17**

Admit that YOU were authorized by CBM to display the Skywalker Photograph with the article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 18**

Admit that YOU obtained the Skywalker Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 19**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 20**

Admit that YOU authored an article titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" that appeared on the WEBSITE on December 27, 2018.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 21**

Admit that the article titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" displayed the Connix Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Connix Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 22**

Admit that YOU were authorized by CBM to upload the article titled "Billie Lourd Shares

A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 23

Admit that YOU were authorized by CBM to display the Connix Photograph with the article titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 24

Admit that YOU obtained the Connix Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

## REQUEST FOR ADMISSION NO. 25

Admit that YOU were paid in connection with the article titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 26**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" that appeared on the WEBSITE on June 26, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 27**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 28**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article

referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 29**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 30**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 31**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 32**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" that appeared on the WEBSITE on September 27, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 33**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 34**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

12

**REQUEST FOR ADMISSION NO. 35**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 36**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Deny. Defendant also notes and objects to this Request as duplicative of Request for Admission No. 30.

**REQUEST FOR ADMISSION NO. 37**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 38**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" that appeared on the WEBSITE on October 10, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 39**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 40**

Admit that YOU were authorized by CBM to upload the article "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 41**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the

14

article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 42**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 43**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 44**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" that appeared on the WEBSITE on January 5, 2020.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 45**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 46**

Admit that YOU were authorized by CBM to upload the article "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 47**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article

referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 48**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 49**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 50**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" that appeared on the WEBSITE on January 26, 2020.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 51**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 52**

Admit that YOU were authorized by CBM to upload the article "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 53**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the article titled ""STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 54**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Deny.

**REQUEST FOR ADMISSION NO. 55**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 56**

Admit that in 2017 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account. Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 57**

Admit that in 2017 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that

19

complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 58**

Admit that in 2017 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 59**

Admit that in 2018 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 60**

Admit that in 2018 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

## REQUEST FOR ADMISSION NO. 61

Admit that in 2018 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

## REQUEST FOR ADMISSION NO. 62

Admit that in 2019 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

## REQUEST FOR ADMISSION NO. 63

Admit that in 2019 YOU had editorial privileges with respect to content appearing on the

WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

## REQUEST FOR ADMISSION NO. 64

Admit that in 2019 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

## REQUEST FOR ADMISSION NO. 65

Admit that in 2020 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges," and because it seeks information outside the period in which the articles and images in question were posted. Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 66**

Admit that in 2020 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges," and because it seeks information outside the period in which the articles and images in question were posted. Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 67**

Admit that in 2020 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions," and because it seeks information outside the period in which the articles and images in question were posted. Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 68**

Admit that the IMAGES displayed in connection with the ARTICLES authored by YOU originated with Vanity Fair.

**RESPONSE:** Defendant is unaware of where the images in question "originated." As such, Defendant lacks information to truthfully admit or deny this request and therefore denies the same.

DATE: October 21, 2022

KIMBALL ANDERSON

*/s/ William B. Chadwick*

Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants*
*ComicBookMovie.com, Nathan Best,*
*Mark Cassidy, and Joshua Wilding*

24

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I caused a true and correct copy of the foregoing **DEFENDANT MARK CASSIDY'S RESPONSE TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION** to be served via email to the following:

Mathew K. Higbee
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff Trunk Archive*

*/s/ William B. Chadwick*

# Exhibit 41

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants ComicBookMovie.com,*
*Nathan Best, Mark Cassidy, and Joshua Wilding*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>    Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a<br>www.comicbookmovie.com; NATHAN BEST;<br>MARK CASSIDY; JOSHUA WILDING; and<br>DOES 1 through 10.<br><br>    Defendants. | **DEFENDANT JOSHUA WILDING'S RESPONSES TO PLAINTIFF'S FIRST SET OF REQUESTS FOR ADMISSION**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge: David Barlow<br><br>Magistrate Judge: Jared C. Bennett |

Defendant Joshua Wilding ("Defendant"), by and through his undersigned counsel of record, hereby submits his responses to Plaintiff Great Bowery, d/b/a Trunk Archive's ("Plaintiff") First Set of Requests for Admissions pursuant to Fed R. Civ. P. 26 and 36.

### GENERAL OBJECTIONS

1.      Defendant objects to Plaintiff's Definitions and Instructions to the extent that they exceed the obligations under Federal Rule of Civil Procedure 26 and/or 36.

2.      Defendant objects to the Definitions accompanying these Requests, particularly the definition for "CBM" as being overbroad, vague, and ambiguous. Plaintiff has stated that "CBM" "means co-Defendant Best Little Sites, LLC d/b/a www.comicbookmovie.com and any PERSON acting on its behalf." Whether a person is acting on CBM's behalf is undefined, may be in dispute, and may call for a legal conclusion.

3.      Defendant objects to these Requests to the extent that they seek information protected by the attorney-client privilege, the work-product doctrine, trial preparation materials, other material protected under the Federal Rules of Civil Procedure, or any other valid privilege.

4.      Defendant reserves the right to supplement or correct these responses as necessary.

## REQUESTS FOR ADMISSION

### REQUEST FOR ADMISSION NO. 1

Admit the YOU did not purchase a license for the IMAGES at any time.

**RESPONSE:** Defendant objects to and denies this Request for being impermissibly multi-part. There are eighteen separate images at question and this Request does not specify which image is the subject of the Request in a way that permits Defendant to appropriately respond.

### REQUEST FOR ADMISSION NO. 2

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" that appeared on the WEBSITE on May 22, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 3**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" displayed the Millennium Falcon Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Millennium Falcon Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 4**

Admit that YOU caused the Millennium Falcon Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the Millennium Falcon Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 5**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article

referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 6**

Admit that YOU were authorized by CBM to display the Millennium Falcon Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 7**

Admit that YOU obtained the Millennium Falcon Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 8**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 9**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" that appeared on the WEBSITE on May 22, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 10**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" displayed the R2-D2 Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 11**

Admit that YOU caused the R2-D2 Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 12

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" displayed the Finn Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Finn Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 13

Admit that YOU caused the Finn Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the Finn Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 14

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" displayed the Hux Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Hux Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 15**

Admit that YOU caused the Hux Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the Hux Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 16**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" displayed the Production Photographs.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Production Photographs (as defined by Plaintiff) were stored. This caused a version of the images to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 17**

Admit that YOU caused the Production Photographs to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where pictures matching the description of the Production Photographs (as

defined by Plaintiff) were stored. This caused a version of the images to be viewable from within this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 18

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 19

Admit that YOU were authorized by CBM to display the R2-D2 Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 20**

Admit that YOU were authorized by CBM to display the Finn Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 21**

Admit that YOU were authorized by CBM to display the Hux Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 22**

Admit that YOU were authorized by CBM to display the Production Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 23**

Admit that YOU obtained the R2-D2 Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 24**

Admit that YOU obtained the Finn Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 25**

Admit that YOU obtained the Hux Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 26**

Admit that YOU obtained the Production Photographs from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 27**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website

as a whole, pro-rated for views on his content on the website, which would include this article.

Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 28**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" that appeared on the WEBSITE on June 25, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 29**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" displayed the Lightsaber Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 30**

Admit that YOU caused the Lightsaber Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the Lightsaber Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 31**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 32**

Admit that YOU were authorized by CBM to display the Lightsaber Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 33**

Admit that YOU obtained the Lightsaber Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

12

**REQUEST FOR ADMISSION NO. 34**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 35**

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" that appeared on the WEBSITE on August 12, 2019.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 36**

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" displayed the R2-D2 Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 37**

Admit that YOU caused the R2-D2 Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along

13

With Some Potential SPOILERS."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 38

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential 9 SPOILERS" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 39

Admit that YOU were authorized by CBM to display the R2-D2 Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but

recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 40

Admit that YOU obtained the R2-D2 Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

## REQUEST FOR ADMISSION NO. 41

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

## REQUEST FOR ADMISSION NO. 42

Admit that YOU authored an article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" that appeared on the WEBSITE on December 26, 2019.

**RESPONSE:** Admit.

## REQUEST FOR ADMISSION NO. 43

Admit that the article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" displayed the Dameron Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the Dameron Photograph (as defined by Plaintiff) was stored.

This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 44**

Admit that YOU caused the Dameron Photograph to be displayed on the WEBSITE with the article "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the Dameron Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 45**

Admit that YOU were authorized by CBM to upload the article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 46**

Admit that YOU were authorized by CBM to display the Dameron Photograph with the article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 47**

Admit that YOU obtained the Dameron Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 48**

Admit that YOU were paid in connection with the article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 49**

Admit that YOU authored an article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" that appeared on the WEBSITE on January 7, 2020.

**RESPONSE:** Admit.

**REQUEST FOR ADMISSION NO. 50**

Admit that the article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" displayed the R2-D2 Photograph.

**RESPONSE:** Admit that this article contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 51**

Admit that YOU caused the R2-D2 Photograph to be displayed on the WEBSITE with the article "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots."

**RESPONSE:** Defendant admits that he posted this article which contained code that directed to a server where a picture matching the description of the R2-D2 Photograph (as defined by Plaintiff) was stored. This caused a version of the image to be viewable from within this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 52**

Admit that YOU were authorized by CBM to upload the article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" to the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 53**

Admit that YOU were authorized by CBM to display the R2-D2 Photograph with the article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" on the WEBSITE.

**RESPONSE:** Admit that Defendant was authorized to upload content that complied with CBM's policies, guidelines, and procedures. Defendant contends that the upload of the article referenced in this Request complied with CBM's policies, guidelines, and procedures, but recognizes that this is a subject of the current litigation. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 54**

Admit that YOU obtained the R2-D2 Photograph from the Vanity Fair website.

**RESPONSE:** Denied.

**REQUEST FOR ADMISSION NO. 55**

Admit that YOU were paid in connection with the article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots."

