Robert E. Aycock (#8878)
Tanner G. Reber (#19056)
KIMBALL ANDERSON
649 E. South Temple, 2nd Floor
Salt Lake City, UT 84102
Phone: (801) 359-3333
robert@kimballanderson.com
tanner@kimballanderson.com
*Attorneys for Defendants ComicBookMovie.com, Nathan Best, Mark Cassidy, and Joshua Wilding*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (DKT. 102)**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff and Defendants stipulate to extend the deadline for Defendants to respond to Plaintiff's Motion for Summary Judgment (Dkt. 102). The current deadline for responsive memoranda is December 1, 2023. The parties stipulate to extend the deadline to file responsive memoranda to December 29, 2023. This extension will allow sufficient time to appropriately respond to the motion and accommodate Defendants' lead trial counsel's personal and professional commitments that had been set before the Court ordered (Dkt. 101) Plaintiff to refile its Motion that then altered the date for the Defendants to file their opposition.

DATE: December 1, 2023

        KIMBALL ANDERSON

        */s/ Robert E. Aycock*
        Robert E. Aycock
        Tanner G. Reber

        *Attorneys for Defendants*
        *ComicBookMovie.com, Nathan Best, Mark*
        *Cassidy, and Joshua Wilding*


        LAW FIRM OF HIGBEE & ASSOCIATES

        */s/ Ryan Carreon*
        Mathew K. Higbee
        Ryan Carreon
        (Signed by filing attorney with permission)

        *Attorneys for Plaintiff Great Bowery, d/b/a*
        *Trunk Archive*

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2023, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT (DKT. 102)** to be filed via the Court's CM/ECF system which directed service by email on all counsel of record.

                                                            */s/Robert E. Aycock*