THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY,<br><br>    Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, *et al*,<br><br>    Defendants. | **ORDER GRANTING [120] STIPULATED MOTION FOR EXTENSION OF TIME TO FILE JOINT BRIEF**<br><br>Civil No. 2:21-cv-00567-DBB-JCB<br><br>Judge David Barlow |

Before the court is the parties' Stipulated Motion[1] for Extension of Time to File Joint Brief. Based upon the briefing and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the parties shall file their Joint Brief by November 30, 2024.

Signed October 30, 2024.

BY THE COURT:

David Barlow
United States District Court Judge

---

[1] ECF No. 120.