Mathew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200 N.
Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff Great Bowery d/b/a Trunk Archive*

## UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE JOINT BRIEF (DKT. 119)**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiff and Defendants stipulate to extend the deadline for the Parties to file a joint brief as requested by the Court on October 8, 2024 (Dkt. 119). The current deadline for the joint brief is November 30, 2024. The Parties previously stipulated to extend the deadline by 30 days (Dkt. 120). The Parties stipulate to extend the deadline to file the joint brief to December 14, 2024. The Parties are still engaged in settlement discussions and believe that a 14-day extension will allow the Parties additional time to determine if this matter can settle without trial and prepare the necessary documents for either settlement or proceeding with the requested brief.

1

DATE: November 25, 2024

LAW FIRM OF HIGBEE & ASSOCIATES

*/s/ Mathew K. Higbee*
Mathew K. Higbee

*Attorneys for Plaintiff Great Bowery, d/b/a Trunk Archive*

WALKER LAW PLLC

*/s/ Robert E. Aycock*
Robert E. Aycock
Tanner G. Reber

*Attorneys for Defendants ComicBookMovie.com, Nathan Best, Mark Cassidy, and Joshua Wilding*

(Signed by filing attorney with permission)

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I caused a true and correct copy of the foregoing **STIPULATED MOTION FOR EXTENSION OF TIME TO FILE THE JOINT BRIEF (DKT. 120)** to be filed via the Court's CM/ECF system which directed service by email on all counsel of record.

*/s/ Mathew K. Higbee*