Mathew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200 N.
Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff Great Bowery d/b/a Trunk Archive*

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| GREAT BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **STIPULATED OF SETTLEMENT (DKT. 126)**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff and Defendant have reached a settlement in principle in the above-referenced case. The Parties are currently finalizing a settlement agreement and the Parties request that the Court stay all upcoming deadlines and allow the parties 30 days in which to finalize the agreement and perform their obligations, at which time Plaintiff will file a dismissal.

DATE: December 13, 2024

LAW FIRM OF HIGBEE & ASSOCIATES

1

2

*/s/ Mathew K. Higbee*
Mathew K. Higbee

*Attorneys for Plaintiff Great Bowery, d/b/a Trunk Archive*


WALKER LAW PLLC

*/s/ Robert E. Aycock*
Robert E. Aycock
Tanner G. Reber

*Attorneys for Defendants ComicBookMovie.com, Nathan Best, Mark Cassidy, and Joshua Wilding*

(Signed by filing attorney with permission)

**CERTIFICATE OF SERVICE**

I hereby certify that on December 13, 2024, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL (DKT. 126)** to be filed via the Court's CM/ECF system which directed service by email on all counsel of record.

                                                                            */s/ Mathew K. Higbee*