Mathew K. Higbee, Esq.
**HIGBEE & ASSOCIATES**
3110 W. Cheyenne #200 N.
Las Vegas, NV 89032
(714) 617-8373
(714) 597-6559 facsimile
Email: mhigbee@higbee.law

*Attorney for Plaintiff Great Bowery d/b/a Trunk Archive*

# UNITED STATES DISTRICT COURT

# DISTRICT OF UTAH

| | |
|---|---|
| GRET BOWERY, d/b/a TRUNK ARCHIVE<br><br>Plaintiff,<br><br>vs.<br><br>BEST LITTLE SITES, d/b/a www.comicbookmovie.com; NATHAN BEST; MARK CASSIDY; JOSHUA WILDING; and DOES 1 through 10.<br><br>Defendants. | **JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br>**(DKT. 128)**<br><br>Case No. 2:21-cv-00567-DBP<br><br>District Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

      Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff Great Bowery Inc d/b/a Trunk Archive, hereby give notice that the above captioned action is voluntarily dismissed against the Defendants Best Little Sites d/b/a www.comicbookmovie.com; Nathan Best; Mark Cassidy; Joshua Wilding; and DOES 1 through 10, inclusive, with prejudice, and with each side to bear their own costs.

1

DATE: January 6, 2025							LAW FIRM OF HIGBEE & ASSOCIATES

							*/s/ Mathew K. Higbee*
							Mathew K. Higbee

							*Attorneys for Plaintiff Great Bowery, d/b/a Trunk Archive*



WALKER LAW PLLC

*/s/ Robert E. Aycock*
Robert E. Aycock

*Attorney for Defendants ComicBookMovie.com, Nathan Best, Mark Cassidy, and Joshua Wilding*

(Signed by filing attorney with permission)

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2025, I caused a true and correct copy of the foregoing **STIPULATION OF DISMISSAL (DKT. 128)** to be filed via the Court's CM/ECF system which directed service by email on all counsel of record.

                                                */s/ Mathew K. Higbee*