**RESPONSE:** Defendant admits that when this article was posted, he was part of CBM's paid contributor program for which he was paid a nominal amount for page views on the website as a whole, pro-rated for views on his content on the website, which would include this article. Deny all other interpretations and allegations in this Request.

**REQUEST FOR ADMISSION NO. 56**

Admit that in 2017 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account. Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 57**

Admit that in 2017 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account. Deny all other interpretations or allegations in this Request.

20

**REQUEST FOR ADMISSION NO. 58**

Admit that in 2017 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account. Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 59**

Admit that in 2018 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account. Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 60**

Admit that in 2018 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to

make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 61**

Admit that in 2018 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 62**

Admit that in 2019 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 63**

Admit that in 2019 YOU had editorial privileges with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that

complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 64**

Admit that in 2019 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges." Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 65**

Admit that in 2020 YOU had administrative privileges with respect to the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "administrative privileges," and because it seeks information outside the period in which the articles and images in question were posted. Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

**REQUEST FOR ADMISSION NO. 66**

Admit that in 2020 YOU had editorial privileges with respect to content appearing on the WEBSITE.

23

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial privileges," and because it seeks information outside the period in which the articles and images in question were posted. Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

<u>**REQUEST FOR ADMISSION NO. 67**</u>

Admit that in 2020 YOU had authority from CBM to make editorial decisions with respect to content appearing on the WEBSITE.

**RESPONSE:** Defendant objects to this Request because it is unclear as what constitutes "editorial decisions," and because it seeks information outside the period in which the articles and images in question were posted. Admit that Defendant had the ability to post content to the Website that complied with CBM's policies, guidelines, and terms. Admit that Defendant had the ability to make minor formatting, spelling, grammar, and syntax revisions to content posted under his account.  Deny all other interpretations or allegations in this Request.

<u>**REQUEST FOR ADMISSION NO. 68**</u>

Admit that the IMAGES displayed in connection with the ARTICLES authored by YOU originated with Vanity Fair.

**RESPONSE:** Defendant is unaware of where the images in question "originated." As such, Defendant lacks information to truthfully admit or deny this request and therefore denies the same.

DATE: October 21, 2022

KIMBALL ANDERSON

*/s/ William B. Chadwick*
Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants*
*ComicBookMovie.com, Nathan Best,*
*Mark Cassidy, and Joshua Wilding*

## CERTIFICATE OF SERVICE

I certify that on October 21, 2022, I caused a true and correct copy of the foregoing

**DEFENDANT JOSHUA WILDING'S RESPONSES TO PLAINTIFF'S FIRST SET OF**

**REQUESTS FOR ADMISSIONS** to be served via email to the following:

Mathew K. Higbee
Ryan E. Carreon
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
mhigbee@higbeeassociates.com
rcarreon@higbeeassociates.com

*Attorneys for Plaintiff Trunk Archive*

*/s/ William B. Chadwick*

26

# Exhibit 42

Mathew K. Higbee, SBN 11133
Ryan E. Carreon, *Pro Hac Vice*
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
(714) 617-8373
mhigbee@higbee.law
rcarreon@higbee.law
*Attorneys for Plaintiff Trunk Archive*

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>        Plaintiff,<br><br>v.<br><br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:21-cv-00567-DBB<br><br>**DECLARATION OF ANNIE LEIBOVITZ** |

1

## DECLARATION OF ANNIE LEIBOVITZ

I, Annie Leibovitz, declare as follows:

1.       I am over the age of 18 years old. I have personal knowledge of all matters stated herein, and if called as a witness, I could and would competently testify thereto.

2.       I have been a professional photographer for over 40 years.

3.       Between 2014 and 2019, I created a series of photographs of the cast and crew of *Star Wars: The Last Jedi* and *Star Wars: The Rise of Skywalker.*

4.       Specifically, I created a photograph of actress Laura Dern as Vice Admiral Amilyn Holdo ("Holdo Photograph"), a true and correct copy of which is submitted herewith as Exhibit 1.

5.       I also created a photograph of actor Benicio Del Toro as DJ ("DJ Photograph"), a true and correct copy of which is submitted herewith as Exhibit 2.

6.       I also created a photograph of actors Mark Hamil and Carrie Fisher as Luke Skywalker and Leia Organa ("Skywalker Photograph"), a true and correct copy of which is submitted herewith as Exhibit 3.

7.       I also created a photograph of actress Carrie Fisher and her daughter Billie Lourd as Leia Organa and Kaydel Ko Connix ("Connix Photograph"), a true and correct copy of which is submitted herewith as Exhibit 4.

8.       I also created a photograph of actors Oscar Isaacs, and Billy Dee Williams as Poe Dameron and Lando Calrissian aboard the Millennium Falcon with Chewbacca and BB-8 ("Millennium Falcon Photograph"), a true and correct copy of which is submitted herewith as Exhibit 5.

9.       I also created a photograph of actor Mark Hamil as Luke Skywalker with R2-D2 ("R2-D2 Photograph"), a true and correct copy of which is submitted herewith as Exhibit 6.

10.       I also created a photograph of actors John Boyega and Naomi Ackle as Finn and Jannah ("Finn Photograph"), a true and correct copy of which is submitted herewith as Exhibit 7.

11.       I also created a photograph of actors Domhnall Gleeson and Richard E. Grant as

General Hux and Allegiant General Pryde; ("Hux Photograph"), a true and correct copy of which is submitted herewith as Exhibit 8.

12.     I also created eight photographs of behind-the-scenes production of Star Wars: The Rise of Skywalker ("Production Photographs"), true and correct copies of which are submitted herewith as Exhibit 9.

13.     I also created a photograph of actors Adam Driver and Daisy Ridley as Kylo Ren and Rey ("Lightsaber Photograph"), a true and correct copy of which is submitted herewith as Exhibit 10.

14.     I also created a photograph of actors Oscar Issacs and John Boyega as Poe Dameron and Finn ("Dameron Photograph"), a true and correct copy of which is submitted herewith as Exhibit 11.

15.     These 18 photographs will be collectively referred to as the Star Wars Photographs.

16.     I registered the Star Wars Photographs with the United States Copyright Office.

17.     I registered the Holdo Photograph, Skywalker Photograph, Connix Photograph, DJ, Photograph, and Dameron Photograph as part of a group registration of photographs under registration certificate VA 2-111-252 with an effective registration date of July 10, 2017.

18.     A true and correct copy of registration VA 2-111-252 is submitted herewith as Exhibit 12.

19.     I registered the Millennium Falcon Photograph, R2-D2 Photograph, Finn Photograph, Hux Photograph, Production Photographs, and Lightsaber Photograph as part of a group registration of photographs under registration certificate VA 2-192-380 with an effective registration date of January 16, 2020.

20.      A true and correct copy of registration VA 2-192-380 is submitted herewith as Exhibit 13.

21.     On or about November 12, 2014, I entered into an agreement ("Artist Agreement") with Plaintiff Great Bowery, Inc. d/b/a Trunk Archive for exclusive worldwide representation to

license my photographs.

22.     A true and correct copy of the Artist Agreement is submitted herewith as Exhibit 14.

23.     The Artist Agreement was signed by my agent and manager, Karen Mulligan, with my authorization.

24.     On or about May 24, 2017, the publication Vanity Fair published an article titled "See Annie Leibovitz's Exclusive Cast Portraits of *Star Wars: The Last Jedi* for *Vanity Fair*" ("2017 Vanity Fair Article").

25.     A true and correct copy of the 2017 Vanity Fair Article is submitted herewith as Exhibit 15.

26.     The Holdo, DJ, Skywalker, Connix, and Dameron Photographs were first published in the 2017 Vanity Fair Article as an exclusive as part of an agreement that I have with Vanity Fair's publisher Condé Nast.

27.     After publication, I provided the Holdo, DJ, Skywalker, Connix, and Dameron Photographs to Trunk Archive under the terms of the Artist Agreement so that Trunk Archive could be the exclusive licensor of these Photographs for any other publications that wished to license them.

28.     On or about May 22, 2019, the publication Vanity Fair published an article titled "*Star Wars: The Rise of Skywalker* Photos: Meet the Characters and Go on Set" ("2019 Vanity Fair Article").

29.     A true and correct copy of the 2019 Vanity Fair Article is submitted herewith as Exhibit 16.

30.     The Millennium Falcon, R2-D2, Finn, Hux, Production, and Lightsaber Photographs were first published in the 2019 Vanity Fair Article as an exclusive as part of an agreement that I have with Vanity Fair's publisher Condé Nast.

31.     After publication, I provided the Millennium Falcon, R2-D2, Finn, Hux,

Production, and Lightsaber Photographs to Trunk Archive under the terms of the Artist Agreement so that Trunk Archive could be the exclusive licensor of these Photographs for any other publications that wished to license them.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed this October  31 , 2023 at New York, New York.

Annie Leibovitz

# Exhibit 43

Mathew K. Higbee, SBN 11133
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
(714) 617-8373
mhigbee@higbeeassociates.com
*Attorneys for Plaintiff Trunk Archive*

---

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>    Plaintiff,<br><br>v.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive<br><br>    Defendants. | **Case No.** 2:21-cv-00567-DBP<br><br>**COMPLAINT** |

Plaintiff Great Bowery, Inc., d/b/a Trunk Archive ("Trunk Archive") states its claim against Defendants Best Little Sites d/b/a www.comicbookmovie.com("CBM"), Joshua Wilding ("Wilding") and Mark Cassidy ("Cassidy") (collectively "Defendants") as follows:

### PARTIES

1.     Plaintiff Great Bowery, Inc. d/b/a Trunk Archive is a Delaware corporation duly organized by law, having a place of business at 190 Bowery New York, NY 10012.

1

2. Defendant Best Little Sites, LLC d/b/a/ www.comicbookmovie.com ("CBM"), is a Utah limited liability company duly organized and existing under the laws of Utah, with a principal place of business at 639 E 720 N, Lindon, UT 84042.

3. Defendant Nathan Best is an individual that, on information and belief, resides at 237 E. Lake View Drive, Vineyard, Utah, 84059.

4. Defendant Mark Cassidy is an individual that, on information and belief resides in Dublin, Ireland.

5. Defendant Joshua Wilding is an individual that, on information and belief resides in Defendant Joshua Wilding is an individual that, on information and belief resides in Taunton, Somerset, England.

6. Trunk Archive is unaware of the true names and capacities of the Defendants sued herein as DOES 1 through 10, inclusive, and for that reason, sues such Defendants under such fictitious names. Trunk Archive is informed and believes and on that basis alleges that such fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that Trunk Archive's damages as herein alleged were proximately caused by the conduct of said Defendants. Trunk Archive will seek to amend the complaint when the names and capacities of such fictitiously named Defendants are ascertained. As alleged herein, "Defendant" shall mean all named Defendants and all fictitiously named Defendants.

## JURISDICTION AND VENUE

7. The Court has jurisdiction under the Federal question pursuant to 28 U.S.C. §1331, concerning actions relating to copyright, 28 U.S.C. § 1338(a), and under diversity jurisdiction pursuant to 28. U.S.C. § 1332 as the parties are diverse in citizenship.

8. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

9. This Court has personal jurisdiction over Defendants because Defendants conducts business in the state of Utah and the acts of infringement alleged in this complaint occurred in state of Utah and were directed towards the state of Utah

10.     Specifically, Trunk Archive's copyright infringement claims arise out of Defendant CBM's relationship with Defendant Best, Cassidy and Wilding.

11.     Venue is proper because a substantial part of the events or omissions giving rise to the claims alleged in this Complaint occurred in this Judicial District.

## FACTUAL BACKGROUND

### Trunk Archive

12.     Trunk Archive is a full-service photography licensing agency representing some of the most prominent photographers and iconic images in the world.

13.     Trunk Archive's catalogue features imagery from hundreds of prominent artists and designers that are available for license.

14.     One of Trunk Archive's most prominent American portrait photographer Annie Leibovitz.

15.     Leibovitz is one of the world's best known and most accomplished portrait photographers. She is primarily known for her celebrity portraiture, with her work has been featured on numerous album covers and magazines.

16.     Her work has also been exhibited in prominent galleries and museums, including the Smithsonian Institute's National Portrait Gallery in Washington, DC.

17.     Between 2014 and 2019, Leibovitz took a series of photographs of the cast and crew of *Star Wars: The Last Jedi* and *Star Wars: The Rise of Skywalker.*

18.     Specifically Leibovitz took a photograph of actress Laura Dern as Vice Admiral Amilyn Holdo ("Holdo Photograph"); a photograph of actor Benicio Del Toro as DJ ("DJ Photograph"); a photograph of actors Mark Hamil and Carrie Fisher as Luke Skywalker and Leia Organa ("Skywalker Photograph"); a photograph of actress Carrie Fisher and her daughter Billie Lourd as Leia Organa and Kaydel Ko Connix ("Connix Photograph"); a photograph of actors Oscar Isaacs, and Billy Dee Williams as Poe Dameron and Lando Calrissian aboard the Millennium Falcon with Chewbacca and BB-8 ("Millennium Falcon Photograph"); a photograph

3

of actor Mark Hamil as Luke Skywalker with R2-D2 ("R2-D2 Photograph"); a photograph of actors John Boyega and Naomi Ackle as Finn and Jannah ("Finn Photograph"), a photograph of actors Domhnall Gleeson and Richard E. Grant as General Hux and Allegiant General Pryde; ("Hux Photograph"); eight photographs of behind the scenes production of *Star Wars: The Rise of Skywalker* ("Production Photographs"); a photograph of actors Adam Driver and Daisy Ridley as Kylo Ren and Rey ("Lightsaber Photograph"); and a photograph of actors Oscar Issacs and John Boyega as Poe Dameron and Finn ("Dameron Photograph").

19.     Collectively these will be referred to as the Star Wars Photographs.

20.     Attached hereto as Exhibit A are true and correct copies the eighteen (18) Star Wars Photographs at issue in this case.

21.     The Star Wars Photographs were originally published exclusively by the publication *Vanity Fair* in print and online at the *Vanity Fair* website. *See* https://bit.ly/2YWOwW7 and https://bit.ly/3CnQI7z

22.     Leibovitz registered the Star Wars Photographs with the United States Copyright Office.

23.     Specifically, Leibovitz registered the Holdo Photograph, Skywalker Photograph, Connix Photograph, and Dameron Photograph under registration certificate VA 2-111-252 with an effective registration date of July 10, 2017; Leibovitz registered the DJ photograph under registration certificate VA 2-056-929 with an effective registration date of October 17, 2016; Leibovitz registered the Millennium Falcon Photograph, R2-D2 Photograph, Finn Photograph, Hux Photograph, and Production Photographs, Lightsaber Photograph and Dameron Photograph under registration certificate VA 2-192-380 with an effective registration date of January 16, 2020.

24.     Leibovitz subsequently granted Trunk Archive the exclusive right to license the Star Wars Photographs.

/ / /

4

**www.ComicBookMovie.com**

25.     Defendant CBM owns and operates the website www.comicbookmovie.com (the "Website").

26.     Defendant Best is the owner and President of CBM.

27.     CBM's Website consists primarily of movie and television articles and related editorial content geared towards the comic book, graphic novel, sci-fi, fantasy, and horror genres.

28.     Content on CBM's Website is monetized through paid advertisements.

29.     Attached hereto as Exhibit B is a true and correct copy of the page on the CBM Website https://www.comicbookmovie.com/about/advertise/.

30.     On information and belief, Defendant Best has the ability to supervise and control the content on the Website and receives a financial benefit from the operation of the Website.

31.     CBM actively solicits paid contributors to generate, edit, and moderate content for the CBM Website.

32.     According to the CBM Website, paid contributors are expected to meet a minimum article count "based upon your desired shift (typically one per day), that you will be required to meet to maintain editorship and payment eligibility."

33.     Paid contributors are compensated each month and are eligible for bonus and other incentives based on the content they create to CBM's Website.

34.     Attached hereto as Exhibit C is a true and correct copy of the page on the CBM Website https://www.comicbookmovie.com/about/contribute/.

35.     Defendants Wilding and Cassidy are listed prominently on the "About" page of the CBM website as two of the Website's four "Top Contributors."

36.     Attached hereto as Exhibit D is a true and correct copy of the page on the CBM Website https://www.comicbookmovie.com/about/.

37.     On information and belied, Defendants Cassidy and Wilding are paid contributors of CBM.

**Defendant Mark Cassidy**

38.     Defendant Cassidy's profile on the CBM Website states that he has been a member of the Website since November 9, 2008 and states that he has contributed nearly 16,000 posts to the CBM Website, or an average of approximately 3.4 post per day.

39.     According to his profile on the Website, Cassidy posts to the Website under the username "RorMachine."

40.     Attached hereto as Exhibit E is a true and correct copy of the page on the CBM Website https://www.comicbookmovie.com/user/RorMachine.

41.     Cassidy lists himself on his LinkedIn Profile as "Head Editor" of the Website.

42.     Attached hereto as Exhibit F is a true and correct copy of Cassidy's LinkedIn page.

43.     On information and belief Cassidy is a paid editor/contributor to the Website.

44.     On information and belief Cassidy is expressly authorized by CBM to create and edit content for the Website.

45.     In a post to his Twitter account on October 2, 2014, Cassidy stated "Once again: If something isn't written up by a CBM editor and posted out on our main page, it is not endorsed by us."

46.     Attached hereto as Exhibit G is a true and correct copy of Cassidy's October 2, 2014 tweet.

**Defendant Joshua Wilding**

47.     Defendant Wilding's profile on the CBM Website states that he has been a member of the Website since March 13, 2009 and states that he has contributed over 27,000 posts to the CBM Website, or an average of almost 6 posts per day.

48.     According to his profile on the Website, Wilding posts to the Website under the username "JoshWilding."

6

49.     Attached hereto as Exhibit H is a true and correct copy of the page on the CBM Website https://www.comicbookmovie.com/user/JoshWilding.

50.     Wilding lists himself on his Twitter Profile as "Head writer" of the Website.

51.     Attached hereto as Exhibit I is a true and correct copy of Wilding's Twitter page.

52.     Additionally, on his personal website, Wilding states that during his time with the CBM Website "I've helped manage the Twitter, Facebook, and Instagram accounts (growing their followers by thousands of users) and have used Google Analytics to track pageviews in order to best establish how to increase traffic to the website. That resulted in the articles I published receiving over 174 million pageviews in 2019."

53.     Attached hereto as Exhibit J is a true and correct copy of the "About Me" page on the website https://www.josh-wilding.com/about-me.

54.     On information and belief Wilding is a paid editor/contributor to the Website.

55.     On information and belief Wilding is expressly authorized by CBM to create and edit content for the Website.

56.     On information and belief, content created by Cassidy, Wilding, and other paid/contributors is created on behalf of and endorsed by CBM.

**Defendants' Infringing Conduct**

57.     In February 2019, Trunk Archive began to discover a number of articles on the CBM website that displayed unlicensed copies of the Star Wars Photographs.

58.     The Website containedan article authored by Cassidy titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image Of Vice Admiral Amilyn Holdo" dated October 18, 2017, which displayed the Holdo Photograph.

59.     The Website contained an article authored by Cassidy titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" dated November 20, 2017, which displayed the DJ Photograph.

60.     The Website contained an article authored by Cassidy titled "STAR WARS: THE LAST JED's Mark Hamill Shares A Lovely Tribute To Carrie Fisher One Year After Her Passing" dated December 27, 2017, which displayed the Skywalker Photograph.

61.     The Website contained an article authored by Cassidy titled "Billie Lourd Shares A Touching Tribute To Carrie Fisher On The Second Anniversary Of Her Passing" dated December 27, 2018, which displayed the Connix Photograph.

62.     The Website contained an article authored by Wilding titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" dated May 22, 2019, which displayed the Millennium Falcon Photograph.

63.     The Website contained an article authored by Wilding titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" dated May 22, 2019, which displayed the R2-D2 Photograph, Finn Photograph, Hux Photograph, and Production Photographs.

64.     The Website contained an article authored by Wilding titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" dated June 25, 2019, which displayed the Lightsaber Photograph.

65.     The Website contained an article authored by Cassidy titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" dated June 26, 2019, which displayed the Lightsaber Photograph.

66.     The Website contained an article authored by Wilding titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" dated August 12, 2019, which displayed the R2-D2 Photograph.

67.     The Website contained an article authored by Cassidy titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" dated September 27, 2019, which displayed the Lightsaber Photograph.

68.     The Website contained an article authored by Cassidy titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" dated October 10, 2019, which displayed the Lightsaber Photograph.

69.     The Website contained an article authored by Wilding titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Dinsey Overlords' For No Poe/Finn Romance" dated December 26, 2019, which displayed the Dameron Photograph.

70.     The Website contained an article authored by Cassidy titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" dated January 5, 2020, which displayed the Lightsaber Photograph.

71.     The Website contained an article authored by Wilding titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" dated January 7, 2020, which displayed the R2-D2 Photograph.

72.     The Website contained an article authored by Cassidy titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" dated January 26, 2020, which displayed the Lightsaber Photograph.

73.     Collectively, these will be known as the Infringing Articles

74.     Attached hereto as Exhibit K are true and correct copies of the Infringing Articles.

75.     On information and belief, CBM monetized the Infringing Articles and received advertising revenue from visitors to the Website who viewed the Infringing Articles.

76.     On information and belief, Cassidy and Wilding were paid by CBM to create the Infringing Articles.

## FIRST CAUSE OF ACTION
## COPYRIGHT INFRINGEMENT
### 17 U.S.C. § 101 *et seq.*

77.     Trunk Archive incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

9

78.     Trunk Archive holds the exclusive right to license the Star Wars Photographs, which are original works of authorship subject to copyright protection under the laws of the United States.

79.     The Star Wars Photographs have been registered with the United States Copyright Office and perfected registration certificates have been issued.

80.     Defendants have directly, vicariously, contributorily and/or by inducement willfully infringed the copyrights to the Star Wars Photographs by causing them to be displayed as part of the Infringing Article on the Website without authorization in violation of 17 U.S.C. § 501 *et seq.*

81.     All Defendants' acts were performed without Trunk Archives' permission, license, or consent.

82.     As a result of Defendants' violations of Title 17 of the U.S. Code, Trunk Archive is entitled to recover damages in the form of any actual damages and disgorgement of profits pursuant to 17 U.S.C. §504(b), or statutory damages in an amount up to $150,000.00 per infringement pursuant to 17 U.S.C. § 504(c).

83.     As a result of Defendants violations of Title 17 of the U.S. Code, the court in its discretion may allow Trunk Archive the recovery of full costs as well as reasonable attorney's fees and costs pursuant to 17 U.S.C § 505 from Defendants.

84.     The said wrongful acts of Defendants have caused, and are causing, great injury to Trunk Archive, which damage cannot be accurately computed, and unless this Court restrains Defendants from further commission of said acts, it will suffer irreparable injury, for all of which it is without an adequate remedy at law.

85.     Accordingly, Trunk Archive seeks a declaration that Defendants are infringing the copyrights to the Star Wars Photographs and an order under 17 U.S.C. § 502 enjoining Defendants from any further infringement of the copyrights to the Star Wars Photographs.

/ / /

10

## **PRAYER FOR RELIEF**

WHEREFORE, Trunk Archive requests judgment against Defendants as follows:

1.      Defendants and their officers, agents, servants, employees, and representatives, and all persons in active concert or participation with Defendants be permanently enjoined from copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all copyrights owned or managed by Trunk Archive;

2.      An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the unlawful reproduction, copying, display, promotion, distribution, or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringed the Star Wars Photographs pursuant to 17 U.S.C. §§ 504 (a)(1) & (b);

3.      Actual damages and disgorgement of all profits derived by Defendants from their acts of copyright infringement to reimburse Trunk Archive for all damages suffered by it by reasons of Defendants acts, under 17 U.S.C. §§ 504 (a)(1), or in the alternative and at Trunk Archives' election, statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) and (c);

4.      Reasonable attorneys' fees incurred herein pursuant to 17 U.S.C. § 505 or otherwise available by law;

5.      Costs and interest pursuant to 17 U.S.C. §§ 504 (a)(1) and (b), 17 U.S.C. § 505, or otherwise available by law;

6.      Prejudgment interest to Trunk Archive on all amounts owed; and

7.      Any such other and further relief as the Court may deem just and appropriate.

Dated: September 27, 2021                                     Respectfully submitted,

**/s/ Mathew K. Higbee**
Mathew K. Higbee, SBN 11133
**HIGBEE & ASSOCIATES**
1504 Brookhollow Drive, Suite #112
Santa Ana, CA 92705
(714) 617-8336
mhigbee@higbeeassociates.com
*Attorneys for Plaintiff Trunk Archive*

## DEMAND FOR JURY TRIAL

Defendant and Counterclaim Plaintiff, Great Bowery, Inc., d/b/a Trunk Archive hereby demands a jury trial in the above matter.

Dated: September 27, 2021                    Respectfully submitted,

                                             **/s/ Mathew K. Higbee**
                                             Mathew K. Higbee, SBN 11133
                                             **HIGBEE & ASSOCIATES**
                                             1504 Brookhollow Drive, Suite #112
                                             Santa Ana, CA 92705
                                             (714) 617-8373
                                             mhigbee@higbeeassociates.com
                                             *Attorneys for Plaintiff Trunk Archive*

# Exhibit 44

Robert E. Aycock (#8878)
William B. Chadwick (#16416)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
will@kimballanderson.com

*Attorneys for Defendants*
*ComicBookMovie.com and Nathan Best*

---

## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE <br><br>     Plaintiff, <br><br> vs. <br><br> BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10. <br><br>     Defendants. | **ANSWER & COUNTERCLAIM** <br><br> Case No. 2:21-cv-00567-DBP <br><br> District Judge: David Barlow <br><br> Magistrate Judge: Jared C. Bennett |

Defendant Best Little Sites, d/b/a www.comicbookmovie.com ("CBM") and Defendant

Nathan Best ("Best") (collectively, "Defendants") answer the Complaint filed by Plaintiff Great

Bowery, d/b/a Trunk Archive ("Plaintiff" or "Trunk Archive") as follows:

### **PARTIES**

1.       Defendants lack knowledge or information sufficient to form a belief about the truth

of the statement and therefore denies the allegations in this paragraph.

2.      Deny.

3.      Admit.

4.      Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

5.      Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

6.      This paragraph does not require a response. To the extent a response is required, Defendants deny the allegations in this paragraph.

## JURISDICTION AND VENUE

7.      Deny.

8.      Deny.

9.      Deny.

10.     Deny.

11.     Deny.

## BACKGROUND

### Trunk Archive

12.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

13.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

14.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

15.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

16.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

17.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

18.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

19.     This paragraph does not require a response. To the extent a response is required, Defendants deny the allegations in this paragraph.

20.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

21.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

22.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

23.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

24.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

**www.ComicBookMovie.com**

25.     Admit.

26.    Admit.

27.    Admit.

28.    CBM receives compensation through advertisements on some of its pages.

29.    Admit that the Exhibit B attached to the Complaint appears to be a true and correct copy of the page at one point accessible at https://www.comicbookmovie.com/about/advertise/. Deny the rest.

30.    Deny.

31.    Deny.

32.    Admit that CBM's website includes the quoted language. Deny the rest.

33.    Admit.

34.    Admit that the Exhibit C attached to the Complaint appears to be a true and correct copy of the page at one point accessible at https://www.comicbookmovie.com/about/contribute/. Deny the rest.

35.    Admit that Defendants Wilding and Cassidy are listed under the "Top Contributors" on the Website's "About" page. Deny the rest.

36.    Admit that the Exhibit D attached to the Complaint appears to be a true and correct copy of the page at one point accessible at https://www.comicbookmovie.com/about/. Deny the rest.

37.    Admit.

**Defendant Mark Cassidy**

38.    Admit that the CBM profile for RorMachine states that profile has been a member since November 9, 2008. Deny the rest.

39.     Admit that Cassidy has posted content to the Website under the username "RorMachine." Defendants lack knowledge or information sufficient to form a belief about whether other individuals also post under the username RorMachine or whether Cassidy posts to the Website under other usernames and therefore denies the remaining allegations of this paragraph.

40.     Admit that the Exhibit E attached to the Complaint appears to be a true and correct copy of the page at one point accessible https://www.comicbookmovie.com/user/RorMachine. Deny the rest.

41.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

42.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

43.     Admit that CBM has paid Cassidy under its publicly available contributor program. Deny the rest.

44.     Admit that the user RorMachine has the ability to make posts to the Website subject to the automated and manual review processes for content published on the website by RorMachine and other users. Deny the rest.

45.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

46.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

**Defendant Joshua Wilding**

47.     Admit that the CBM profile for JoshWilding states that profile has been a member since March 13, 2009. Deny the rest.

48.     Admit that Wilding has posted content to the Website under the username "JoshWilding." Defendants lack knowledge or information sufficient to form a belief about whether other individuals also post under the username JoshWilding or whether Mr. Wilding posts to the Website under other usernames and therefore denies the remaining allegations of this paragraph.

49.     Admit that the Exhibit H attached to the Complaint appears to be a true and correct copy of the page at one point accessible https://www.comicbookmovie.com/user/JoshWilding. Deny the rest.

50.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

51.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

52.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

53.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

54.     Admit that CBM has paid Wilding under its publicly available contributor program. Deny the rest.

55. Admit that the user JoshWilding has the ability to make posts to the Website subject to the automated and manual review processes for content published on the website by JoshWilding and other users. Deny the rest.

56. Deny.

## Defendants' Alleged Conduct

57. Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph. Defendants expressly deny the allegation that the CBM website displayed unlicensed copies of any asserted copyrighted work.

58. Admit the Website contained an article titled "STAR WARS: THE LAST JEDI Actress Laura Dern Shares New Image of Vice Admiral Amilyn Holdo" dated October 18, 2017. Deny the rest.

59. Admit the Website contained an article titled "STAR WARS: THE LAST JEDI International TV Spot Features Benicio Del Toro As The Mysterious DJ" dated November 20, 2017. Deny the rest.

60. Admit the Website contained an article titled "STAR WARS: THE LAST JEDI's Mark Hamill Shares A Lovely Tribute to Carrie Fisher One Year After Her Passing" dated December 27, 2017. Deny the rest.

61. Admit the Website contained an article titled "Billie Lourd Shares a Touching Tribute to Carrie Fisher On The Second Anniversary Of Her Passing" dated December 27, 2018. Deny the rest.

62.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER – 12 Biggest Reveals And Spoilers From Vanity Fair's Cover Story" dated May 22, 2019. Deny the rest.

63.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Behind The Scenes Video Features New Aliens And Cast Interviews" dated May 22, 2019. Deny the rest

64.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Has A Very Interesting Alternate Title In Japan" dated June 25, 2019. Deny the rest.

65.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Star Daisy Ridley Promises A 'Brilliant End' To The Story" dated June 26, 2019. Deny the rest.

66.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER's Runtime Possible [sic] Revealed Along With Some Potential SPOILERS" dated August 12, 2019. Deny the rest.

67.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER – Rey And Kylo Ren Clash On New Empire Magazine Covers" dated September 27, 2019. Deny the rest.

68.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Final Trailer Reportedly Scheduled For October 21" dated October 10, 2019. Deny the rest.

69.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER's Oscar Issacs Blames 'Disney Overlords' For No Poe/Finn Romance" dated December 26, 2019. Deny the rest.

70.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Remains #1 At The Box Office As It Passes $900M Worldwide" dated January 5, 2020. Deny the rest.

71.     Admit that the Website contained an article titled "Luke Skywalker's Big STAR WARS: THE RISE OF SKYWALKER Scene Was The Result Of Reshoots" dated January 7, 2020. Deny the rest.

72.     Admit that the Website contained an article titled "STAR WARS: THE RISE OF SKYWALKER Passes $500 Million At The Domestic Box Office" dated January 26, 2020. Deny the rest.

73.     This paragraph does not require a response. To the extent a response is required, Defendants deny the allegations in this paragraph and deny that "Infringing Articles" is a proper or correct shorthand for any of the articles on CBM's Website, including the articles referenced in paragraphs 58-72 above.

74.     Deny.

75.     Admit that the articles identified in paragraphs 58-72 contained advertisements and generated limited revenue for CBM. Deny the rest.

76.     Deny.

**FIRST CAUSE OF ACTION**
**COPYRIGHT INFRINGEMENT**
**17 U.S.C. § 101 *et seq.***

77.     Defendants incorporate by reference all of the preceding paragraphs of this Complaint as though fully stated herein.

78.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

79.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

80.     Deny.

81.     Deny.

82.     Deny.

83.     Deny.

84.     Defendants lack knowledge or information sufficient to form a belief about the truth of the statement and therefore denies the allegations in this paragraph.

85.     This paragraph does not require a response. To the extent a response is required, Defendants deny the allegations in this paragraph.

**EXPRESS DENIAL**

Except as expressly admitted herein, CBM denies generally and specifically, each and every allegation set forth in the Complaint, including all allegations contained in the separate Prayer for Relief and any of the underlying factual assumptions or assertions made in any allegation that is hereby denied.

## **AFFIRMATIVE DEFENSES**

### **AFFIRMATIVE DEFENSE NO. 1**

Trunk Archive fails to state claims for which relief can be granted.

### **AFFIRMATIVE DEFENSE NO. 2**

Trunk Archive's claims are barred because there is no damage which stems directly or indirectly from any conduct complained of in the Complaint.

### **AFFIRMATIVE DEFENSE NO. 3**

Trunk Archive's claims are barred because they run contrary to public policy.

### **AFFIRMATIVE DEFENSE NO. 4**

Trunk Archive's claims are barred by Trunk Archive's failure to mitigate damages (should any damages exist).

### **AFFIRMATIVE DEFENSE NO. 5**

Trunk Archive's claims are barred by the Safe Harbor provisions of the Digital Millennium Copyright Act because the CBM is a service provider and the accused content was posted, stored, transmitted, or otherwise made available at the direction of a user.

### **AFFIRMATIVE DEFENSE NO. 6**

Trunk Archive's claims are barred by the doctrine of collateral estoppel, res judicata, issue preclusion, claim preclusion, and claim splitting.

### **AFFIRMATIVE DEFENSE NO. 7**

Trunk Archive's claims are barred because neither CBM nor Nathan Best had actual knowledge of the alleged infringement of knowledge of facts or circumstances from which infringing activity is apparent.

## AFFIRMATIVE DEFENSE NO. 8

Trunk Archive's claims are barred because neither CBM nor Nathan Best materially contributed to any alleged infringement.

## AFFIRMATIVE DEFENSE NO. 9

Trunk Archive's claims are barred because neither CBM nor Nathan Best knew or intended for their actions to lead to infringement of any of Trunk Archive's copyrights.

## AFFIRMATIVE DEFENSE NO. 10

Trunk Archive's claims are barred because CBM acted expeditiously to remove and/or disable access to the photographs at issue upon obtaining knowledge or awareness of the alleged infringement.

## AFFIRMATIVE DEFENSE NO. 11

Trunk Archive's claims are barred because Trunk Archive did not submit a compliant DMCA take-down notice in connection to the photographs at issue.

## AFFIRMATIVE DEFENSE NO. 12

Trunk Archive's claims are barred because the photographs at issue were not stored and/or did not reside on a system or network controlled or operated by CBM.

## AFFIRMATIVE DEFENSE NO. 13

Trunk Archive's claims are barred because the alleged damages, if any, were proximately caused by act or omissions, negligence, or intentional acts by third parties over whom CBM had no control or right of control or, if CBM had any right of control, were acting beyond the scope of any relationship with CBM, or such damages were caused by conditions or events over which CBM had no control or right of control.

**AFFIRMATIVE DEFENSE NO. 14**

Trunk Archive's claims are barred because of Trunk Archive's own bad faith or unlawful actions.

**AFFIRMATIVE DEFENSE NO. 15**

Trunk Archive's claims are barred under the doctrine of unjust enrichment.

**AFFIRMATIVE DEFENSE NO. 16**

Trunk Archive's claims are barred because neither CBM nor Nathan Best's infringement, if there was infringement, was malicious, deliberate, consciously wrongful, or done in bad faith.

**AFFIRMATIVE DEFENSE NO. 17**

Trunk Archive's claims are barred under the doctrine of unclean hands.

**AFFIRMATIVE DEFENSE NO. 18**

Trunk Archive's claims are barred because CBM and Nathan Best acted in good faith and were justified their actions.

**AFFIRMATIVE DEFENSE NO. 19**

Trunk Archive's claims are barred because Trunk Archive inflicted its own harm and through its acts or omissions was the sole cause or the proximate cause of the damages complained.

**AFFIRMATIVE DEFENSE NO. 20**

Trunk Archive's claims are barred because neither CBM nor Nathan Best had the right and ability to supervise the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

## AFFIRMATIVE DEFENSE NO. 21

Trunk Archive's claims are barred because neither CBM nor Nathan Best had a direct financial interest in the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

## AFFIRMATIVE DEFENSE NO. 22

Trunk Archive's claims are barred because of the equitable doctrines of laches and waiver.

## <u>RESERVATION OF DEFENSES</u>

Defendants reserve their rights to add further affirmative defenses that may be discovered during the litigation.

## <u>DEFENDANTS' PRAYER FOR RELIEF</u>

WHEREFORE Defendants CBM and Nathan Best respectfully request:

1.      Entry of judgment that Defendants have not directly, vicariously, or contributorily infringed any copyright owned or asserted by Trunk Archive;

2.      Entry of judgment that Defendants have not induced infringement of any copyright owned or asserted by Trunk Archive;

3.      Entry of judgement that Defendants have not willfully infringed any copyright owned or asserted by Trunk Archive;

4.      Entry of judgment for costs and reasonable attorney fees incurred by Defendants; and

5.      Such other and further relief as the Court may deem appropriate.

## COUNTERCLAIM

Defendants and Counterclaim-Plaintiffs Best Little Sites, LLC d/b/a ComicBookMovie.com ("CBM") and Nathan Best ("Best") state their counterclaim against Plaintiff and Counterclaim-Defendant Great Bowery, Inc. d/b/a Trunk Archive ("Trunk Archive") as follows:

## NATURE OF ACTION

1.     CBM seeks a declaratory judgment that CBM and its users are not liable to Trunk Archive for infringement of copyright law and, in the alternative, declaration of appropriate copyright remedies under the U.S. Copyright Act, 17 U.S.C. § 106, and an award of damages, attorneys' fees and costs.

## PARTIES

2.     Plaintiff is a Utah limited liability company duly organized and existing under the laws of Utah, with a principal place of business at 237 E. Lake View Dr., Vineyard, Utah 84059.

3.     Upon information and belief, Defendant Great Bowery, Inc. d/b/a Trunk Archive, is a Delaware corporation duly organized by law, having a principal place of business at 466 Broome Street, 4th Floor, New York, New York, 10013. At all times material hereto, Trunk Archive has been a division or a part of Great Bowery, Inc. and has offices at 190 Bowery, New York, New York 10012.

4.     Upon information and belief, Trunk Archive represents approximately nine hundred (900) photographers and it has access to hundreds of thousands of images covering fashion, celebrity, beauty, lifestyle, still life, design, architecture and travel. Upon further information and belief, Trunk Archive is in the business of licensing photographs to its clients, which were taken by various commercial and fine art photographers for use in the entertainment, publishing and fashion industries.

Upon further information and belief, Trunk Archive conducts business on an international basis including in the District of Utah.

## JURISDICTION AND VENUE

5.      The Court has jurisdiction under the Federal Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202 and under the laws of the United States concerning actions relating to copyright, 28 U.S.C. § 1338(a).

6.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

7.      This Court has personal jurisdiction over Trunk Archive because Trunk Archive conducts business transactions in this State. Trunk Archive has solicited a copyright license agreement with CBM in this State.

8.      A substantial part of the events or omissions giving rise to the claims alleged in this Complaint occurred in this Judicial District. Venue therefore lies in the United States District for the District of Utah.

## FACTUAL BACKGROUND
### www.ComicBookMovie.com

9.      CBM owns and operates ComicBookMovie.com. This website is a publicly available site where fans and other users can post text, images, and comments related to movies based on comic books and other entertainment in that genre.

10.     CBM is operated and maintained by its sole owner, Nathan Best.

11.     CBM has a limited staff of two employees who manage social media profiles for CBM.

12.     The articles on CBM are generated and posted by third-party users of CBM's website.

13.     CBM has had a Designated Agent under the Digital Millennium Copyright Act ("DMCA") at all material times.

14.     CBM has a Copyright Policy published on its website providing instructions, address, and a form through which users can submit DMCA takedown requests.

15.     Every user-generated post on CBM's website includes language related to CBM's copyright and DMCA policies, including a link that users can use to submit DMCA takedown requests of allegedly infringing material.

16.     CBM has Community Guidelines posted on its website that prohibit users from posting content that infringes on the intellectual property rights of others.

17.     CBM has Terms of Service posted on its website that prohibit users from posting content that violates CBM's Copyright and Trademark policies.

18.     CBM has a policy against repeat offenders of its Copyright Policy which is publicly accessible on its website.

19.     Before users can publish articles on CBM, they must consent to CBM's policies which prohibit copyright infringement.

20.     CBM does not direct users regarding the content of their articles, the quantity of their articles, or the timing of their articles.

**The Subject Images**

21.     Trunk Archive has claimed that CBM's Website displayed eighteen photographs allegedly taken by Annie Liebovitz.

22.     Trunk Archive has described and identified these photographs in paragraph 18 of its Complaint: a photograph of actress Laura Dern as Vice Admiral Amilyn Holdo; a photograph of actor Benicio Del Toro as DJ; a photograph of actors Mark Hamill and Carrie Fisher as Luke Skywalker and Leia Organa; a photograph of actress Carrie Fisher and her daughter Billie Lourd as

Leia Organa and Kaydel Ko Connix; a photograph of actors Oscar Isaacs, and Billy Dee Williams as Poe Dameron and Lando Calrissian aboard the Millennium Falcon with Chewbacca and BB-8; a photograph of actor Mark Hamil as Luke Skywalker with R2-D2; a photograph of actors John Boyega and Naomi Ackle as Finn and Jannah; a photograph of actors Domhnall Gleeson and Richard E. Grant as General Hux and Allegiant General Pryde; eight photographs of behind the scenes production of Star Wars: The Rise of Skywalker; a photograph of actors Adam Driver and Daisy Ridley as Kylo Ren and Rey; and a photograph of actors Oscar Issacs and John Boyega as Poe Dameron and Finn. Collectively, these images will be referred to as the "Subjet Images."

23.     The Subject Images were displayed on CBM's website by embedding the image and linking back to a third-party server that was not owned or controlled by CBM.

24.     The Subject Images are not and were not stored on servers belonging to or controlled by CBM or Nathan Best.

25.     The Subject Images were posted by CBM users who were not owners of CBM or employees of CBM or Nathan Best.

26.     The Subject Images were not posted on CBM's website at the direction of CBM or Nathan Best.

27.     Neither CBM nor Nathan Best had actual knowledge that the Subject Images were posted until they received the Complaint in this litigation.

28.     Neither CBM nor Nathan Best had actual knowledge that the Subject Images were infringing or allegedly infringing until they received the Complaint in this litigation.

29.     When CBM received the Complaint in this litigation, CBM immediately removed and disabled access to the Subject Images.

30.     Neither CBM nor Nathan Best were aware of facts or circumstances from which it was apparent that the Subject Images were infringing.

31.     CBM and Nathan Best obtained minimal (if any) monetary benefit directly or indirectly from the use of the Subject Images.

## FIRST CLAIM FOR RELIEF
### (Declaratory Judgment of No Copyright Infringement)

32.     CBM and Nathan Best repeat and re-allege each of the allegations of this complaint as though fully set forth herein.

33.     There is a substantial and continuing justiciable controversy between CBM, Nathan Best, and Trunk Archive as to Trunk Archive's right to threaten or maintain suit for infringement of the Subject Images by CBM, Nathan Best, or CBM's users, as to the validity, enforceability and scope of the alleged copyright in the Subject Images, and as to whether the Subject Images as used by CBM or its users infringes any valid and enforceable rights owned by Trunk Archive.

34.     Upon information and belief, the Subject Images as posted by users on CBM's website do not infringe any valid and enforceable copyright owned by Trunk Archive.

35.     In the alternative, if CBM's use of the Subject Images does infringe a copyright owned by Trunk Archive, CBM's use was not willful and remedies for such use should not exceed Market Value.

36.     The Court should issue a declaratory judgment stating that Trunk Archive is without right or authority to threaten or to maintain suit against CBM or its users for alleged copyright infringement, that no valid and enforceable copyright is infringed by CBM or its customers based on its use of the Subject Images, or if infringement is found, it was not willful and any remedy should not exceed Market Value.

37.     By reason of Defendants' wrongful allegations of infringement and other wrongdoing committed by Defendants as alleged herein, a declaratory judgment is necessary to resolve, clarify, and settle the respective rights and legal positions of the parties.

## PRAYER FOR RELIEF

CBM and Nathan Best respectfully request judgment as follows:

1.      Entry of judgment that Trunk Archive is without right or authority to threaten or to maintain suit against CBM, Nathan Best, or CBM'S users for alleged copyright infringement and that no valid and enforceable copyright is infringed by CBM or its customers based on its use of the Subject Images, or if infringement is found, it was not willful and any remedy should not exceed Market Value per Accused Image found to be infringed;

2.      Entry of a preliminary and permanent injunction enjoining Trunk Archive, its officers, agents, servants, employees, and attorneys, and those persons in active concert or participation with Trunk Archive from threatening CBM, Nathan Best, or any of their agents, servants, employees, or customers with infringement litigation or charging any of them either verbally or in writing with copyright infringement;

3.      Entry of judgment for costs and reasonable attorney fees incurred by CBM and Nathan Best; and

4.      Such other and further relief as the Court may deem appropriate.

## DEMAND FOR JURY TRIAL

CBM and Nathan Best demand trial by jury for causes of action, claims, or issues in this action, claims, or issues in this action that are triable as a matter of right to a jury.

[Signature to follow]

Dated this 23rd day of June 2022.

KIMBALL ANDERSON

*/s/ Robert E. Aycock*
Robert E. Aycock
William B. Chadwick

*Attorneys for Defendants and Counterclaim-*
*Plaintiffs ComicBookMovie.com and Nathan*
*Best*

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2022, I caused a true and correct copy of the foregoing **ANSWER**

**& COUNTERCLAIM** to be filed via the Court's CM/ECF system, which directed service by email

on all counsel of record.

*/s/ Stephanie Hamilton*

# Exhibit 45

Robert H. Scott (USB #10981)
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah 84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email: robert.scott@akerman.com

Caroline H. Mankey (*pro hac vice*)
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 533-5949
Facsimile: (213) 627-6342
Email: caroline.mankey@akerman.com

*Attorneys for Defendants Mark Cassidy and Joshua Wilding*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>        Plaintiff,<br><br>v.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive,<br><br>        Defendants. | **DEFENDANT JOSHUA WILDING'S ANSWER TO COMPLAINT**<br><br>Case No. 2:21-cv-00567-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant Joshua Wilding ("Defendant"), for himself alone and for no other defendant, respectfully submits the following answer and affirmative defenses to the Complaint by Plaintiff Great Bowery d/b/a Trunk Archive ("Plaintiff").

64795583;1

## PARTIES

1.      Defendant lacks personal knowledge or information sufficient to form a belief as to Plaintiff's organization status or place of business.

2.      Defendant lacks personal knowledge or information sufficient to form a belief as to Defendant Best Little Sites, LLC's organization status or principal place of business.

3.      Defendant admits that Defendant Nathan Best is an individual, but lacks personal knowledge or information sufficient to form a belief as to Mr. Best's residential address.

4.      Admit.

5.      Admit.

6.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant lacks knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

## JURISDICTION AND VENUE

7.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant lacks knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

8.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

9.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

10.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation of this paragraph and on that basis denies such allegation.

11.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

## **FACTUAL BACKGROUND**

12.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

13.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

3

14.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

15.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

16.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

17.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

18.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

19.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

20.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

21.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

22.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

23.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

24.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

25.     Admit.

26.     Admit.

27.     Admit.

28.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

29.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

30.     Admit.

64795583;1

31.    Defendant admits that CBM solicits paid contributors to generate content, but denies that CBM solicits contributors to edit and moderate content, for the CBM website.

32.    Deny.

33.    Defendant admits that paid contributors are compensated each month, but denies that contributors are eligible for bonus and other incentives based on the content they create to CBM's Website.

34.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

35.    Admit.

36.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

37.    Admit.

38.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

39.    Admit.

40.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

64795583;1

41.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

42.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

43.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

44.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

45.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

46.      Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

47.      Admit.

48.      Admit.

49.      Admit.

50.      Deny.

51.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

52.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

53.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

54.     Defendant admits that he is a contributor to the Website, but denies that he is a paid editor.

55.     Defendant admits that he is expressly authorized by CBM to create content, but denies that he is expressly authorized by CBM to edit content, for the Website.

56.     Admit.

57.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

58.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

59.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

60.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

61.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

62.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

63.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

64.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

65.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

66.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

67.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

68.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

69.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

70.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

71.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

72.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

73. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

74. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

75. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

76. Deny.

## FIRST CAUSE OF ACTION

77. Defendant incorporates by this reference each and every admission and denial set forth above, inclusive, as though fully stated herein.

78. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

79. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

80. This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant denies each and every such allegation.

64795583;1

81. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

82. This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant denies each and every such allegation.

83. This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant denies each and every such allegation.

84. Deny.

85. Defendant admits that Plaintiff is seeking a declaration and injunction, but denies each and every other allegation in this paragraph.

**PRAYER FOR RELIEF**

86. Defendant denies that Plaintiff is entitled to any of the relief sought in its Prayer for Relief.

**AFFIRMATIVE DEFENSES**

**AFFIRMATIVE DEFENSE NO. 1**

Plaintiff fails to state claims for which relief can be granted.

**AFFIRMATIVE DEFENSE NO. 2**

Plaintiff's claims are barred because there is no damage which stems directly or indirectly from any conduct complained of in the Complaint.

**AFFIRMATIVE DEFENSE NO. 3**

Plaintiff's claims are barred because they run contrary to public policy.

64795583;1

**AFFIRMATIVE DEFENSE NO. 4**

Plaintiff's claims are barred by Plaintiff's failure to mitigate damages (should any damages exist).

**AFFIRMATIVE DEFENSE NO. 5**

Plaintiff's claims are barred by the Safe Harbor provisions of the Digital Millennium Copyright Act because the CBM is a service provider and the accused content was posted, stored, transmitted, or otherwise made available at the direction of a user.

**AFFIRMATIVE DEFENSE NO. 6**

Plaintiff's claims are barred by the doctrine of collateral estoppel, res judicata, issue preclusion, claim preclusion, and claim splitting.

**AFFIRMATIVE DEFENSE NO. 7**

Plaintiff's claims are barred because Defendant did not have actual knowledge of the alleged infringement or knowledge of facts or circumstances from which infringing activity is apparent.

**AFFIRMATIVE DEFENSE NO. 8**

Plaintiff's claims are barred because Defendant did not materially contribute to any alleged infringement.

**AFFIRMATIVE DEFENSE NO. 9**

Plaintiff's claims are barred because Defendant did not know or intend for his actions to lead to infringement of any of Plaintiff's copyrights.

## AFFIRMATIVE DEFENSE NO. 10

Plaintiff's claims are barred because CBM acted expeditiously to remove and/or disable access to the photographs at issue upon obtaining knowledge or awareness of the alleged infringement.

## AFFIRMATIVE DEFENSE NO. 11

Plaintiff's claims are barred because Plaintiff did not submit a compliant DMCA take-down notice in connection to the photographs at issue.

## AFFIRMATIVE DEFENSE NO. 12

Plaintiff's claims are barred because the photographs at issue were not stored and/or did not reside on a system or network controlled or operated by Defendant.

## AFFIRMATIVE DEFENSE NO. 13

Plaintiff's claims are barred because the alleged damages, if any, were proximately caused by act or omissions, negligence, or intentional acts by third parties over whom Defendant had no control or right of control or, if Defendant had any right of control, were acting beyond the scope of any relationship with Defendant, or such damages were caused by conditions or events over which Defendant had no control or right of control.

## AFFIRMATIVE DEFENSE NO. 14

Plaintiff's claims are barred because of Plaintiff's own bad faith or unlawful actions.

## AFFIRMATIVE DEFENSE NO. 15

Plaintiff's claims are barred under the doctrine of unjust enrichment.

## AFFIRMATIVE DEFENSE NO. 16

Plaintiff's claims are barred because Defendant's infringement, if there was infringement, was not malicious, deliberate, consciously wrongful, or done in bad faith.

14

64795583;1

## AFFIRMATIVE DEFENSE NO. 17

Plaintiff's claims are barred under the doctrine of unclean hands.

## AFFIRMATIVE DEFENSE NO. 18

Plaintiff's claims are barred because Defendant acted in good faith and was justified in his actions.

## AFFIRMATIVE DEFENSE NO. 19

Plaintiff's claims are barred because Plaintiff inflicted its own harm and through its acts or omissions was the sole cause or the proximate cause of the damages complained.

## AFFIRMATIVE DEFENSE NO. 20

Plaintiff's claims are barred because Defendant did not have the right and ability to supervise the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

## AFFIRMATIVE DEFENSE NO. 21

Plaintiff's claims are barred because Defendant did not have a direct financial interest in the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

## AFFIRMATIVE DEFENSE NO. 22

Plaintiff's claims are barred because of the equitable doctrines of laches and waiver.

## AFFIRMATIVE DEFENSE NO. 23

Plaintiff is not entitled to any relief because it has engaged in copyright misuse, including for the purpose of stifling competition.

64795583;1

## AFFIRMATIVE DEFENSE NO. 24

Defendant's actions and/or conduct are protected by the First Amendment of the United States Constitution.

## AFFIRMATIVE DEFENSE NO. 25

Defendant's actions and/or conduct are protected by the fair use doctrine.

## AFFIRMATIVE DEFENSE NO. 26

Plaintiff's claim for copyright infringement is barred, in whole or part, because its alleged copyrights are invalid.

## AFFIRMATIVE DEFENSE NO. 27

Plaintiff is not entitled to any monetary relief because the damages sought by Plaintiff are entirely speculative.

## AFFIRMATIVE DEFENSE NO. 28

Defendant's actions and/or conduct are protected by the doctrine of *de minimis* use.

## RESERVATION OF DEFENSES

Defendant reserves his rights to add further affirmative defenses that may be discovered during the litigation.

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE Defendant respectfully requests:

1.      Entry of judgment that Defendant has not directly, vicariously, or contributorily infringed any copyright owned or asserted by Plaintiff;

2.      Entry of judgment that Defendant has not induced infringement of any copyright owned or asserted by Plaintiff;

16

64795583;1

3.      Entry of judgment that Defendant has not willfully infringed any copyright owned or asserted by Plaintiff;

4.      Entry of judgment for costs and reasonable attorney fees incurred by Defendant; and

5.      Such other and further relief as the Court may deem appropriate.

DATED this 15th day of July, 2022.

**AKERMAN LLP**

By: */s/  Robert H. Scott*
    Robert H. Scott (USB #10981)

    Caroline H. Mankey (CA SBN 187302)
    (*pro hac vice*)
    601 West Fifth Street, Suite 300
    Los Angeles, California 90071
    Telephone: (213) 533-5949
    Email: caroline.mankey@akerman.com

    *Attorneys for Defendants Mark Cassidy*
    *and Joshua Wilding*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2022, I caused a true and correct copy of the foregoing **DEFENDANT JOSHUA WILDING'S ANSWER TO COMPLAINT** to be filed via the Court's CM/ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case.

/s/ Robert H. Scott

18

64795583;1

# Exhibit 46

Robert H. Scott (USB #10981)
**AKERMAN LLP**
170 South Main Street, Suite 725
Salt Lake City, Utah 84101-1648
Telephone: 801.907.6900
Facsimile: 801.355.0294
Email: robert.scott@akerman.com

Caroline H. Mankey (*pro hac vice*)
**AKERMAN LLP**
601 West Fifth Street, Suite 300
Los Angeles, California 90071
Telephone: (213) 533-5949
Facsimile: (213) 627-6342
Email: caroline.mankey@akerman.com

*Attorneys for Defendants Mark Cassidy and Joshua Wilding*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE,<br><br>       Plaintiff,<br><br>v.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10, inclusive,<br><br>       Defendants. | **DEFENDANT MARK CASSIDY'S ANSWER TO COMPLAINT**<br><br>Case No. 2:21-cv-00567-JNP-JCB<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Jared C. Bennett |

Pursuant to Rule 8 of the Federal Rules of Civil Procedure, Defendant Mark Cassidy ("Defendant"), for himself alone and for no other defendant, respectfully submits the following answer and affirmative defenses to the Complaint by Plaintiff Great Bowery d/b/a Trunk Archive ("Plaintiff").

## PARTIES

1.      Defendant lacks personal knowledge or information sufficient to form a belief as to Plaintiff's organization status or place of business.

2.      Defendant lacks personal knowledge or information sufficient to form a belief as to Defendant Best Little Sites, LLC's organization status or principal place of business.

3.      Defendant admits that Defendant Nathan Best is an individual, but lacks personal knowledge or information sufficient to form a belief as to Mr. Best's residential address.

4.      Admit.

5.      Defendant admits that Defendant Joshua Wilding is an individual, lacks personal knowledge or information sufficient to form a belief as to the truth of the remaining allegations of this paragraph and on that basis denies each and every such allegation..

6.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant lacks knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

## JURISDICTION AND VENUE

7.      This paragraph consists of legal conclusions that do not require a response or denial. To the extent that any of the remaining allegations contained in this paragraph can be considered factual assertions, Defendant lacks knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

8.    This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

9.    This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

10.    This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation of this paragraph and on that basis denies such allegation.

11.    This paragraph consists of legal conclusions that do not require a response or denial. To the extent that the allegation contained in this paragraph can be considered a factual assertion, Defendant denies such allegation.

## **FACTUAL BACKGROUND**

12.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

13.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

14.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

15.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

16.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

17.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

18.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

19.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

20.    Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

21.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

22.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

23.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

24.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

25.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

26.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

27.     Admit.

28.     Admit.

29. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

30. Admit.

31. Admit.

32. Admit.

33. Defendant admits that paid contributors are compensated each month, but denies that contributors are eligible for bonus and other incentives based on the content they create to CBM's Website.

34. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

35. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

36. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

37. Admit.

38. Admit.

39. Admit.

40. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

41. Admit.

42. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

43. Defendant admits that he is a contributor to the Website, but denies that he is a paid editor.

44. Defendant admits that he is expressly authorized by CBM to create content for the Website, but denies that he is authorized by CBM to edit any content other than his own.

45. Admit.

46. Admit.

47. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

48. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

49. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

50.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

51.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

52.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

53.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

54.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

55.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

56.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

57.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

58.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

59.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

60.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

61.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

62.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

63.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

64. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

65. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

66. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

67. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

68. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

69. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

70. Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

71.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

72.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

73.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

74.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

75.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

76.     Deny.

## FIRST CAUSE OF ACTION

77.     Defendant incorporates by this reference each and every admission and denial set forth above, inclusive, as though fully stated herein.

78.     Defendant lacks personal knowledge or information sufficient to form a belief as to the truth of each and every allegation of this paragraph and on that basis denies each and every such allegation.

79.     Defendant lacks personal knowledge or information sufficient to form a belief as
to the truth of each and every allegation of this paragraph and on that basis denies each and every
such allegation.

80.     This paragraph consists of legal conclusions that do not require a response or denial.
To the extent that any of the remaining allegations contained in this paragraph can be considered
factual assertions, Defendant denies each and every such allegation.

81.     Defendant lacks personal knowledge or information sufficient to form a belief as
to the truth of each and every allegation of this paragraph and on that basis denies each and every
such allegation.

82.     This paragraph consists of legal conclusions that do not require a response or denial.
To the extent that any of the remaining allegations contained in this paragraph can be considered
factual assertions, Defendant denies each and every such allegation.

83.     This paragraph consists of legal conclusions that do not require a response or denial.
To the extent that any of the remaining allegations contained in this paragraph can be considered
factual assertions, Defendant denies each and every such allegation.

84.     Deny.

85.     Defendant admits that Plaintiff is seeking a declaration and injunction, but denies
each and every other allegation in this paragraph.

**PRAYER FOR RELIEF**

86.     Defendant denies that Plaintiff is entitled to any of the relief sought in its Prayer for
Relief.

64817265;1

## AFFIRMATIVE DEFENSES

### AFFIRMATIVE DEFENSE NO. 1

Plaintiff fails to state claims for which relief can be granted.

### AFFIRMATIVE DEFENSE NO. 2

Plaintiff's claims are barred because there is no damage which stems directly or indirectly from any conduct complained of in the Complaint.

### AFFIRMATIVE DEFENSE NO. 3

Plaintiff's claims are barred because they run contrary to public policy.

### AFFIRMATIVE DEFENSE NO. 4

Plaintiff's claims are barred by Plaintiff's failure to mitigate damages (should any damages exist).

### AFFIRMATIVE DEFENSE NO. 5

Plaintiff's claims are barred by the Safe Harbor provisions of the Digital Millennium Copyright Act because the CBM is a service provider and the accused content was posted, stored, transmitted, or otherwise made available at the direction of a user.

### AFFIRMATIVE DEFENSE NO. 6

Plaintiff's claims are barred by the doctrine of collateral estoppel, res judicata, issue preclusion, claim preclusion, and claim splitting.

### AFFIRMATIVE DEFENSE NO. 7

Plaintiff's claims are barred because Defendant did not have actual knowledge of the alleged infringement or knowledge of facts or circumstances from which infringing activity is apparent.

64817265;1

## AFFIRMATIVE DEFENSE NO. 8

Plaintiff's claims are barred because Defendant did not materially contribute to any alleged infringement.

## AFFIRMATIVE DEFENSE NO. 9

Plaintiff's claims are barred because Defendant did not know or intend for his actions to lead to infringement of any of Plaintiff's copyrights.

## AFFIRMATIVE DEFENSE NO. 10

Plaintiff's claims are barred because CBM acted expeditiously to remove and/or disable access to the photographs at issue upon obtaining knowledge or awareness of the alleged infringement.

## AFFIRMATIVE DEFENSE NO. 11

Plaintiff's claims are barred because Plaintiff did not submit a compliant DMCA take-down notice in connection to the photographs at issue.

## AFFIRMATIVE DEFENSE NO. 12

Plaintiff's claims are barred because the photographs at issue were not stored and/or did not reside on a system or network controlled or operated by Defendant.

## AFFIRMATIVE DEFENSE NO. 13

Plaintiff's claims are barred because the alleged damages, if any, were proximately caused by act or omissions, negligence, or intentional acts by third parties over whom Defendant had no control or right of control or, if Defendant had any right of control, were acting beyond the scope of any relationship with Defendant, or such damages were caused by conditions or events over which Defendant had no control or right of control.

64817265;1

## AFFIRMATIVE DEFENSE NO. 14

Plaintiff's claims are barred because of Plaintiff's own bad faith or unlawful actions.

## AFFIRMATIVE DEFENSE NO. 15

Plaintiff's claims are barred under the doctrine of unjust enrichment.

## AFFIRMATIVE DEFENSE NO. 16

Plaintiff's claims are barred because Defendant's infringement, if there was infringement, was not malicious, deliberate, consciously wrongful, or done in bad faith.

## AFFIRMATIVE DEFENSE NO. 17

Plaintiff's claims are barred under the doctrine of unclean hands.

## AFFIRMATIVE DEFENSE NO. 18

Plaintiff's claims are barred because Defendant acted in good faith and was justified in his actions.

## AFFIRMATIVE DEFENSE NO. 19

Plaintiff's claims are barred because Plaintiff inflicted its own harm and through its acts or omissions was the sole cause or the proximate cause of the damages complained.

## AFFIRMATIVE DEFENSE NO. 20

Plaintiff's claims are barred because Defendant did not have the right and ability to supervise the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

## AFFIRMATIVE DEFENSE NO. 21

Plaintiff's claims are barred because Defendant did not have a direct financial interest in the allegedly infringing activity sufficient to confer vicarious liability for the allegedly infringing activity.

64817265;1

### AFFIRMATIVE DEFENSE NO. 22

Plaintiff's claims are barred because of the equitable doctrines of laches and waiver.

### AFFIRMATIVE DEFENSE NO. 23

Plaintiff is not entitled to any relief because it has engaged in copyright misuse, including for the purpose of stifling competition.

### AFFIRMATIVE DEFENSE NO. 24

Defendant's actions and/or conduct are protected by the First Amendment of the United States Constitution.

### AFFIRMATIVE DEFENSE NO. 25

Defendant's actions and/or conduct are protected by the fair use doctrine.

### AFFIRMATIVE DEFENSE NO. 26

Plaintiff's claim for copyright infringement is barred, in whole or part, because its alleged copyrights are invalid.

### AFFIRMATIVE DEFENSE NO. 27

Plaintiff is not entitled to any monetary relief because the damages sought by Plaintiff are entirely speculative.

### AFFIRMATIVE DEFENSE NO. 28

Defendant's actions and/or conduct are protected by the doctrine of *de minimis* use.

### RESERVATION OF DEFENSES

Defendant reserves his rights to add further affirmative defenses that may be discovered during the litigation.

## DEFENDANTS' PRAYER FOR RELIEF

WHEREFORE Defendant respectfully requests:

1.     Entry of judgment that Defendant has not directly, vicariously, or contributorily infringed any copyright owned or asserted by Plaintiff;

2.     Entry of judgment that Defendant has not induced infringement of any copyright owned or asserted by Plaintiff;

3.     Entry of judgment that Defendant has not willfully infringed any copyright owned or asserted by Plaintiff;

4.     Entry of judgment for costs and reasonable attorney fees incurred by Defendant; and

5.     Such other and further relief as the Court may deem appropriate.

DATED this 15th day of July, 2022.

AKERMAN LLP

By: */s/ Robert H. Scott*
    Robert H. Scott (USB #10981)

    Caroline H. Mankey (CA SBN 187302)
    (*pro hac vice*)
    601 West Fifth Street, Suite 300
    Los Angeles, California 90071
    Telephone: (213) 533-5949
    Email: caroline.mankey@akerman.com

    *Attorneys for Defendants Mark Cassidy and Joshua Wilding*

### CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of July, 2022, I caused a true and correct copy of the foregoing **DEFENDANT MARK CASSIDY'S ANSWER TO COMPLAINT** to be filed via the Court's CM/ECF system which provided electronic notice of such filing to all persons registered to receive notice in this case.

*/s/ Robert H. Scott*

64817265;1